AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br><br>Kenneth Chatman,<br>*Defendant.* | )<br>)<br>) Case No. 16-8462-WM<br>)<br>) |

FILED by ✓ D.C.
JAN 0 3 2017
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

2016 DEC 21 AM 8:55

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Kenneth Chatman,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to commit health care fraud, in violation of Title 18 U.S.C. § 1349; false statements relating to health care matters, in violation of Title 18 U.S.C. § 1035.

Date: 12/20/2016

*Issuing officer's signature* — William Matthewman

City and state:   West Palm Beach, Florida

WILLIAM MATTHEWMAN, U. S. MAGISTRATE JUDGE
*Printed name and title*

---

### Return

This warrant was received on *(date)* 12-20-16 , and the person was arrested on *(date)* 12-21-16
at *(city and state)* Boynton Beach, FL by FBI

Date: 12-22-16

*Arresting officer's signature*

Chaves DUSM
*Printed name and title*

7008777  1704 1222 1249 -J