AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

FILED by ___ D.C.
JAN 0 3 2017
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

2016 DEC 21 AM 8:51

United States of America )
v. )
 )
Michael Bonds, )
Defendant. )

Case No. 16-8462-WM

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Michael Bonds,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to commit health care fraud, in violation of Title 18 U.S.C. § 1349.

Date: 12/20/2016

*Issuing officer's signature* — William Matthewman

City and state: West Palm Beach, Florida

WILLIAM MATTHEWMAN, U. S. MAGISTRATE JUDGE
*Printed name and title*

### Return

This warrant was received on *(date)* 12-20-16, and the person was arrested on *(date)* 12-21-16
at *(city and state)* Delray Beach, FL by FBI

Date: 12-22-16

*Arresting officer's signature*

Chaves Dusm
*Printed name and title*

10226542   1704 1222 1253 -J