UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   17-80013-CR-MIDDLEBROOKS/BRANNON

UNITED STATES OF AMERICA

v.

KENNETH CHATMAN, et al.,

    Defendants.

_____/

**ORDER GRANTING PERMISSION TO DISPLAY SUBSTANCE ABUSE
TREATMENT RECORDS TO COUNSEL FOR DEFENDANTS**

This matter is before the Court on the United States' Unopposed Motion for Permission to Display Substance Abuse Treatment Records to Counsel for the Defendants.  Having considered the motion and the files and records in this matter, and for good cause shown,

IT IS HEREBY ORDERED that the Motion is GRANTED.

Counsel for the United States and members of the investigative team are authorized to display confidential substance abuse treatment records to the defendants and their counsel at the discovery conference set for February 6, 2017.

The defendants and their counsel are authorized to inspect the records but cannot copy or remove any other the records until an appropriate Protective Order is in place following consideration of any objections filed by any patients.

IT IS SO ORDERED.

Dated: February _____, 2017           _____
                                                             DONALD M. MIDDLEBROOKS
                                                             UNITED STATES DISTRICT JUDGE

cc:   A. Marie Villafaña, AUSA