UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 17-80013-CR-MIDDLEBROOKS

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

FRANSESIA DAVIS,

      Defendant.

_____/

## ORDER ON DEFENDANT'S UNOPPOSED MOTION TO MODIFY BOND CONDITIONS

**THIS CAUSE** comes before the Court upon the Defendant's Unopposed Motion to Modify Bond Conditions (D.E. 99). After reviewing the motion and being fully advised in the premises, it is

**ORDERED AND ADJUDGED** that Defendant's Unopposed Motion to Modify Bond Conditions (**D.E. 99**) is hereby **GRANTED.** The bond is modified to include that the Defendant shall maintain or actively seek full-time employment as approved by the U.S. Probation Office. All other conditions remain in full force and effect.

**DONE AND ORDERED** at West Palm Beach, Florida this _15_ day of February, 2017.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

cc:     Counsel of Record