UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 17-80013-CR MIDDLEBROOKS

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

KENNETH CHATMAN,
JOAQUIN MENDEZ,
DONALD WILLEMS and
LAURA CHATMAN,
    Defendant(s)
_____/

## ORDER CONTINUING TRIAL

**THIS CAUSE** came before the Court pursuant to Defendant, Joaquin Mendez's Unopposed Motion for Continuance (**D.E. 116**). Due to the representation of counsel, the need for more time to review discovery, the motion is hereby **GRANTED.** **Trial is scheduled to begin on Tuesday, September 5, 2017 at 9:00 am before the undersigned in West Palm Beach. The deadline for timely acceptance of responsibility is not extended and remains set for Wednesday, March 15, 2017 by 3:00 pm.** Counsel shall notify Chambers and the Government by 3:00 pm on March 15, 2017 if Defendant(s) will be changing his/her plea. For the reasons stated, the Court finds that the interests of justice outweigh the demands of the Speedy Trial Act. Therefore, it is

**ORDERED AND ADJUDGED** that the time between March 6, 2017 and September 5, 2017 is hereby excluded from Speedy Trial Act calculations.

**DONE AND ORDERED** at West Palm Beach, Florida, this 7th day of March, 2017.

                                    Donald M. Middlebrooks
                                    United States District Judge

cc:    Counsel of Record