UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   17-80013-CR-MIDDLEBROOKS/BRANNON
(Magistrate Judge William Matthewman)

IN RE

SEALED MOTION
_____/

## MOTION TO UNSEAL

The United States of America, by and through the undersigned Assistant United States Attorney, hereby moves this Court for an Order unsealing the United States' *Ex Parte* Motion for Revocation of Release Pursuant to 18 U.S.C. 3148(b).   The defendant discussed in that motion has been arrested and, therefore, there is no longer a need for nondisclosure.   Upon unsealing, the United States respectfully requests that the Court place the document in the public portion of the Court file.   As per the *ore tenus* instructions from the Court, a copy of the motion has been served upon counsel for the relevant defendant via email.

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

By:   s/*A. Marie Villafaña*
A. MARIE VILLAFAÑA
Assistant United States Attorney
Florida Bar No. 0018255
500 South Australian Avenue, Suite 400
West Palm Beach, FL 33401
Telephone: 561 820-8711
Facsimile: 561 820-8777
ann.marie.c.villafana@usdoj.gov