UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   17-80013-CR-MIDDLEBROOKS/BRANNON

IN RE

SEALED MOTION
_____/

**ORDER UNSEALING THE UNITED STATES' *EX PARTE* MOTION FOR REVOCATION OF RELEASE PURSUANT TO 18 U.S.C. 3148**

Having reviewed the United States of America's Motion to Unseal, and for good cause shown, the Court grants the United States' Motion and orders that the United States' *Ex Parte* Motion for Revocation of Release Pursuant to 18 U.S.C. 3148 in this matter be unsealed and placed in the public portion of the Court file.

IT IS SO ORDERED.

Dated: March _____, 2017

_____
WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE

cc:   A. Marie Villafaña, AUSA