UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   17-80013-CR-MIDDLEBROOKS/BRANNON

IN RE

SEALED MOTION
_____/

```
FILED by ___ D.C.

MAR 10 2017

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.
```

### ORDER UNSEALING THE UNITED STATES' *EX PARTE* MOTION FOR REVOCATION OF RELEASE PURSUANT TO 18 U.S.C. 3148

Having reviewed the United States of America's Motion to Unseal, and for good cause shown, the Court grants the United States' Motion and orders that the United States' *Ex Parte* Motion for Revocation of Release Pursuant to 18 U.S.C. 3148 in this matter be unsealed and placed in the public portion of the Court file.

IT IS SO ORDERED.

Dated: March 10th, 2017

_____
WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE

cc:   A. Marie Villafaña, AUSA