UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-80013-CR-Middlebrooks

UNITED STATES OF AMERICA,

v.

DONALD WILLEMS,

Defendant.
_____/



## ORDER OF TEMPORARY REVOCATION OF BOND AS TO DEFENDANT DONALD WILLEMS

THIS CAUSE came on to be heard on March 10, 2017, upon the United States' *Ex Parte* Motion for Revocation of Release Pursuant to 18 USC 3148(b) as to Defendant Donald Willems [DE 120]. For the reasons stated on the record at the March 10, 2017 hearing attended by Defendant, Defendant's counsel (via telephone) and government counsel, the Court hereby temporarily revokes the bond of Defendant Donald Willems and orders this Defendant to be temporarily detained pending a full hearing on the Government's motion. As stated on the record at the March 10, 2017 hearing, this action is being taken by the Court pursuant to 18 U.S.C. § 3148(b) and other applicable law, and follows the procedure set forth in *United States v. Bowdach*, 561 F.2d 1160, 1166-67 (5th Cir. 1977).[1]

At the request of defense counsel, the Court continued the hearing on the Government's motion to revoke bond until March 15, 2017, at 10:00 a.m. to allow Defendant a full opportunity to

---

[1] The decisions of the United States Court of Appeals for the Fifth Circuit, as that court existed on September 30, 1981, handed down by that court prior to the close of business on that date, shall be binding as precedent in the Eleventh Circuit, for this court, the district courts, and the bankruptcy courts in the circuit. *Bonner v. Pritchard*, 661 F.2d 1206, 1207 (11th Cir. 1981) (en banc).

1

prepare for the hearing.   After a full hearing, the Court shall determine whether Defendant's bond shall be permanently revoked and an order of detention entered, or whether Defendant shall be released on bond or other conditions.

On or before 12:00 p.m. on Tuesday, March 14, 2017 (or earlier if possible), the parties shall file a joint notice advising the Court of the estimated time needed for the hearing and the estimated number of witnesses and exhibits.   All exhibits must be pre-marked and accompanied by an exhibit list.

DONE and ORDERED in Chambers at West Palm Beach in the Southern District of Florida, this 10th day of March, 2017.

WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE