To whom it may concern,

  When I was first told I could write a letter to the court to be considered for the sentencing of Fransesia Davis, etal-Case Number: 113C 9:17CR80013, I was at first relieved. I thought I'd be able to simply sit down and write a letter. To explain the impact the loss of my youngest daughter Jaime Holley, 19 years old has had upon my life.

Over the past week I've attempted several times to do that. I've sat down; begun to write and the pain, being so incredible I couldn't do it. How do I explain this loss? So great that I've been only able, much of the time, to sit on my back porch rocking, crying and praying. Praying for God to give me the strength to see past the pain.  To remember I have 2 other daughters and 3 grandchildren, a mother, all who need me. I find myself distracted, having panic attacks, trouble focusing on many day to day activities that we tend to take for granted.

However, I must write this letter. Not only for myself, but for Jaime. I am her advocate, in life and death. I am her voice. Most importantly, for all those who come after Jaime, in the grip of addiction seeking help. I am their voice as well. I believe my words to be gravely important as Mr. and Mrs. Chapman; Ms. Davis, etal, believe their only crime was insurance fraud and allowing drug related activities to occur on the premises of the halfway house Jaime lived in.  An atmosphere of fear, threats, and occasions where Jaime watched drug use occurring at the one place she hoped to be safe.  The one place she hoped to finally be able to overcome her addiction to Heroin.

When Jaime complained to Ms. Davis and Mr. Chapman the complaints were ignored. The open drug use day after day created the mental obsession to use drugs. Jaime and her boyfriend Kal ultimately left. But, the damage was done.

When they told the Reflections treatment center management team and Ms. Davis they were leaving, they were refused the medications that had been prescribed to help them stay off the drugs. Jaime even called the police when she was at the halfway, trying simply to get the prescriptions they needed, that I paid for. The police, convinced by whatever Ms. Davis said, didn't help them either. I also attempted to get the medications. I called Mr. Chapman left messages. Then with no response called Reflections and was told I could pick them up after work. So, on November 2, after work I drove to Reflections. Asked, begged and even threatened the staff in a desperate attempt to retrieve the medications. Only to be told no.

So without them, she left. Her boyfriend was able to obtain a limited amount, but it wasn't enough and eventually the mental obsession became the physical craving which led to her finally using and ultimately her death.

It is MY belief that HAD Ms. Davis and the Reflections staff maintained a drug free environment and run a legitimate treatment center my daughter would still be alive today. There are certainly contributory factors to be considered. They promised a drug free environment where Jaime and all the patients could finally overcome addiction and begin to have hopes and dreams, a life.

In a meeting with Jaime, myself, Mr. Chapman, Jaime's therapist Felicia, A gentleman who identified himself as the Director (I believe) all assuring me they were, overseeing all the operations. Mr. Chapman identified himself to me as the owner of Reflections when I questioned why he was listening in on my conversation with Brad, the Director.   Mr. Chapman told me he could arrange for Jaime and Kal to have reduced rent. For every week I paid they would receive a week free. Since our insurance wasn't accepted by Reflections, they were using Kal's insurance for his treatment and gave Jaime a scholarship for hers. How wonderful I thought. Thank-God!  During the staff meeting, including Mr. Chapman, they stressed their patient attentiveness:  The traditional AA formatting; tight oversight on all operations.

As it turned out, the reason for the meeting was that after their doctor prescribed medications for Jaime she didn't turn the medications into them. Jaime kept the meds. These medications prescribed by her doctors which I paid for and picked them up.  Jaime said she had heard that they kept patients medications and used them for others. She was afraid she wouldn't have use of them. While she was on the medications the urges to use Heroin were relieved.   However, at the meeting, I was assured that not only would Jaime receive the medications timely but should she choose to leave the center, the staff would return them to her. There were no conditions stated as to the return.  However, the staff did not return them. They only wanted her drugs!

The ongoing negative onsite activities frightened her.  Jaime was afraid of Kenny and Fran.  Jaime and Kal were to have a couple's room and after several problems Ms. Davis attempted to have them room with two men. Jaime was afraid of the men. The way they looked at her and spoke to her. Finally, Jaime and Kal were moved upstairs, sharing a room with another couple.  Yet they were afraid.

I believe the sentencing should take into consideration not only the charged crimes but also, the impact on the lives entrusted to their care.  The accused believe they have only broken a few laws; stolen money from insurance companies; perhaps allowed a few illegal activities to occur; committed a few themselves.

But, their careless maneuvering of people and their lives, stealing medications, especially those for addiction relief, drove Jaime to seek relief in her old ways and she died I do not wish this on anyone else. I do not wish any parent, mother, father, brother, sister etc. to experience this pain. This gut wrenching, breath- taking pain. The anxiety every time I hear an emergency vehicle, see a fire rescue truck, a knock at the door, the phone ringing. Terrifying.

 This has to be stopped. .. Prevented from continuing.  "I'm sorry "doesn't bring Jaime back.  "I'm sorry" doesn't right the wrongs for all the other people.

The most shocking revelation for me is the conscious decision to do the wrong. To knowingly, willfully behave this way. They watched addict after addict fail. Taking advantage of the sick and suffering who are truly powerless over their addictions. They watched time and again as people used and became shells of their former selves. Yet NOT ONE OF THEM SAID STOP. Not one of them said this is WRONG.

 Now they are caught, and with all my heart I hope - with nowhere to run.  A lighter sentence to help stop the truly bad guy?  Their sentence as well must take the entire story into consideration. They must

learn, think about what THEY have done. The sentence must be stiff. The consequence high, so as to ensure that the accused have opportunity to truly pay for the damage done to Jaime and all others.

That being said I wish to give you a mother's view of my daughter. My very brave special daughter. Jaime was ill for most of her life. At 6 weeks old she was hospitalized with a lung infection. At 4 years old she tested positive for TB. She later needed a double hernia repair. In April 2012 she was diagnosed with Pseudo Tumor Cerebri. This meant that for the next 2 years almost every 4 months she was subjected to very painful spinal tap which always was followed by a week in the hospital.  She was 14 at the time. But, she did not complain, in fact the first time they diagnosed her she was giggling so hard when the ER doctor would touch her that he didn't believe she was ill. But, bravely she faced every medical test, every procedure. Walking through what must have been very scary for a child. I was always by her side, encouraging her hugging, telling her it would be ok. She did this because she trusted me. I am humbled to think of all that now. I watched her go through this bravely and with a great sense of humor. Wolf whistles to all the paramedics, friends came and they had slumber parties, day by day, year after year. She was honor roll up until then. But the pressure on her brain and the fluid in her eyes prevented her from seeing well and her grades began to slip.

Still Jaime pressed on. She became captain of her cheer squad at Margate Middle. Had been involved in gymnastics, tap, and ballet. If Jaime didn't know how to do something she'd go online watch a video and practice till she got it down pat. She worked very hard to overcome her illnesses. When she fractured her wrist that Christmas she went up to MA to visit her father, took off the cast and snow skied. Fearless! There's a saying that being brave means chasing your dreams even though you're terrified out of your mind. Jaime's little icon was an anchor, the symbol of hope. She had "I refuse to sink "all over her room. She refused to back down.

 In January 2015 I found out Jaime was using drugs.  Being familiar with Alcoholics Anonymous I took her there hoping to nip this in the bud. But, she met a lot of sick people there. Imagine that? She had it in her heart that she simply couldn't stand for anyone to be hungry, especially the guys. I can't tell you how many dinners I watched her cook,(spaghetti typically) groceries she got me to buy. Halfway houses all over north Broward to South Palm Beach delivering the food. Loving her I complied.  She was in love with them all. I told myself this was normal teenage stuff. She fell in love with a guy she met there, Patrick. Patrick was much older and a heroin addict. She spent 2 years trying to save him, going from detox to detox center. Halfway back to detox. In trying to save Patrick she lost herself. December 14th 2015 Jaime overdosed. This was the first time I became aware she had begun to use heroin. The next day, December 15, 2015 Patrick was injured in a motorcycle accident. On December 17th they declared him dead. At that point Jaime was lost in her addiction. She couldn't face the pain. Imagine my pain at losing my daughter, I'm 56. She was just 18.

From that point on Jaime struggled, going between detox, treatment facilities and hospitals. We aren't sure when or where she first got Lyme disease but she was finally diagnosed in April. They placed a PICC line in her arm for the lengthy antibiotic treatment. Again I assured her all would be well. All would be okay. She wasn't buying it this time. At the same time she was being treated for the Lyme disease she was detoxing from the heroin. This was an especially challenging time for her and us all. Thank God for

the friends and family who helped me to beg, plead and even bribe her to stay! I began for the first time to feel truly afraid. Twice the hospital called, Jaime had coded Indigo. This is the level just above Code Blue. Driving from my office downtown Fort Lauderdale to the hospital just off I-95 and Glades road I prayed for God to give me the strength to accept whatever happened; nearly hysterical each time as I drove. And, yet she survived.

My beautiful daughter; Jaime, 19, was no saint. But she was truly a brave young woman. She'd been through so much, been cheerful most of the time, and if not cheerful strong. A bit of a character.  Now, however it was beginning to wear on her. Jaime's addiction took her to places no parent wants for their child.  Several more detox centers. Yet nothing helped. Finally, October 1st with an insurance change, none of the centers would take her. I tried to help her at home. This did NOT work. So, I paid $1,500. For a 3 day stay, something I hoped would help.  It was a terrible place for a young woman to be. For anyone to be.  So when she and Kal, (her new boyfriend that she'd met in a detox course) went to Reflections Treatment facility I was so relieved. An answer to prayer for my precious daughter... but turned to devastation.

 We are all devastated. I keep saying I'm broken, like a mantra. I'll never be fixed, a piece of favorite china.  My friends, family and especially God are slowly gluing me back together. The cracks will always show. I'll always miss the times Jaime would just show up at work with a card and flowers. A random note encouraging me, thanking me. The homemade mother's day cards. Paintings.   At the end of her life she was able to make her peace with all those important to her.  She had come home thanksgiving to surprise me. She flew in November 22nd. The morning of the 23rd, we had plans to make the annual Christmas ornaments, do a bit of shopping. She said she had an errand and would be back in an hour. We hugged, said I love you (THANK-GOD). I never saw her alive again. That was around 9:30am. She died 13 hours later.

Thank-you again for the opportunity to write this.  Thank-you for your consideration.


Regards,

Michelle A Holley








Michelle A. Holley

To The Honorable U.S. District Court Judge Donald M. Middlebrooks, Southern District of Florida,

Regarding the sentencing of Kenneth and Laura Chatman.

In the life of an alcoholic/ addict who is in the grip of addiction, there are no choices. The mental obsession has become a physical craving which the alcoholic/addict cannot control. It is all-consuming. There is no ability to think through the consequences. Knowing they can lose everything, irrelevant. The only thought is they MUST use. For those in this obsessive state who are familiar with any recovery program (AA;NA;CA,etc...) the struggle is worse. Knowing the pain they are causing themselves and those who love them. It doesn't matter, there is NO choice.

The principle behind step one is honesty. Being honest with one's self. "I need help".  Accepting they are powerless over the addiction.  To follow through, walk through the doors of AA, NA, detox centers; treatment facilities takes an act of tremendous courage. Faith that you'll receive help.

From December 2015 through the weekend of October 1, 2016 I watched my daughter Jaime Holley (19) struggle to get clean and sober. Specifically the last week of September as I watched her being turned away from several detox facilities becoming more devastated, torn.  I watched the struggle. I had told her if she used she had to leave my home. I watched her walk to the door to leave, only to turn around. Asking, "Momma help me". In desperation I paid a detox facility $1,500.- 3 days. It was not enough. I became as desperate as Jaime. Terrified she would die.  She did use again. It was terrible to watch. The next week, October 11th, Jaime and her boyfriend Kal finally found a halfway house and treatment facility that would take them as a couple, Reflections in Margate. The facility would use Kal's insurance (Jaime's insurance not accepted by the facility) and grant Jaime a scholarship. I would pay for the housing for them both. It was great as not only did we finally have HOPE, but we happened to live close by.

Prior to a meeting with Mr. Chatman and staff I spoke with a man I believe named Brad. The director, Mr. Chatman was present for a good portion of that discussion. In great detail I explained our desperation. Jaime's lifelong illnesses. Her fiancé Patrick's death and the struggle she'd had over that past year. The attempts at her getting clean, my fear of losing her. They knew exactly how terrified I was, we were.

Afterward during the meeting with Mr. Chatman and his staff.  I was assured several times this was truly a RECOVERY Center. Mr. Chatman and many of the staff were in active recovery. Working a program themselves. They could and would help Jaime.  I had faith. I believed, needed DESPERATELY to believe. This was my youngest child. Jaime with great courage began to work their formatted program. Attending Intensive Outpatient (IOP) 6-7 days a week. Participating in all activities.   She had been prescribed by the facility doctors' medication which stopped the obsession to use. She began to do well. Becoming excited at a new life. But, the longer they were there things didn't seem right. Patients were

talking about illegal activities going on. Jaime began to see active drug use at the halfway house, people high on drugs, jumping off balconies doing thing that are not signs of recovery. The halfway house was the one Mr. Chatman had given us a week's free rent for every week paid. I was told Mr. Chatman was being investigated for wrong doing. I was concerned, but Jaime was doing well. And, in a mother's all-consuming fear of losing a child, my only concern was Jaime getting help. I was as desperate for Jaime to get help, as any alcoholic/addict in the grip of obsession. The only thing I cared about was saving Jaime.

Mr. and Mrs. Chatman used this vulnerability to their advantage. Whatever the motivation behind their actions, the clients/patients were NOT their main focus. Certainly, their recovery from addiction not considered! Collateral damage.

They used the desperation of the clients, and families to lie, cheat and steal. In some cases people were threatened and young women taken advantage of in ways that are reprehensible.  Jaime was not the only one whose medications were withheld. Many fell, yet there was no concern for their well-being. No compassion for the sick and suffering. This was allowed to occur with no spark of conscience on the part of the Chatman's. Neither said stop this is wrong. In fact none of the staff intervened.

 Perhaps Mrs. Chatman told herself she only signed her name. They were only taking from the insurance companies, and whoever else was paying them. How could she as a woman look herself in the mirror and not feel for the women there? I simply cannot fathom the pain of those women. I have my own pain, yet I feel heart sick for all those taken advantage of. Mrs. Chatman's actions actually created the chain of events that occurred to all! As Mr. Chatman legally couldn't run a treatment facility due to his past illegal activities. The action of Mrs. Chatman was in my mind the first illegal event to occur. Recovery is about getting honest and living a better life. How can a "RECOVERY" center be about recovery when it's created by a lie? Is a lie. She knew, eyes wide open. Willingly, knowingly started the events which cost us all so dearly. How could she participate, continue to stay?

I was specifically told Mr. Chatman was in recovery himself. Obviously, not in an honest program. In AA step 8 is to make a list of ALL persons I have harmed and become willing to make amends to them all. Step 9 is to make direct amends wherever possible except when to do so would injure myself or others. I wonder, does Mr. Chatman plan to make a list? Does he plan to make amends? Does he even know all those he's harmed? Does he care? I'm not necessarily referring to the organizations robbed by them. I'm talking about those he watched fall. The addict on the street, in the alleyways. In the areas of our cities we don't like to drive through. Those lost to their families. A shell, the person within no longer recognizable. The women, dignity stolen.

It was reported in the paper Mr. Chatman wishes to take responsibility, and therefore pled guilty. By pleading guilty to lesser charges he will have a shorter prison term. How exactly does he plan to amend his actions? How does one repair a young woman's dignity? Take away her shame?

Their actions created a chain of events not only for Jaime (my daughter) me, my entire family. Her best friend who is so devastated she cannot even bring herself to write a letter. My daughter Pam as well.

Both girls inconsolable much of the time.  But for all of us who trusted. Believed, had faith, bought the lies. For all the clients/patients, families, loved ones.

 For me the loss is irreparable. My daughter chose to leave the situation. Knowing there was no recovery there.  The environment, toxic. She became fearful. Jaime was afraid of using. She'd struggled so much to get the little clean time she did earn there. They, Jaime and Kal felt it was necessary to leave to try to stay clean and sober. The Chatman's actions created fear for many. Not only fear of physical repercussions, but fear of loss. Loss of home, sobriety and life.  Before leaving Jaime had told the staff of wrong doing. Nothing changed.  And, when she finally gave up and left they didn't give her the medication to curb the obsession. She did use again, she died. I wonder how many others are on the streets, in alleyways, dead.

 I am speaking for all the families affected by the situation. For the addict now lost. Lost in disease, lost on the streets. For those who cannot write a letter for whatever the reason.

For myself, Jaime and all of those who affected by the Chatman's actions. I ask the court; please sentence them to the maximum penalties allowed by law. For all the damaged men and women the consequence MUST match the damage done.

 I want to thank you for allowing me to address the court. I am humbled that my words could be considered. My heart broken for the loss of my beloved angel. For all her flaws I never gave up hope. Ever! Each time Jaime said "I'm done using momma. I need help! "I believed her. I know this is true for all the families, loved ones. I have seen countless miracles occur every day in the rooms of AA, NA etc... I am wise enough to know there are some who need extra help. A hand up. Which is why treatment facilities are so important for so many. This is also why the example must be set. The penalty stiff.


Regards,

Michelle A. Holley

Michelle A. Holley

To whom it may concern,

Regarding the sentencing of Kenneth and Laura Chapman. (I apologize; I do not have the case numbers).

In the life of an alcoholic/ addict who is in the grip of addiction, there are no choices. The mental obsession has become a physical craving which the alcoholic/addict cannot control. It is all-consuming. There is no ability to think through the consequences. Knowing they can lose everything irrelevant. The only thought is they MUST use. For those in this obsessive state who are familiar with any recovery program (AA;NA;CA,etc...) the struggle is worse. Knowing the pain they are causing themselves and those who love them. It doesn't matter, there is NO choice.

The principle behind step one is honesty. Being honest with one's self. "I need help". Accepting they are powerless over the addiction. To follow through, walk through the doors of AA, NA, detox centers; treatment facilities takes an act of tremendous courage. Faith that you'll receive help.

From December 2015 through the weekend of October 1, 2016 I watched my daughter Jaime Holley (19) struggle to get clean and sober. Specifically the last week of September as I watched her being turned away from several detox facilities becoming more devastated, torn. I watched the struggle. I had told her if she used she had to leave my home. I watched her walk to the door to leave, only to turn around. Asking, "Momma help me". In desperation I paid a detox facility $1,500.- 3 days. It was not enough. I became as desperate as Jaime. Terrified she would die. She did use again. It was terrible to watch. The next week, October 11th, Jaime and her boyfriend Kal finally found a halfway house and treatment facility that would take them as a couple, Reflections in Margate. The facility would use Kal's insurance (Jaime's insurance not accepted by the facility) and grant Jaime a scholarship. I would pay for the housing, $175. weekly for both of them. It was great as not only did we finally have HOPE, but we happened to live close by.

Prior to a meeting with Mr. Chapman and staff I spoke with a man I believe named Brad. The director, Mr. Chapman was present for a good portion of that discussion. In great detail I explained our desperation. Jaime's lifelong illnesses. Her fiancé Patrick's death and the struggle she'd had over that past year. The attempts at her getting clean, my fear of losing her. They knew exactly how terrified I was, we were.

Afterward during the meeting with Mr. Chapman and his staff. I was assured several times this was truly a RECOVERY Center. Mr. Chapman and many of the staff were in active recovery. Working a program themselves. They could and would help Jaime. I had faith. I believed, needed DESPERATELY to believe. This was my youngest child. Jaime with great courage began to work their formatted program. Attending Intensive Outpatient (IOP) 6-7 days a week. Participating in all activities.   She had been prescribed by the facility doctors' medication which stopped the obsession to use. She began to do well. Becoming excited at a new life. But, the longer they were there things didn't seem right. Patients were

talking about illegal activities going on. Jaime began to see active drug use at the halfway house; the one Mr. Chapman had given us a week's free rent for every week paid. I was told Mr. Chapman was being investigated for wrong doing. I was concerned, but Jaime was doing well. And, in a mother's all-consuming fear of losing a child, my only concern was Jaime getting help. I was as desperate for Jaime to get help, as any alcoholic/addict in the grip of obsession. The only thing I cared about was saving Jaime.

Mr. and Mrs. Chapman used this vulnerability to their advantage. Whatever the motivation behind their actions, the clients/patients were NOT their main focus. Certainly, their recovery from addiction not considered! Collateral damage.

They used the desperation of the clients, and families to lie, cheat and steal. In some cases people were threatened and young women taken advantage of in ways that are reprehensible.  Jaime was not the only one whose medications were withheld. Many fell, yet there was no concern for their well-being. No compassion for the sick and suffering. This was allowed to occur with no spark of conscience on the part of the Chapmans. Neither said stop this is wrong.

 Perhaps Mrs. Chapman told herself she only signed her name. They were only taking from the insurance companies, and whoever else was paying them. How could she as a woman look herself in the mirror and not feel for the women there? I simply cannot fathom the pain of those young ladies. I have my own pain, yet I feel heart sick for all those taken advantage of. Mrs. Chapman's actions actually created the chain of events that occurred to all! As Mr. Chapman legally couldn't run a treatment facility due to his past illegal activities. The action of Mrs. Chapman was in my mind the first illegal event to occur. Recovery is about getting honest and living a better life. How can a "RECOVERY" center be about recovery when it's created by a lie? Is a lie. She knew, willfully eyes wide open knowingly started the events which cost us all so dearly. How could she participate, continue to stay?

I was specifically told Mr. Chapman was in recovery himself. Obviously, not in an honest program. In AA step 8 is to make a list of ALL persons I have harmed and become willing to make amends to them all. Step 9 is to make direct amends wherever possible except when to do so would injure myself or others. I wonder, does Mr. Chapman plan to make a list? Does he plan to make amends? Does he even know all those he's harmed? Does he care? I'm not necessarily referring to the organizations robbed by them. I'm talking about those he watched fall. The addict on the street, in the alleyways. In the areas of our cities we don't like to drive through. Those lost to their families. A shell, the person within no longer recognizable. The women, dignity stolen.

It was reported in the paper Mr. Chapman wishes to take responsibility, and therefore pled guilty. By pleading guilty to lesser charges he will have a shorter prison term. How exactly does he plan to amend his actions? How does one repair a young woman's dignity? Take away her shame?

Their actions created a chain of events not only for Jaime (my daughter) and me, but for all of us who trusted. Believed, had faith, bought the lies. For all the clients/patients, families loved ones. The Chapman's actions created fear, not only fear of physical repercussions but also fear of loss of our loved ones. I speak for all the families affected by the situation. For the addict now lost. Lost in disease, lost

on the streets.  For me the loss is irreparable. My daughter chose to leave the situation. Knowing there was no recovery there.  The environment, toxic. She became fearful. She had told the staff of wrong doing. Nothing changed.  And, when she left they didn't give her the medication to curb the obsession. She did use again, she died. I wonder how many others are on the streets, in alleyways, dead.

For myself, Jaime and all of those who affected by the Chapman's actions. I ask the court; please sentence them to the maximum penalties allowed by law. For all the damaged men and women the consequence MUST match the damage done.

 I want to thank you for allowing me to address the court. I am humbled that my words could be considered. My heart broken for the loss of my beloved angel. For all her flaws I never gave up hope. Ever! Each time Jaime said I'm done using momma. I need help! I believed her. I know this is true for all the families, loved ones. I have seen countless miracles occur every day in the rooms of AA,NA etc... I am wise enough to know there are some who need extra help. A hand up. Which is why treatment facilities are so important for so many. This is also why the example must be set. The penalty stiff.


Regards,

Michelle A. Holley

3/20/17

Letter: Sentencing

3/29/17        Kenneth and Laura Chapman

To whom it may concern,

Regarding the sentencing of Kenneth and Laura Chapman. (I do apoligize; I do not have their case numbers)

My youngest sister Jaime Susan Holie, age 19 (As in 6 weeks of being 19), came to their facility Reflections in Margate, FL. Her and her boyfriend Kal had made a decision - They had to get better. They were finally at the lowest place possible. This is often when true recovery can take place. Jaime was finally as ready as could be, she was in need of help. Rehab and a safe place to stay was her understanding as entered Reflections. Shortly after she became very much aware situations were one thing verses what her and my mom were told prior to Jaimes agreement for help. Just like when you check in at a hospital - there are always terms of an agreement. Jaime had to beg for her

medication. They would not give her the
medication when she was suppose to
receive it. So she would become ill. Now
just imagine this; you are at a sober
home - there for help. Emotional Support,
health monitored - medications to help you
detox so that you do not become so
ill you want to crawl out of yourself,
some thing worse than food poisoning - PAID
just everywhere. And when Reflections
choose to with hold her medication
she called the police. The police scare
her off; the "house mom" has the police
convinced Jaime is just a junkie. So
now Jaime is emotionally not safe. This
woman who was suppose to be the house
mom - a woman who chose an ill act
upon a sick little girl. The woman I
refer to as Francesia Davis, (etal -
Case number 113C 9:17CR 80013) who
was employed by Reflections. As if
that was not enough; she also witnessed
prostitution, threats and over all fearful.
She went to Reflections for medical,
emotional help and found herself
having to choose either stay in



reflections or KoI and her leave with
no place to go. My sister has endured
so much - brain tumor, spinal taps, stage
4 lyme disease (she actually got lined
from it) and not once did she ever
express this level of fear. She was able
to get her medication back, her boyfriend
got a on the road truck job which
allowed Jaime to go along. They left
the facility with fear, concern, still
needing help and support, Jaime had
made the decision to stay sober. She
journaled a bit, reached out and made
amends for her actions when using
and was able to build back the
bridges she burned in 2015. Life
was starting to make sense to Jaime,
she was visiting states, stopping to pet
every animal possible especially in farming
states. The young lady was slowly coming
back - She saw life once again in
fresh sober eyes. I finally had my
baby sister back; we are 15 years and
4 days apart. It was so amazing and
then not so amazing, she was still
physically sick. She tried so hard

to not show how awful she felt. She was pretty good about hiding being sick as all her life in and out from illness to illness she still had this way of making sure everyone else was okay. This, there was no real way to hide. She had decided to fly home to Florida and surprise my mom and other side of Thanksgiving. The day before Thanksgiving Jaime told my mom she was going to go gas and then have to come to help with Thanksgiving preperations as well as Jaime helping mom out with the yearly Christmas decorations my mom loves and Jaime and their mother – hundreds. She never came home. She passed away from an overdose. I honestly believe she no longer could handle being sick from the lack of her medication she would not have gone to no drugs. I honestly believe she would have stayed at Reflections if this was a true sober house. My sister died because the one place she went to get help was more dangerous than being on the streets. The Chapmans chose to run their

facilities with full knowledge of situations that were morally wrong. They are careless with their actions and have inflicted unwanted pain in a lot of peoples lives. My life will never be the same. My Childrens lives will never be the same. The day of Jaimes viewing, it was so sureal seeing her tiny body in this casket, my grandmother doing her best to support us all. My children clinging to each other as I my self in console.

My entire family paid the ultimate price. I am now asking you to take in consideration the Chapmans Knowingly conducted their facilities with some form of abuse. This was a decision they made. I am asking for a heavier sentencing - please do not let their actions go unpunished. I have to go the rest of my life with out Jaime, they can go the rest of their lives thinking about their actions. My Sister wanted and sought help. The Chapmans sought greed and gain.

Thank you for letting me share how the Chapmans actions have

a direct effect in me as well as my family.

Danielle Ramos
Danielle Ramos











Juat because.....

2013 Happy Mothers day! Love you.
The only thing better Than having you as a MOM is MY children will have you as a GRANDMA
always have
mothers day 2013!

roses are red violets are blue, Mothers day wouldnt be as fun without you. Hope Your day is a fine Hope Your day is good Hope it is as smooth it was should. You're amazing or Brilliant, your a desert snake, Mom I

Love you!. I should have done the flowers but I couldn't. I could have bought you something but I didn't a poem that I wrote took me all day.
I Love you Have a good

Mother's day 2013



The only thing better Than having you as a MOM is MY children will have you as a GRANDMA





Jaime Painted the Serenity prayer for me- Mother's day 2014,she wrote the inscription. I added the photo of her on the mountaintop in Puerto Rico





Jaime and Patrick



Jaime and her sister Taylor on the way to Patrick's memorial



Jaime having the
PICC line placed
into her arm

Jaime Holley



All of us



This is one of the few pages in her journal- October 27.2016- she was attending Reflections Less than a month later she was gone.

Oct. 27. 16

Honestly I sit back and remember what life was like when I was getting high. How awful life was, How hurt my mom was. How I was selfish, How I didn't care how many people I hurt. I am so sorry, I am so sorry. I want to get this so I can not tell them but show them. My mom always tells me how proud she is of me. I need to give her peace of mind. I want her to be able to go to bed with out worring about me. want her to be able to answer people when they ask hows Jaime. I want her to be able to answer honestly she is good. my dad is talking to me after along time he is realizing we our family apart. Finally! I hope everything gets better I hope I stays clean. That my mom can finally come to peace that my dad gets help. that my life gets better