IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-CR-80013-DMM

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

KENNETH CHATMAN,

       Defendant.

_____/

## UNOPPOSED MOTION TO CONTINUE SENTENCING

COMES NOW, the Defendant, KENNETH CHATMAN, by and through the undersigned counsel, and moves this Honorable Court to enter an order continuing the Sentencing in the above-captioned matter and as grounds states the following:

1. This matter is scheduled for Sentencing on Wednesday, May 17, 2017, at 10:00 a.m.

2. The draft disclosure of the Presentence Investigation Report was provided Wednesday, April 19, 2017.

3. Undersigned counsel represents the lead defendant in this complex matter. Undersigned is seeking a reasonable amount of time to investigate and analyze the three hundred paragraph Presentence Investigation Report. This investigation will include, but is not limited to, a slew of enhancements that are outside of the scope of the plea agreement, a substantial amount of factual information, and several victim impact letters that must be investigated.

4.  The undersigned counsel would request a thirty (30) day continuance to conduct a thorough investigation with regards to the voluminous information presented in the Presentence Investigation Report.

5.  Undersigned counsel conferred with Assistant United States Attorney Ann Marie C. Villafana and she has no objection to the instant motion.

6.  This motion is filed in good faith and not for the purpose of delay.

WHEREFORE, the Defendant, KENNETH CHATMAN, respectfully requests that this Honorable Court enter an order continuing the presently scheduled Sentencing in the above-styled cause.

Respectfully submitted,

SAAM ZANGENEH, P.A.
14 Northeast 1st Avenue, Suite 300
Miami, Florida 33132
Telephone:     (305) 441-2333
Facsimile:     (305) 908-8693
Email:          saam@zangenehlaw.com

/s/     *Saam Zangeneh*
By:     Saam Zangeneh, Esq.
        Fla. Bar No.:   526721

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed this 24th day of April, 2017, with the Clerk of Court through CM/ECF.

/s/     *Saam Zangeneh*
        Saam Zangeneh, Esq.