UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-80013-CR-MIDDLEBROOKS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

KENNETH CHATMAN,

    Defendant.
_____/

### ORDER DENYING MOTION TO CONTINUE SENTENCING

**THIS CAUSE** comes before the Court upon Defendant's Unopposed Motion to Continue Sentencing (DE #180). After reviewing the motion and being fully advised in the premises, it is

**ORDERED AND ADJUDGED** that the Defendant's Motion to Continue Sentencing (**DE #180**) is **DENIED.** .

**DONE AND ORDERED** at West Palm Beach, Florida this 25th day of April, 2017.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

cc:    Counsel of Record