IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-CR-80013-DMM

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

KENNETH CHATMAN,

    Defendant.
_____/

**MOTION FOR EXTENTION OF TIME TO FILE
OBJECTIONS TO THE PRESENTENCE INVESTIGATION REPORT**

COMES NOW, the Defendant, KENNETH CHATMAN, by and through his undersigned counsel, and presents herewith, his Motion for Extension of Time to File Objections to the Presentence Investigation Report, and states as follows:

1. On March 15, 2017, the Defendant plead guilty to one (1) count of conspiracy to commit healthcare fraud, one (1) count of money laundering and one (1) count of conspiracy to commit sex trafficking by force, fraud or coercion.

2. The draft disclosure of the Presentence Investigation Report was submitted on April 19, 2017.

3. Objections to the Presentence Investigation Report are due today, May 3, 2017.

4. The undersigned counsel respectfully requests that this Honorable Court enter an order providing a one (1) week extension to file the objections.

5. The undersigned counsel attempted to contact Assistant United States Attorney Ann Marie C. Villafana but was unable to reach her to discuss the instant motion.

6. This motion is made in the utmost of good faith and in the interest of justice, and is not the result of a lack of due diligence.

WHEREFORE, the Defendant, KENNETH CHATMAN, respectfully prays that this Honorable Court enter its order granting the within Motion for Extension of Time to File Objections to the Presentence Investigation Report, therein providing a one (1) week extension.

Respectfully submitted,

SAAM ZANGENEH, P.A.
14 Northeast 1st Avenue, Suite 300
Miami, Florida 33132
Telephone:     (305) 441-2333
Facsimile:     (305) 908-8693
Email:         saam@zangenehlaw.com

/s/     *Saam Zangeneh*
By:    Saam Zangeneh, Esq.
       Fla. Bar No.:   526721

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed this 3rd day of May, 2017, with the Clerk of Court through CM/ECF.

/s/     *Saam Zangeneh*
       Saam Zangeneh, Esq.