UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,
       Plaintiff,

vs.                           CASE NO. 17-80013-CR-MIDDLEBROOKS

STEFAN GATT,
       Defendant

_____

## ORDER GRANTING UNOPPOSED MOTION TO MODIFY CONDITIONS OF PRE-TRIAL RELEASE (TRAVEL)

THIS COURT having been presented Defendant, Stefan Gatt's Unopposed Motion to Modify Conditions of his Pre-Trial Release, and after reviewing same being otherwise fully advised in the premises, does hereby

ORDERE AND ADJUDGE that the motion be and the same is hereby GRANTED. Stefan Gatt shall be permitted to travel to Michigan on July 2, 2017 and return to the district on July 6, 2016.

DONE AND ORDERED in Chambers, in West Palm Beach, Florida, this __5__ day of __May__, 2017.

_____
Donald Middlebrooks, U.S. District Judge

Copies furnished:
U.S. Attorney
Edward G. Salantrie, Esq.