*Department of Justice*
*United States Attorneys*

# United States District Court
# for the Southern District of Florida

UNITED STATES                      NO.: 17-80013-CR-MIDDLEBROOKS

v.

KENNETH CHATMAN

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

To:     ANY UNITED STATES MARSHAL, and

WARDEN, Okeechobee County Jail, 504 NW 4th Street, Okeechobee, Florida 34972.

It appearing from the petition of the United States of America that Schuyler Smith ID# 62764, a material witness for the United States in the above entitled case, is confined in the Okeechobee County Jail at 504 NW 4th Street, Okeechobee, Florida 34972, and that this case is set for a sentencing hearing at the United States Courthouse, 701 Clematis Street, West Palm Beach, Florida on May 17, 2017, and that it is necessary for the witness to be before this Court for the purpose of giving testimony in said proceeding.

NOW THEREFORE, this is to command you, any United States Marshal, that you have the body of Schuyler Smith ID# 62764, now in custody as aforesaid, under safe and secure conduct, before this Court at the United States Courthouse, 701 Clematis Street, West Palm Beach, Florida by or before 10:00 o'clock, A.M., on May 17, 2017, for the purpose of testifying in the above case, and upon completion of all testimony that you return the subject with all convenient speed, under safe and secure conduct to the custody of the Warden of the aforesaid penal institution.

And this is to command you, the Warden of Okeechobee County Jail at 504 NW 4th Street, Okeechobee, Florida 34972 to deliver into the custody of any United States Marshal, upon production to you of a certified copy of this writ, the body of Schuyler Smith ID# 62764 for safe and secure conduct to this district for this purpose.

DONE AND ORDERED at West Palm Beach, Florida, this _____ day of May, 2017.

                                                           HONORABLE DONALD M. MIDDLEBROOKS
                                                           UNITED STATES DISTRICT JUDGE

cc:     U.S. Attorney (AUSA Villafaña)
        U.S. Marshal (3 certified copies)