May 9, 2017

To the Sentencing Judge
West Palm Beach Court

Your Honour,

I am writing this character reference for my former employer, Kenneth Chapman. I was employed by Kenneth Chapman as a Therapist for the last 2 years. I have been working in the field of recovery for over 16 years and having worked for several people during my career I can honestly say that it was my pleasure working with Mr. Chapman. I understand that he has plead guilty to serious charges and was very surprised when I heard of the offenses that he has pled guilty to, but I have never personally witnessed Kenneth commit any criminal activities while employed at the Treatment Center.

Kenneth was well liked by his clients and always displayed tremendous care, compassion and consideration to the clients and their families. He was very generous and always made sure that the clients needs were met and went out of his way to ensure that they were treated with dignity and respect. My very first impression and interaction with Kenneth was with his family. Kenneth is a devoted family man and the love he always displayed to his wife and 4 children was very impressive. He cherishes his family above all. I also had the pleasure and opportunity to meet his, Mother, Father, Sister and Brother and it was very obvious the love he shared with his beautiful family. We spent several holidays together with our families. Kenneth is a man of faith who attends church regularly every Sunday with his family.

While working with Kenneth he was involved with many community and service based organizations. He is involved with the Boys & Girls Club providing financial donations, tee shirts and shoes to the kids. He is also involved with the Kids in Distress organization providing donations, Christmas gifts and Miami Heat tickets to the children. He was a sponsor for, You Moms organization, which provides pampers, clothing and baby food to those in need and Father & Sons football league as well as donations to the YMCA of Broward County.

It was a great surprise to hear about the offenses that were committed by Kenneth Chapman as it seems very out of character for the man that I have known and worked with for the past few years. I must say that knowing the kind of man that he is, he deeply regrets his actions and the repercussions on his family and I am confident that he will continue to be a valuable member of society. I and my family will support him and his family in any way possible based on the outcome of the courts decision.

Please feel free to contact me in person if you have any additional questions or information that I can provide on his behalf. I can be reached at ▮▮▮▮▮▮▮▮

Respectfully yours,


James Woods Jr.


DEFENDANT'S EXHIBIT A

Karriem Slade

▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇

May 6, 2017

**Honorable Judge Donald M. Middlebrooks**

**701 Clematis Street, Rm 257**

**West Palm Beach, Florida 33401**

Dear Honorable Judge Donald M. Middlebrooks:

Esteemed Honorable Judge Middlebrooks kindly accept this letter as gesture of support for Defendant Kenneth Chatman whom will appear before you for the sentencing scheduled for May 17, 2017 in The United States District Court. Considering the circumstances surrounding Kenneth Chatman's descent and reprehensible behavior, I found myself reluctant to write this letter. However, I wanted to convey some goodwill on behalf of him prior to his sentencing to demonstrate the character of the friend, brother, son, and father he has since become to others in his life.

My name is Karriem Slade, I live in the suburbs of Atlanta, GA with my wife of 4 years Apazra Burks-Slade and 2 daughters Sidney & Gabrielle. My wife and I, are both kindred spirits and transplants of other cities. We both value family, life and the community. Recently, my wife and I received the Citizens of the Year award from the Alpharetta Department of Public Safety for saving a motorist's life on the highway.

Honorable Judge Donald M. Middlebrooks
May 6, 2017
Page 2

Besides, myself and Kenneth Chatman both grew up in Brooklyn, NY. We both attended New Utrecht H.S. in Bensonhurst, Brooklyn; as this is where we met for the first time and began our friendship. We didn't realize until then that we lived in the same community.

Although, growing up in urban Brooklyn, NY had its moments, often leading to distracting events in our life, this was how my friendship with Kenneth Chatman was cultivated. Being raised by a single parent and one of nine kids had its share of doubtful moments. Unfortunately, not having a father put my mother in the precarious position of having to do everything. Similarly, Kenneth's life mirrored mine while his father played the same role raising a trio of kids on his own. During this time, I found myself having to move out at an early age. It was during this time that Kenneth Chatman convinced his Dad to take a chance on me and to give me room and board. Consequently, as we grew up I inherited the benefit of a lifelong friend as well as his extended family. That is how we became brothers.

After serving as my best man at our February 2015 wedding, Kenneth arrived unannounced to bear his character at a most vulnerable time for me and my wife. Augustus Cree Slade was born on September 7, 2015 and passed on September 9, 2015. At the funeral Kenneth came bearing a personalized Bible for Augustus that until this day resonates within me.

Conversely, it was the same drive and passion he displayed when helping others in need. During his unceremonious time within the community, The Boys and Girls Club (Broward County), First Time Mothers and his participating Church were a few of the charitable deeds he conveyed. Although, I can't legally judge the character of this man for his transgressions, I can say that his character does have flaws. Flaws that with time can come to repair the character of this man.

Furthermore, and since this time I have come to learn that Kenneth Chatman is remorseful and fully acknowledges his illegal acts and the harm he has caused many. He wishes to express his deepest apologies to those that he hurt and only to begin the journey to amend his misdeeds. He is confident that he can now emerge renewed to serve his family, be a father to his kids and work tirelessly to repay those Families, Communities and Insurance Companies. On my end, I can say that I will make a concerted effort to admonish and assist in rehabilitating Kenneth's life going forward.

Therefore, your esteemed Honorable Judge Middlebrooks, I ask that you spare Kenneth Chatman's young kids Jordan, Christian, KC and Trinity the loss of their father for the foreseeable future.

Respectfully Yours,

*Karriem Slade*

Karriem Slade

THANK YOU FOR SUPPORTING THE

ALPHARETTA DEPARTMENT OF PUBLIC SAFETY

AWARD CEREMONY



MAKE A TAX-DEDUCTIBLE DONATION TO THE ALPHARETTA PUBLIC SAFETY FOUNDATION AND HELP US MAINTAIN WORLD CLASS PUBLIC SAFETY FOR THE CITIZENS OF ALPHARETTA.

MAKE CHECKS PAYABLE TO "ALPHARETTA PUBLIC SAFETY FOUNDATION INC." AND MAIL TO:
ALPHARETTA PUBLIC SAFETY FOUNDATION INC.
P.O. BOX 933
ALPHARETTA, GA 30004

---

THE CITY OF
**ALPHARETTA**
GEORGIA

THE ALPHARETTA DEPARTMENT OF PUBLIC SAFETY WELCOMES ITS GUESTS TO THE 2017 ANNUAL AWARDS CEREMONY



WESLEY McCALL
DEPUTY DIRECTOR

GARY D. GEORGE
DIRECTOR

JOHN ROBISON
INCOMING DIRECTOR





## PROGRAM

WELCOME FROM THE REPRESENTATIVE OF THE ALPHARETTA PUBLIC SAFETY FOUNDATION
HONORABLE STATE SENATOR JOHN ALBERS

PRESENTATION OF COLORS
THE ALPHARETTA DEPARTMENT OF PUBLIC SAFETY HONOR GUARD

STAR-SPANGLED BANNER
KRAIG KELSEY

PLEDGE OF ALLEGIANCE
DIRECTOR GARY D. GEORGE

INVOCATION
PASTOR THOMAS HAMMOND

SPIRITUAL SONG PRESENTATION
KRAIG KELSEY

## RECOGNITION OF DISTINGUISHED GUESTS
*Honorable State Senator John Albers*

## REMARKS BY THE CITY OF ALPHARETTA MAYOR
*The Honorable David Belle Isle*

## REMARKS BY THE CITY OF ALPHARETTA PUBLIC SAFETY LIAISON
*Councilmember Jim Gilvin*

## PRESENTATION OF "BABY RAVEN" STORY
*Director Gary D. George*

## REMARKS BY THE CITY OF ALPHARETTA PUBLIC SAFETY DIRECTOR
*Gary D. George*

## GUEST SPEAKER
*Incoming City of Alpharetta Public Safety Director John Robison*

## RECOGNITION AND PRESENTATION OF THE ANNUAL AWARDS
*Fire Captain Joe Popadics*

- ROTARY SERVICE ABOVE SELF AWARD
- CHAPLAIN RECOGNITION AWARD
- CITIZENS OF THE YEAR
- IAED TRI-ACE AWARD RECOGNITION
- MEDICAL LIFESAVING AWARDS
- FIRE CORPS VOLUNTEER OF THE YEAR
- FIRFIGHTER OF THE YEAR
- FIRE SUPERVISOR OF THE YEAR

---

*Police Captain Sandy West*

- ACE RECOGNITION AWARD
- SERVICE RECOGNITION AWARD
- CAPS OFFICER OF THE YEAR
- PUBLIC SAFETY EMPLOYEE OF THE YEAR
- E-SQUAD OFFICER OF THE YEAR
- COMMUNICATIONS OFFICER OF THE YEAR
- POLICE OFFICER OF THE YEAR
- K-9 MATTIS PURPLE HEART AWARD
- POLICE SUPERVISOR OF THE YEAR
- POLICE CROSS PRESENTATION

## PRESENTATION OF THE DIRECTOR'S AWARD
*Director Gary D. George*

## LUNCH PROVIDED BY THE ALPHARETTA PUBLIC SAFETY FOUNDATION



To whom it may concern

I am writing this letter on behalf of Kenneth Chatman who I have known most of my life. His previous diatribes would cause one to deflect from his true self. I would like to state that this husband, father, son, and brother is one of the most loving and compassionate people in my life; without Kenneth in my life I wouldn't be the man I am today. I used his drive as a measuring stick for my own which served me greatly. Kenneth's ambition usurped his station in life which may have lead to mistakes being made. Mistakes which do not define his character but showed a flawed human element in which we are all guilty of. Kenneth has done so much good in his life I truly believe he deserves some mercy for his mistakes. I myself ask the court to take mercy on Kenneth if not for himself, for his children who need him in their life. Although we do not share the same blood i love him no less than my blood brother and I see his father as my father who raised us to be family men. So again I ask that the court show mercy on Kenneth Chatman for his absence will affect all of our lives.

Your's Truly
Lardrell Climer

Venus Prince-Richardson

▇▇▇▇▇▇
▇▇▇▇▇▇
▇▇▇

Dear Honorable Judge Middlebrooks

I have been trying to find the words to write this Letter for several weeks now. On May 17, 2017 you have the task of sentencing my Nephew Kenneth Chatman and ultimately changing the course of the rest of his life.

I have obviously known Kenny for most of his life and although my connection might make me just a little biased, I do believe that I'm a good enough judge of character to be considered a fair reference.

My Nephew Kenny has indeed strayed off the path that we all hoped for him to follow, but I remain hopeful that he possesses the desire and determination to learn from this experience and move forward in a positive direction and only you have the power to grant him this opportunity. Kenny comes from loving support group in his entire Family. If he is indeed incarcerated, we will be there for him and if you see fit to grant him leniency we will do everything in our power to help facilitate his return to a positive lifestyle.

Kenny is the type of person who would give you the shirt off his back. He has strong ties to his community as well as his Church. Kenny has done many charitable events for so many under privileged individuals in his community. Kenny is a compassionate, loving Father of Four wonderful Children-Trinity, Kenny Jr., Christian and Jordan which of whom his would absolutely lay down his own life than to see any harm come to them. His children would be the ones that suffer the most from this unpleasant situation.

I realize that your obligation is to make sure that justice is done and Kenny must be punished and the Community is protected. I do believe that the Community does not need to be protected from my Nephew. Kenny has been an integral part of his Community for several years. Kenny has made a huge mistake- but that should not define who he really is. As for a punishment, I do understand that the Courts and the Community expects that this punishment be swift and exact. I think just the thought of him losing his Wife and Children is quite punishment enough for any Man to bear. Going to prison can't punish him anymore than the remorse he feels and the pain he has caused his Family. But there are individuals who would be punished and scarred for Life should he be sent away- His Children.

Thank you for reading this letter. It took much pain and soul searching for me to write this. Please forgive me if I've taken up to much of your time and I understand that you have an abundance of things to consider in regards to these proceedings, but I really needed to tell you a little something about my Nephew whom I've loved and cherished.

Thanking you in advance for any and all courtesy you may extend in this matter.

Sincerely;

Venus Prince-Richardson

*Venus Prince-Richardson* (signature)



To whom it may concern

    I have known Kenneth Chatman all my life. He is my oldest brother and my son's godfather. This situation, allegations and the absence of my brother has turned our families world up side down. He is the much needed blood that keeps the heart pumping in our lives. He is no more a monster or a danger to society then the sky is gold. When my sons father was absent in his life, years ago my brother helped me keep things in order like paying my mortgage and sending money for clothes and food. Every summer he would send for all of his nephews to spend weeks at his house to allow the cousins to spend time and bond since they are all in different states. I know he has donated toys to his local children's orphanage. On holidays he would send for my mother in New York to prepare holiday functions and activities for all of his clients. She would prepare gifts for everyone at Christmas they eat until their stomachs were full at Thanksgiving. Why do you ask.to let his clients know that they are not forgotten. Also to show them this is what a real family does for one another. I remember one year me and my son was there for Christmas and the smiles on their faces show their appreciation and gratitude to my brother.

Is Kenneth Chatman perfect? No. Is he a monster absolutely not. I wrote this letter to you. begging you to look into your heart and have mercy on my brother! His children need their father and I need my brother.

Thank you for your time and all that you do sincerely Tahisha Chatman



To whom it may concern

    My name is Kenneth Chatman Sr. my ex wife Denise Chatman is sitting here with me, and we're writing this letter on behalf my son Kenneth Chatman Jr.  And the first thing we want to say is our son is not a monster, and we're not saying this cause he's our child. We've known him his entire life and he is a beautiful, caring and strong will individual and we know he has done more good in this world than bad, he is a God fearing man with strong ties to his community and most of all his family. We can't count how many people he has help through the years including family members and friends. Please don't judge him to harsh just because he got caught up in a bad situation which he couldn't find his way out of, he not a murderer, he not a rapist, and he didn't kidnap anyone.. now don't get it twisted, we're not saying his perfect, we're just saying that there so much more to Kenneth Chatman then what you see. Also Kenny Jr. suffers from epilepsy and he been suffering more with it since he been in jail. His mother and I are praying all the time long and hard not just for our son, but for every one involved in this tragedy, on both sides of the track. Life in prison is too severe for our child, even fifteen to twenty years is also too harsh.. if you would aloud me to be open and honest for just one moment here. I really don't know if this letter will have any influence on your final decision, and if there any possibility for my son to get a second chance to get back with his family and see his two youngish boys before they graduate from high school would truly be a blessing. I know my son
will be a better man once he's back with his family.  Judge Donald Middlebrooks our son's life is in your hands. I don't know if you're a religious man or not, but just remember one thing.. God is good all the time, He is a merciful God, His word has always been true. So please don't let the prosecutor, the DA or the media have the last impact on you.. let your heart and God good will give final say!

        Thank you, thank you

    From Kenneth and Denise Chatman

Eric Gateau

MAY 8, 2017

Honorable Donald M. Middlebrooks United States District Judge
Paul G Rogers Federal Building and U.S. Courthouse
701 Clematis Street, Room 257
West Palm Beach, Florida 33401

RE: Kenneth Chatman

Case No. 9-17-cr-80013

Dear Judge Middlebrooks,

My name is Eric Gateau and, I am a New York City Correction Officer currently working at the New York City Department of Correction for five years.

I am the brother in law of Kenneth Chatman. I have known Kenneth for approximately 4½ years. During that time, I have known Kenneth to be kind, giving and loving person. Kenneth has 4 beautiful kids Trinity (age 20), KC (age 17), Christian (age13), and Jordan (age 7). These children depend upon their father. He has a positive bond with them by supporting them with school activates such as sport and other event that take for his children.

Kenneth has a strong family oriented background, he has always tried to the right thing. How he ever got into this situation is so incomprehensible to me as this is not the man I have known threw out the years.

In conclusion you don't now me and you don't owe to me anything or Kenneth. Yet I am asking you to be as lenient as possible in delivering your sentence. May you find mercy in your heart.

Sincerely,

Eric Gateau

Abdul Chatman

May 1, 2017

Honorable Donald M. Middlebrooks
United States District Judge
Paul G. Rogers Federal Building and U.S. Courthouse
701 Clematis Street, Room 257
West Palm Beach, Florida 33401

Re: Kenneth Chatman
Case No. 9-17-cr-80013

Dear Judge Middlebrooks,

I am writing to urge leniency in the sentencing of my brother Kenny Chatman. I am shaken by how difficult this letter is for me to write and wish there was an ideal place to begin. But where does one start when a loved one's life is in the hands of someone that does not know him. I wish more than anything that you, the man who decides his fate, could know him like I do. So a little bit of the Kenny Chatman that I know is where I will start.

What keeps me believing in him and loving him is the fact that he is a good person that came from a good home. I know that seems so contradictory to everything that you have heard about him. However, it's the truth that keeps my hope alive. My father is a retired Motorman who spent his entire career with the NY City Transit Authority and my mother is a retired nurse. Even though they divorced when we were in elementary school, they both did everything that they could to make sure the four of us kids had loving, stable, normal childhoods. My parents have known each for 51 years (since they were fourteen years old) and are still great friends today. We are a close-knit family that will support Kenny, Laura, Trinity (age 20), KC (age 17), Christian (age 13) and Jordan (age 7) during this difficult time.

While growing up, Kenny was the typical big brother always taking care of my two sisters and me. As children we shared a room and enjoyed the normal brotherly competition. We laughed and played together. Kenny loves to make people laugh and does it well. He is also a very compassionate and emotional person. Like my father, the norm for him is to put others first. As a teenager, Kenny always worked two jobs. Every time he got a job he always found a way to also get me (and our friends) the same job. He taught me to work hard for what I wanted including teaching me everything about selling cars. Kenny always chose to work hard (and not break the law) for money. That is the Kenny that I know. As a result, this situation has come as a surprise to my entire family.

We have always been able to count on Kenny whether it was my mother's surgery, my grandmothers' illnesses or for weddings and the birth of babies. Throughout his life he has been available to us for advice and counsel. That holds true today. We have been emailing each

other. Even during this time he is available to me for encouragement on everything I am doing. While Kenny is away, we will miss him. It pains me to think that he may not be around when my grandmother or parents pass or to see his four children grow up. I see so much of Kenny in his kids. Trinity and KC are both good students and hard working. Christian and Jordan are smart, sweet and compassionate kids. No matter his personal faults, he is without a doubt a fantastic parent. He and Laura have raised their kids to be kind, respectful, good students, hard working and compassionate.

We are aware that Kenny will have to pay for his crime but want you to consider that Kenny is hurting more than any of us can imagine. Several of my conversations with him after this happened consisted of mostly crying. Kenny is realistic about his situation, yet remains hopeful that he will find something positive in it. I believe he is aware of the pain that he has caused, is truly remorseful, and is just as shocked as the rest of us that he was capable of such actions.

I love my brother more than I ever thought possible; not because he needs me to, but because I need to. It is a difficult concept for an outsider to understand, but it comes from what is inside us as a family. He will need support, love and medical help. My entire family will be there to see him through. We have not given up on him and hope that you won't either. But most of all right now, he needs hope. We are praying that at the end of this Kenny will be able to get his life back on track for himself and for Laura, Trinity, KC, Christian and Jordan and the rest of us.

Thank you for your time in reading this. I wanted to speak from my heart and hope you will forgive the informality of this letter. Please consider our family especially Kenny's children when you sentence him. It is not too late for him to become a productive member of society. Thanks again for your attention.


Sincerely,


Abdul Chatman