UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 17-80013-CR-MIDDLEBROOKS

UNITED STATES OF AMERICA
    Plaintiff,

vs.

KENNETH CHATMAN,
    Defendant.
_____/

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

TO:    ANY UNITED STATES MARSHAL, and
        WARDEN, Okeechobee County Jail

It appearing that **SCHUYLER SMITH ID# 62764**, a **material witness** for the United States is confined in Okeechobee county Jail at 504 NW 4th Street, Okeechobee, FL and that this case is set for a sentencing hearing at the United States Courthouse, 701 Clematis Street, 2nd Floor, Courtroom 7, West Palm Beach, Florida on May 17, 2017 at 10:00 am and that it is necessary for said witness to be before this Court for the purpose of giving testimony in said proceeding;

NOW, THEREFORE, this is to command you, any United States Marshal, that you have the body of **SCHUYLER SMITH ID# 62764,** now in custody as aforesaid, under safe and secure conduct, before the Honorable Donald M. Middlebrooks at the **United States Courthouse**, **701 Clematis Street, 2nd Floor, Courtroom 7, West Palm Beach, Florida,** by or before **MAY 17, 2017 at 10:00 am,** and upon completion of said proceeding that you return the defendant with all convenient speed, under safe and secure conduct to the custody of the Warden of the aforesaid penal institution.

And this is to command you, the Warden of OKEECHOBEE COUNTY JAIL to deliver into the custody of any United States Marshal, upon production to you of a certified copy of this writ, the body of the said material witness for safe and secure conduct to this district for the purpose aforesaid.

**DONE AND ORDERED** at West Palm Beach, Florida, this 12th day of May, 2017.

                                          Donald M. Middlebrooks
                                          United States District Judge

cc:    Counsel of Record
       U. S. Marshals Service