UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   17-80013-CR-MIDDLEBROOKS/BRANNON

UNITED STATES OF AMERICA

v.

KENNETH CHATMAN, et al.,

    Defendants.
_____/

## UNITED STATES' NOTICE OF FILING ADDITIONAL REDACTED VICTIM IMPACT STATEMENTS

The United States of America, by and through the undersigned Assistant United States Attorney, hereby files the attached additional Redacted Victim Impact Statements, in accordance with the Court's Protective Order and the requirements of 42 U.S.C. § 290dd-2 and 42 C.F.R. §§ 2.1, *et seq.*  Unredacted copies will be provided to counsel for the defendants in accordance with the terms of the Protective Order.

                    Respectfully submitted,

                    BENJAMIN G. GREENBERG
                    ACTING UNITED STATES ATTORNEY

By:   s/*A. Marie Villafaña*
       A. MARIE VILLAFAÑA
       Assistant United States Attorney
       Florida Bar No. 0018255
       500 South Australian Avenue, Suite 400
       West Palm Beach, FL 33401
       Telephone: 561 820-8711
       Facsimile: 561 820-8777
       ann.marie.c.villafana@usdoj.gov

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on May 15, 2017, I electronically filed the foregoing document with the Clerk of the Court and served the document via CM/ECF.

                                            s/*A. Marie Villafaña*
                                          A. MARIE VILLAFAÑA
                                          Assistant United States Attorney

My name is
I'm 22 years old. I came down to Florida in 2013 for substance abuse treatment. I've been struggling with addiction since I was 11 years old.
I first met Kenny Chatman in 2015 at age 19. Kenny Chatman kidnapped me. I was brought to the house by some of the men that worked for him, as well as himself. Upon entering the house I was punched in the face and lost consciousness. When I woke up at the house, there were restraints on my wrists and ankles attached to a bed post. There were other girls present at the house, severely under the influence, almost to the point of unconsciousness. They took all my belongings, including my clothes. They IV drugged me with a unknown sedative. And from that point on, men came in and paid him money to rape me. He had me extremely intoxicated on unknown sedatives and substances that I was going in and out of consciousness but was completely aware of myself being raped, molested, emotionally, mentally, physically, sexually abused, and verbally demeaned. I recall close to 150 in total different faces of rapists abusing me daily over a period of 3-4 weeks. I was unrestrained for brief periods, only to be cleaned up of bodily fluids. I thought I was going to die there,

In fact, I was convinced after several days. After roughly 4 weeks of enduring countless abusive and sexual acts being performed against my will, I managed to jump out of a window while unrestrained and escape in solely a tshirt. I flagged down a car, and went home. I later contacted local authorities and made a full police report naming Kenny Chatman as the perpetrator and captor. I was contacted by the FBI and detectives of the local police force to question me and get information from me about what happened. This event has completely changed my life in every way. Emotionally, physically, mentally, and even in relationships with others. I'm terrified of men. I can't have a normal intimate relationship yet. I have constant night terrors and flashbacks to this day of the events that have happened to me because of this man. I have struggled to stay sober since these events took place in 2015, which is extremely upsetting since I had close to 2 years sober prior to it. After these events I was placed back in treatment and am still to this day receiving countless hours of trauma therapy, as well as addiction counseling. I've done over a year of EMDR therapy.
Long after I came forward with these events, I was confronted by Kenny Chatman again and forced into a vehicle and threatened

and taken to a notary and forced to sign a document recanting my previous statements against him. Once again, I was paralyzed with fear. In a place where you are supposed to feel the safest, TREATMENT, I experienced some of the most gruesome acts that I can think of.

Today, my hope is that justice will be served and Kenny Chatman is permanently removed from the streets so not only can he not get me again, but so he can't do this to other human beings.

To whom this may concern:

My name is            and I am the mother of

Since I do not really know where to begin with this letter, I will simply tell what my heart is saying at this moment.

On            my son        was born and placed into my arms for the very first time. I was a very young 20-year-old at that time, and very nervous as well since I did not know what to expect, but as soon as I held him for the first time…I fell so deeply in love with him, that I immediately thanked God for this precious gift he had given me. My first words to my son    were that I Love You.

On September 16, 2014, I spoke with my son,      on the phone but little did I know that this would be the last time I would here        voice. The last words that I spoke to my son before we hung the phone up were that I Loved You.

I am trying to find the words to tell you how        death has impacted my life, but there are no words to describe the pain and anger that I have felt from his death.      death has taken everything from me, it has taken my happiness and my laughter, along with my rest and peace. I have I have also lost my faith and trust in people, along with having trouble finding joy in the simple pleasures of life.

Being "happy" does not seem "right" anymore, and sometimes the feeling of un-happiness becomes so overwhelming, that it literally takes my breath away. I never know daily what sound or what sight is going to trigger a memory in my mind of        since the memories are so many and so precious to me. However, with all the memories, come the realization that      is gone forever, and this just breaks my heart all over again. This unfortunately has become my life.

      is my son, my first-born son that did not deserve to be taken away from me. I do not deserve to have to live the rest of my life with this pain and without my child.

When      died, we lost a loving son, brother, grandson, nephew, cousin and friend who was so loved and now so missed. In the last 2-1/2 years, I have watched my family struggle with the pain, anger, and grief. I have suffered emotional problems from this that has affected my life. Our world has been shattered by the sick and disgusting things that both Kenny and Laura Chatman did to line their pockets, along with the total lack of remorse for the numerous lives they have affected by their terrible actions.

I spoke with Kenny Chatman shortly after      death asking him if he could return my sons clothing and other belonging back to me so I could touch and smell my son one last time. Around a week later, I received a box from Kenny Chatman, and what was inside of it was appalling. The items inside of the box were all girls' clothing, and most disturbing of all were the four used heroin needles just randomly thrown in the box!! I angrily contacted Kenny Chatman and questioned him about the contents of the box, and his reply to me was      WHO, as if he had no recollection as to who my son was. I am here to tell you that the      WHO comment became my motivation to put Kenny Chatman where he belongs, which is behind bars. It must be noted that Kenny Chatman packed up and abandoned this sober house two days after      death.

Mr. and Mrs. Chatman are dangerous, heartless, pathetic and worthless people that have never shown any remorse and do not deserve to be out in society. My Son      will never get to feel the sunshine on

his face again, so why should the Chatman's be allowed to after the sick and un-human actions they chose to get involved with.

The Chatman's are now saying that they are remorseful, but this is only a ploy by them both looking for leniency on their sentences. I feel in my heart that if the Chatman's had not been exposed and arrested, they both would still be destroying lives, destroying families, and stealing from hard working people, all of it for their own personal gain.

Mrs. Chatman is just to blame for all of this as her husband, and as mother to mother, I must ask why? If the roles were reversed, I am sure you would feel like I do, but here you sit standing by your man...very pathetic you are Mrs. Chatman!

I am asking you your honor that you please consider the maximum sentence possible for Mr. and Mrs. Chatman. Your decision today will not alleviate the pain and suffering for the families that the Chatman's have created, but it will be a start to the healing process. Please your honor, show them no mercy on my behalf.

He can stop wearing that awful purple suit that he's pictured in. He would look 100% better in the orange one, so good he should wear it everyday for the rest of his life.

Thank you

April 29, 2017

United States Magistrate Judge Donald M. Middlebrooks
District Court Judge of Southern District of Florida
500 S. Australian Ave, Ste 400
West Palm Beach, Fl 33401

Re: Court File No. 16-8280-DBL Investigation of Reflections Treatment Center



**July 10, 2015   8:00 am: The day It was revealed that my son was a victim of Kenny Chatman.** It was a beautiful Sunday morning when a girl named ____ called me, her voice was extremely distressed.  She began telling me a crazy story about Kenny Chatman (Kenny), who owned the half way house where she had just escaped from that night. The clients are all kept captive against their will, she was explaining. The reason for her call was that my son, ____ was there and she begged him to leave with her. She said that Sky wanted to leave but he said we have no place to go and did not want to be homeless. He was scared.

____ realized that Kenny was a very sick and dangerous man, and that Francine (a house employee that worked for Kenny) was just as sick and dangerous as he was. Francine was always hiding their personal belongings, withholding food, medication and playing mind games with the clients and ____ knew she had to get out of there somehow.

____ called us a few weeks before this incident begging us to find him another place. As parents we said no, because we thought the "addict was trying to manipulating us." I remember ____ calling pleading with me to find him another place to heal and that he was starving.  I told him no, you must stick with a program and work it out.

Another call from ____ was when Francine (Kenny Chatman's house girl) was at the Walgreens in Margate Florida trying to purchase Naltrexone for ____ and needed our credit card. I remember hearing how verbally abusive and dismissive she was to ____ and that she was somewhat illiterate. I asked her if she could please speak to my son in a more respectful manner. I now realize this was one of the ways Francine mentally maintained control over these so called clients.

whom escaped with her phone from one of Kenny's homes on July 10th, 2015 was extremely adamant that I contact my son in order to help him to get out of the Kenny Chapman's treatment program. knew she had to call me and tell me everything. She begged me to please do something for          and save him.

I was in shock and disgusted. My husband and I discussed a plan.

**Monday morning, July 11, 2015, I called the Palm Beach Police Dept**. and explained by situation and asked them to do a wellness check at the Reflections Recovery center in Margate Florida. In their way they responded they did have a visual.

**I called the reflections center ASAP and spoke to a Kenny** not fully understanding who he was and what his scam was at the time. All I knew is that I am going to get my son out of there. **I asked him to please get       on the phone** I want to speak to my son. Kenny said      is busy in Yoga and would have to call me later. I told him My husband and I will be on the next plane down and at your door step with the police. He tried to calm me down and immediately got       on the phone.

     voice was shaky. I asked him if he was healing there and he said no. I asked him if he wanted to leave there and he said yes. I told       I will be down on Wednesday July 13, 2015 at 9 am in the Margate Plaza to pick him up. I told him do not say anything to anyone. Just be ready.

**Tuesday July 12, 2015 afternoon      calls me and is extremely upset.** Kenny has found out that      is leaving and has moved him to another house and refused to give him his clothes and there is no food in the house.

I called reflections and got Kenny on the phone. Kenny assured me that he just moved       to a nicer home with a refrigerator stocked with food and his clothes should be there. I told Kenny I am coming to his office at Margate in the morning at 9 am to pick up my son with the police, if my son is not there with his clothes and his medical file. He assured me      would be safe and be waiting for me.

**I arrived at Reflections 9 am on Wednesday July 13, 2015** and found      waiting for me with his clothes. A large man whom said he was the clinical director handed me the folder of      medical papers. I asked where is the owner Kenny as I want to speak to him. They said he was not there. I said to the doctor you should be ashamed of yourself working here.

Court File No. 16-8280-DBL Investigation of Reflections Treatment Center                                         2

With all this happening, I still did not fully understand Kenny and his scheme. The only thing I thought to do was to tell the Palm Beach Police about this story. They listened and said they are keeping an eye on him. **That was the end of Kenny Chatman in our lives or so I thought!**

I flew        to a recovery facility in Utah, where he was sober and clean for 4 months, before being transition to a facility in Baton Rouge Louisiana. Granted,       did not like it in Louisiana, but within 4 weeks **Kenny purchased an airline ticket for              out of Baton Rouge to West Palm Beach, Florida, back to Reflections on February 2, 2016**. We only found out about it when St. Christopher's said he left and though the grape vine we heard that Kenny bought the airline ticket.

On **Friday February 5, 2016 we immediately called the West Palm Beach Police** for a wellness check at Reflections, as we believed our son was there. In the mean time my husband and I called Reflections and demanded we speak to Kenny and       but were were told repeatedly that they were not there. I said we are sending the police over immediately. The police could not confirm of deny he was there. Within the hour Kenny and a therapist by the name of Tina Barbuto called my husband and I to confirm that       was there.

What transpired was that we knew where       was and we worked out a deal with Tina Barbuto, Kenny's Clinical Director, that if she keeps       safe until Monday, we would find a viable treatment option on Monday to transfer him into. On **February 5, 2016** Tina said she will work with       and keep him safe until Monday, only if I send the email stating that per our conversation, we will consent to not pursue the allegations that we have voiced to the FBI, Insurance commissioner, DEA and the West Palm Beach Police Dept., effective immediately.       and I complied to keep our son safe until that Monday.

**My next email to Tina Barbuto was on February 6, 2016** stating that       called us and was on the street high on heroine. **February 8, 2016** my next email to Tina Barbuto, letting her know that if she was missing a client by the name of       he is with       using on the streets of West Palm Beach.

I did call FARR, the Insurance commission, my insurance company (Cigna) to voice my experiences with Kenny Chatman and Reflections

**How devastating to come to find that my son was used as a pawn** and that he had to experience so much psychological and emotional harm from Kenny and his wife, along with the other employees. Enticing children afflicted with the brain disease of addiction, leading them to their deaths, and accelerating their destruction through insurance scam and fraud, client brokering, false Imprisonment, mind control through mental abuse and supplying drugs to his clients and so much more.



**Our son** _____ **was raised a Christian, he was an alter boy, and was in the gifted and talented program in school.** He had an IQ of over 132, a photographic memory, and has 7 years of classical piano training winning several competitions. _____ was in the theater programs, winning leads in plays because of his phenomenal memory skill but also his amazing voice. _____ graduated Valedictorian of his class. _____ could be what ever he wanted to be in an accomplished manner. In short he is an creative genius. When he started smoking pot and then quickly escalated to pills and heroine within a short period of time. We have come to find he is one of the 15% that when this demographic consumes substances you are hooked immediately. He is now afflicted with the brain disease of addiction and will have to manage it forever.

**My husband and I were so naive as we were told by the professionals in our town that sending our son** _____ **to Florida** to heal would be the best thing we could do for him by changing the scenery. Florida was the recovery capital of the US. Little did we know there was a large underbelly of unscrupulous recovery centers that were brokering and trafficking human clients, keeping them high on drugs in order to continue the insurance fraud. All of this destroying the very lives of the people afflicted with the brain disease, plummeting them into further depths addiction, decimating their lives or even causing their death. Rendering so many innocent victims. The collateral damage on these victims and the family is unimaginable.

This is why Kenny Chatman, his wife and all involved must receive the maximum sentencing allowed by law. If given the opportunity he and his wife will continue to scheme again and again. He is a Felon and chose not to be responsible to society.

Respectfully Submitted,

REDACTED

April 24, 2017

The Honorable Donald M. Middlebrooks
District Court Judge of Southern District of Florida

Re: Court File No. 16-8280-DBL Investigation of Reflections Treatment Center

Kenny Chatman has caused irreparable emotional, physical, and financial harm to our son,        and our family (       Mother,     - Father,     - Brother), as the result of Chatman enslaving, physically mistreating, denying and delaying medical and psychological care, and exposing him to ongoing illicit drugs and sexual trafficking activities. Chatman should receive the maximum punishment permissible for causing this human suffering.



      is our eldest of two sons, his brother     being two years younger. I     am     father and     (co-author of this letter) is his mother.     is one of the most gifted young men we have ever seen. At a very young age was identified for the Gifted program in school. About the same time, he became an accomplished pianist, demonstrating a pitch perfect ear. If you ever heard in play back in the day, it would have brought tears to your eyes. In junior high school, he was the lead actor in "You're A Good Man Charlie Brown" and "Oklahoma." Both role required him to do solo vocals in front a hundreds of people. He did so perfectly, without fear or hesitation.     even played lacrosse in high school, demonstrating athletic skills as a Middie. All of this was taken from us because Chatman's human trafficking racket used     as a money machine and did not treat his addiction disease.

      was a resident at the Reflections Treatment Center, under Chatman's control, numerous time throughout 2015 and 2016. He stayed in multiple "houses" while being trafficked by Chatman. I remember one instance when     called saying he did not have any place to stay while Chatman

was working to traffic his addicts from a house he was evicted from. It broke our hearts to hear this, as we did not really understand at this point what was going on. We later found out these "houses" where nothing but shit-holes with roof s- used to hide ongoing drug activities and prostitution. There is a word for that kind of evil - Chatman.

When          was first solicited by Reflections in 2015, we where led to believe by Chatman that they could "really help          He told us about his "wonderful" program and how it would get          back on the recovery path. he lied. He Lied. HE LIED. He did nothing for him, just using our insurance card like an unlimited ATM. On several occasion we had to ask the local police to visit his office for "health and wellbeing" checks. At the very end, I          physically went to their office to take          out  of their possession and get him into a real treatment center in Utah (New Roads). This evil person, Chatman, degraded our son, he personally sucked the life out of him by pushing him farther into addiction, and that has broken our hearts in more ways than can ever be communicated.

We believe believe with all our hearts, that if it wasn't for Chatman and his staff,          would not have had to go through another two years of intensive drug use and our family would not have had to spend the tens of thousands of additional dollars on          behalf today. He took our son away and hope he rots in jail for the rest of his life, only to go to hell for eternity there after.

Sincerely,

Letter from

To Whom It May Concern:

I am writing to you today in regards to the sentencing for Kenneth Chatman. My daughter            was unfortunately in several of his treatment centers and flop houses. My daughter sadly passed away July 30th, 2016. The emotional harm he has inflicted on my family is unbearable most days. I unfortunately was not aware of what kind of places he was actually running until shortly before            passed away. My daughter has 2 little boys ages 7 and 6yrs old who will never get to see their Mommy again, hug their Mommy, give goodnight kisses, spend holidays, birthdays, etc.

My husband and I have adopted the youngest and the adoption for the oldest is next week. We never thought we would be raising two young boys at this point in our life. Kenny never once cared for not only my daughter but any of the kids that came through his places, all he cares about is lining his pockets with the most money possible. My insurance has been billed from January 15th 2016 to July 30th, 2016 over $600,000, examples such as $10,600 for a urine test multiple times a week.

In May I had access to my daughter's Facebook and while on there she got an instant message from a girl who wanted some heroin, at this time she was staying in one of Kenny's flop houses and had just spoke to me about being scared and when asked why she wouldn't tell me. I followed this message and it was a message stating Kenny would be back soon with some H and they would be in front of her apartment but she had to come down and they had to do it in front of him. Unfortunatley            and her boyfriend OD'd, Kenny dumped them in the front yard and left them to die, a girl from the house came out and used Narcan on            this took place on May 12th. I found out because a man by the name of Albert Jones who took            back to his house was tied to Kenny Chatman and sending his clients to his treatment centers for kickbacks. He told me about this almost like it was funny.

I talked to            and she admitted it and state it was Kenny Chatman whos car she was in. This is when I found out exactly who Kenny was and what kind of monster he really was.

I am asking you to please give this man life in prison with no possibility of parole. Kenny might not of directly put a needle in my daughters arm but the program she was in was not benefiting her or helping her lead a path to recovery as that was not his intention for anyone. He indirectly is responsible for each an everyones death that ever went to his treatment center or any flop house of his. The financial burden he has put on me I don't know if I will ever recover from. Raising two little boys, I am taking on a second job to pay down debt due to this nightmare. Kenny does not deserve to ever be in society walking freely again, why should he my daughter never will have that opportunity to do so, instead she sits in an urn on my dresser. I saw where he was asking for leniency, I feel he has gotten leniency, his children can still visit him. My grandsons will never get to see their Mommy again. Thank you for your consideration.

The Honorable U.S District Court Judge Donald M Middlebrooks Southern District of Florida

My name is _____ I am the mother of the now deceased _____ My son was a resident at Reflections and a so called SOBER HOME in Del Ray, Florida. Perhaps Mr. Chatman does not remember him but maybe he will remember his conversation with me in March of 2015, where he assured me that my son was in good hands and that I needed to trust his advice. I needed to let my son find his rock bottom and give himself to GOD and maybe he could come out the other side.

Of course this conversation happened after Mr. Chatman threw my son out of the so called Sober Home, stole his phone, wallet, ID and whatever else my son my have had. My son was left to wander the streets of Del Ray, with no money, no phone and no where to go.

My son called me to help him and I of course ignored his calls believing Mr. Chatman was right. Believing Mr. Chatman was genuinely concerned for him and all the lost souls he claimed to be helping.

As a mother, I could not EVER turn my back on him. I eventually went to Florida to get my son. Only to lose him 6 months later. I'd like to believe if he had gotten proper treatment perhaps things would be different. Per my 16 year old son " Well mom, that guy had a pretty good SCAM. Prey on the broken, those who are untrust worthy, those who's own mothers would never believe them. You know mom, the junkies and throw aways of the world who can't be trusted. That man should ROT IN HELL!!"

Mr. Chatman I will not blame you for my son's beginning in this hell but I do blame you for not helping him out of it.

I hope you sit in jail along with your wife for the rest of your lives. I hope as the years go by and you are missing your children you remember all the mother's who cry everyday for their DEAD CHILDERN that you pretended to be helping. Understand Mr. Chatman you as well as your wife have the blood of every one of our dead children on your hands. I hope you never see the light of day !!!!

Thank you

## VICTIM IMPACT STATEMENT

My name is                I am the father of              My son suffered from drug addiction and my wife and I chose to send him to in house treatment in Florida. We thought that we were doing the right thing. We believed that he was doing well in treatment. After nearly a year in Florida       came back to       to live with myself and my wife along with his sister       We later learned the following from that when he came home for Christmas on a visit he was coming off of drugs going thru withdrawal. This was when he was in therapy and shouldn't t have had access to drugs. This should have been monitored thru testing at the treatment facility.     apparently used drugs a lot during his so called treatment.

I later discovered via mail from the us attorney's office that several of these so called treatment facilities were being investigated for fraud and other criminal violations.    apparently was treated at facilities owned and or operated by Kenny Chatman. On September 09 2016 my son killed himself. He still struggled with addiction which was what led to him ending his young life. He was 22 years old.      was an intelligent young man. He recounted how the treatment facilities loved my Cadillac Blue Cross Blue Shield insurance. The emotional pain and loss of our son will never go away. We will never know if he had receive legitimate treatment t if he would be alive today. What we do know is that people we entrusted Kenny Chatman apparent owner of these treatment facilities exploited my insurance and gave no after thought to the damage that he was causing to people in desperate need of medical attention. It seems that the only value that Kenny Chatman can serve or help people is that an example has to be made out of him for the permanent irrevocable damage that he has caused. I respectfully ask that your honor put Mr Chatman in a place where he can't hurt anyone else.