IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO. 17-CR-80013- MIDDLEBROOKS/BRANNON

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.

**KENNETH CHATMAN,**

    Defendant.

---

### DEFENDANT KENNETH CHATMAN'S
### NOTICE OF APPEAL

---

The Defendant, Kenneth Chatman, by and through his attorney, Ronald Gainor, hereby files this Notice of Appeal to the United States Court of Appeal for the 11th Circuit, the judgment, conviction and sentence made final by the Court's order and sentence imposed on May 17, 2017 and filed on May 19, 2017 [D.E. 224].

Dated this 1st day of June, 2017.

                                              Respectfully submitted,

                                              *s/ Ronald Gainor*
                                              Ronald Gainor, Esq.
                                              Florida Bar No. 0606960
                                              3250 Mary Street, Suite 405
                                              Miami, Florida 33131
                                              Phone: (305) 537-2000
                                              Fax: (305) 537-2001
                                              gainorlaw@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of June, 2017, I electronically filed the foregoing Notice with the Clerk of Court using the CM/ECF system which will automatically send notification of such filing to:

Ann Marie C. Villafana
Email: ann.marie.c.villafana@usdoj.gov

Richard G. Lubin
Email: rich@lubinlaw.com

Anthony Conrad Vitale
Email: avitale@vitalehealthlaw.com

Mauricio Padilla, Jr.
Email: mp@miaesq.com

Neison Max Marks
Email: Neison_Marks@fd.org

Paul Joseph Walsh
Email: pwalsh@palmbeachdefense.com

Edward George Salantrie, Jr.
Email: ed@floridaattorney.net

Christopher Gerard Lyons
Email: clyons@masetinelli.com

Saam Zangeneh
Email: saamzangeneh@yahoo.com

*s/ Ronald Gainor*