FILED BY __ABM__
Deputy Clerk

**Jun 6, 2017**

STEVEN M. LARIMORE
CLERK U.S. DISTRICT CT.
S.D. OF FLA. MIA

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

June 06, 2017

Ronald Gainor
Law Office of Ronald Gainor
3250 MARY ST STE 405
MIAMI, FL 33131

Appeal Number: 17-12523-B
Case Style: USA v. Kenneth Chatman
District Court Docket No: 9:17-cr-80013-DMM-1

**This Court requires all counsel to file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause.**

The referenced case has been docketed in this court. Please use the appellate docket number noted above when making inquiries.

Attorneys who wish to participate in this appeal must be properly admitted either to the bar of this court or for this particular proceeding pursuant to 11th Cir. R. 46-1. In addition, all attorneys (except court-appointed counsel) who wish to participate in this appeal must complete and return an appearance form within fourteen (14) days. Application for Admission to the Bar and Appearance of Counsel Form are available on the Internet at www.ca11.uscourts.gov. The clerk may not process filings from an attorney until that attorney files an appearance form. See 11th Cir. R. 46-6.

Every motion, petition, brief, answer, response and reply filed must contain a Certificate of Interested Persons and Corporate Disclosure Statement (CIP). Appellants/Petitioners must file a CIP within 14 days after the date the case or appeal is docketed in this court; Appellees/Respondents/Intervenors/Other Parties must file a CIP within 28 days after the case or appeal is docketed in this court, regardless of whether appellants/petitioners have filed a CIP. See Fed.R.App.P. 26.1 and 11th Cir. R. 26.1-1.

On the same day a party or amicus curiae first files its paper or e-filed CIP, that filer must also complete the court's web-based CIP at the Web-Based CIP link on the court's website. Pro se filers (except attorneys appearing in particular cases as pro se parties) are **not required or authorized** to complete the web-based CIP.

Pursuant to Eleventh Circuit Rule 42-1(b) you are hereby notified that upon expiration of (14)

days from this date, this appeal will be dismissed by the clerk without further notice unless the default(s) noted below have been corrected:

File a Transcript Information Form, as required by Fed.R.App.P. 10(b)(1); a Transcript Information Form is available from the district court clerk. Appellant is required to file and serve copies of the form in accordance with the instructions included on the form. UNLESS A TRANSCRIPT IS ORDERED, APPELLANT'S BRIEF MUST BE SERVED AND FILED WITHIN 40 DAYS FROM JUNE 2, 2017. See 11th Cir. R. 12-1 and 31-1.

In an appeal in a criminal case in which any issue is raised concerning the sentence, the parties must ensure that the record includes the transcript of the sentencing proceeding, and the presentence investigation report and addenda (under seal in a separate envelope).

In any criminal appeal in which there is an issue involving the validity of the guilty plea, counsel or parties proceeding pro se must contact the district court to ensure that the record includes a transcript of the guilty plea colloquy.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Melanie Gaddis, B
Phone #: (404) 335-6187

DKT-2 Appeal WITH Deficiency

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO. 17-CR-80013- MIDDLEBROOKS/BRANNON

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.

**KENNETH CHATMAN,**

    Defendant.

---

### DEFENDANT KENNETH CHATMAN'S
### NOTICE OF APPEAL

---

The Defendant, Kenneth Chatman, by and through his attorney, Ronald Gainor, hereby files this Notice of Appeal to the United States Court of Appeal for the 11th Circuit, the judgment, conviction and sentence made final by the Court's order and sentence imposed on May 17, 2017 and filed on May 19, 2017 [D.E. 224].

Dated this 1st day of June, 2017.

        Respectfully submitted,

        *s/ Ronald Gainor*
        Ronald Gainor, Esq.
        Florida Bar No. 0606960
        3250 Mary Street, Suite 405
        Miami, Florida 33131
        Phone: (305) 537-2000
        Fax: (305) 537-2001
        gainorlaw@gmail.com