UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-80013-CR-MIDDLEBROOKS/BRANNON
(MAGISTRATE JUDGE MATTHEWMAN)

UNITED STATES OF AMERICA

v.

JOAQUIN MENDEZ,

    Defendant.
_____/

## UNITED STATES' NOTICE OF WITHDRAWAL OF ITS MOTION TO REVOKE BOND (DE236)

COMES NOW the United States, by and through the undersigned Assistant United States Attorney, and withdraws its earlier filed motion to revoke the bond granted to defendant Joaquin Mendez (DE236). In light of the defendant's agreement to request, with the government, that additional conditions of release be imposed, and the Court's adoption of that request and incorporation of the additional conditions into its original order of release, the United States withdraws its earlier motion.

    Respectfully submitted,

    BENJAMIN G. GREENBERG
    ACTING UNITED STATES ATTORNEY

By:    s/*A. Marie Villafaña*
    A. Marie Villafaña
    Assistant United States Attorney
    Florida Bar No. 0018255
    500 South Australian Avenue
    West Palm Beach, Florida 33401
    Tel: (561) 820-8711
    Fax: (561) 820-8777
    ann.marie.c.villafana@usdoj.gov

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of this pleading was filed and served via the Court's electronic filing system on June 15, 2017.

                                                s/*A. Marie Villafaña*
                                                Assistant United States Attorney