UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

CASE NO. 17-cr-80013

Plaintiff,

v.

DONALD WILLEMS,

Defendant.
_____/

## UNOPPOSED MOTION TO HOLD THE RESTITUTION HEARING IN THE MIAMI COURTHOUSE AND HAVE THE DEFENDANT HOUSED AT FDC MIAMI WHILE AWAITING THE RESTITUTION HEARING

**COMES NOW,** the Defendant, by and through the undersigned counsel and respectfully requests a Motion to Hold the Restitution Hearing in the Miami Courthouse and Have the Defendant Housed at FDC Miami While Awaiting the Restitution Hearing and lists as grounds thereof the following:

1. This case is currently set for restitution hearing on August 30, 2017 in West Palm Beach.

2. The Defendant is currently being housed at the Federal Detention Center in Miami.

3. Undersigned counsel has conferred with Assistant United States Attorney, Ann Marie C. Villafana, who has no objection to the relief sought in this Motion.

4. Undersigned counsel has conferred with United States Marshal Kevin Scott, who has no objection to the relief sought in this Motion

**WHEREFORE**, the undersigned counsel respectfully petitions this Court to hold the Restitution Hearing in Miami, Florida, and to be housed in Miami FDC pending the Restitution Hearing.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the above and foregoing was furnished furnished via CM/ECF this 23rd day of June, 2017.

/S/ Bijan S. Parwaresch, Esq.
Bijan S. Parwaresch, Esq.
Florida Bar #: 127700
407 Lincoln Road, Suite 12-E
Miami Beach, FL  33139
Tel: 305-505-8858
Fax: 305-534-7087

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

CASE NO. 17-cr-80013

Plaintiff,

v.

DONALD WILLEMS,

Defendant.
_____/

## ORDER ON UNOPPOSED MOTION TO HOLD THE RESTITUTION HEARING IN THE MIAMI COURTHOUSE AND HAVE THE DEFENDANT HOUSED AT FDC MIAMI WHILE AWAITING THE RESTITUTION HEARING

**THIS CAUSE** having come for review on the Unopposed Motion to Hold the Restitution Hearing in the Miami Courthouse and Have the Defendant Housed at FDC Miami While Awaiting the Restitution Hearing and the Court having reviewed the Motion thereof

**IT IS ORDERED AND ADJUDGED** that the Unopposed Motion to Unopposed Motion to Hold the Restitution Hearing in the Miami Courthouse and Have the Defendant Housed at FDC Miami While Awaiting the Restitution Hearing is hereby **GRANTED.**

**DONE AND ORDERDED** on this ____ day of June, 2017.

_____
HONORABLE DISTRICT COURT
JUDGE MIDDLEBROOKS