UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   17-80013-CR-MIDDLEBROOKS

UNITED STATES OF AMERICA
          Plaintiff,
vs.

FRANSESIA DAVIS,
Reg. No.: 14454-104
          Defendant.
_____/

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:    ANY UNITED STATES MARSHAL, and
        WARDEN, FCI TALLAHASSEE, FL

    It appearing that the Defendant is confined in FCI TALLAHASSEE, 501 Capital Circle, NE, Tallahassee, FL 32301 and that this case is set for Restitution Hearing, as to the aforementioned defendant at 701 Clematis Street, 2nd Floor, Courtroom 7, West Palm Beach, Florida and that it is necessary for said defendant to appear before this Court for said proceeding;

    NOW, THEREFORE, this is to command you, any United States Marshal, that you have the body of the said Defendant, **FRANSESIA DAVIS**, now detained in custody as aforesaid, under safe and secure conduct, before the Honorable Donald M. Middlebrooks at the **United States Courthouse**, **Paul G. Rogers Federal Building, 701 Clematis Street, West Palm Beach, Florida,,** by or before **AUGUST 3, 2017 at 10:00 am,** and upon completion of said proceeding that you return the defendant with all convenient speed, under safe and secure conduct to the custody of the Warden of the aforesaid penal institution.

    And this is to command you, the Warden of FCI Tallahassee to deliver into the custody of any United States Marshal, upon production to you of a certified copy of this writ, the body of the said defendant for safe and secure conduct to this district for the purpose aforesaid.

    DONE AND ORDERED at Miami, Florida, this 28th day of June, 2017.

                                                  _____
                                                  Donald M. Middlebrooks
                                                  United States District Judge

cc:    Counsel of Record
       U. S. Marshals Service (3 certified copies)
       U. S. Probation Office