UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-80013-CR-MIDDLEBROOKS/BRANNON

UNITED STATES OF AMERICA

v.

MICHAEL BONDS,

    Defendant.
_____/

### THE PARTIES' STIPULATION REGARDING RESTITUTION

The United States of America, by and through the undersigned Assistant United States Attorney, Defendant Michael Bonds, and counsel for the Defendant, Paul J. Walsh, hereby file this Stipulation Regarding Restitution.

The parties hereby stipulate and agree that:

1. On January 24, 2017, the grand jury returned an indictment charging the defendant with conspiracy to commit health care fraud, conspiracy to commit money laundering, and substantive money laundering (DE66).

2. On February 7, 2017, pursuant to a plea agreement, the defendant entered a guilty plea to Count 1 of the Indictment, which charged the defendant with conspiracy to commit health care fraud, in violation of 18 U.S.C. § 1347; all in violation of 18 U.S.C. § 1349. The plea agreement informed the defendant that he would be required to pay restitution to the victims of his offenses and required the defendant to make a partial payment of restitution in the amount of $2,500 upon entry of an order of restitution (DE94).

3. The defendant's crime of conviction is one for which restitution is mandatory

pursuant to 18 U.S.C. § 3663A(c)(1), that is, an offense against property in which identifiable victims have suffered pecuniary loss.

4. If a hearing were held, the government would present evidence, by way of testimony and affidavits, proving by a preponderance of the evidence that, during the period that the defendant was involved in the charged conspiracy, the following victims suffered losses in the amounts listed below, and that those losses were reasonably foreseeable to the defendant due to his participation in the conspiracy:

| VICTIM NAME | LOSS AMOUNT |
| --- | --- |
| Aetna | $437,882.45 |
| Amerihealth | $68,318.74 |
| Apex Health Solutions | $4,515.00 |
| APWU Health Plan | $15,454.62 |
| AR Best Corp Choice Benefits | $887.40 |
| Avmed Health Plans | $6,900.98 |
| Blue Cross Blue Shield | $3,115,645.04 |
| Beacon Health Options, Inc. | $17,827.80 |
| CentraState Healthcare Comm. | $2,048.60 |
| Cigna Health & Life Ins. Co. | $780,111.62 |
| Covanta Energy Corp. (self-ins.) | $3,960.00 |
| Group Health Incorporated | $50,361.95 |
| HCA Holdings, Inc. | $8,975.00 |
| HPHC Insurance Company | $22,069.30 |
| Humana | $117,239.58 |
| Insurance Administrator of Am. | $10,332.38 |
| Inspira Health Network | $1,259.03 |
| John Hopkins Healthcare LLC | $3,254.03 |
| Magellan Behavioral Health Sys. | $1,242.00 |
| Magnacare | $12,555.00 |
| Optima Health | $16,699.20 |
| Public Education Health Trust | $3,007.50 |
| Summa Insurance Co. | $5,229.00 |
| Tufts Health Plan | $75,415.80 |
| UMR | $48,906.22 |
| United Healthcare | $614,573.11 |
| Univera Healthcare | $202.89 |

| VICTIM NAME | LOSS AMOUNT |
|---|---|
| UPMC Insurance Services | $7,730.40 |
| ValueOptions (now d/b/a Beacon) | $149,551.04 |
| Warehouse Employees Union Local 730 Trust Fund | $8,100.00 |

5. Accordingly, the defendant's restitution obligation totals $5,610,255.68. The defendant is jointly and severally liable for this restitution with all co-defendants in Case Number 17-80013-Cr-Middlebrooks and with defendant Barry Gregory in S.D. Fla. Case No. 17-80033-Cr-Middlebrooks.

6. In light of the defendant's financial condition and the size of his restitution obligation, the defendant does not have the ability to pay interest.

7. In accordance with the plea agreement, the defendant agrees to make a partial payment of $2,500 towards his restitution obligation within five business days of the entry of an Amended Judgment that incorporates an order of restitution.

8. During his period of incarceration, the defendant agrees to pay restitution as follows: (a) if the defendant earns wages in a Federal Prison Industries (UNICOR) job, then the defendant will pay 50% of wages earned toward his restitution obligation, and (b) if the defendant does not work in a UNICOR job, then the defendant will pay $30 per quarter toward his restitution obligation.

9. Upon release from incarceration, the defendant agrees to pay restitution at the rate of 10% of monthly gross earnings, or until a different payment schedule is imposed by the Court.

SO STIPULATED, this 27th day of June, 2017.

FOR THE DEFENDANT:

_____
PAUL J. WALSH, ESQ.
COUNSEL FOR THE DEFENDANT

_____
MICHAEL BONDS
DEFENDANT

FOR THE UNITED STATES:

BENJAMIN G. GREENBERG
ACTING UNITED STATES ATTORNEY

By: _____
A. MARIE VILLAFAÑA
Assistant United States Attorney