17-80013-CR-DMM

6-30-17

Dear Mr. MiddleBrooks

I'm writing to this letter to let you know I'm working in the kitchen making .12 cent a hour that means all the money I make have to give it all to Restitution I'm writing you Because If I was at Coleman I was told I can work In town so I can Pay more Restitution I would really appreatice It the only thing that is stop me is the fact that it said that it is forcery to having sex I don't know what they mean they also a safe pack Like I said before I do feel bad about the whole case. All the other party have money, homes, cars, and etc. to help with there money, I know this is a long stretch but I was wondering if I

6-30-17

was at a halfway house In Palm Beach county working to pay my Restitution, fine Could I get It with a ankle montion I know I'm asking for a lot But If you and the Government me a chance I will not let you guys I can even help with taking down more Sober Homes

Thank you
Tracy Qu...

If I found a job make $475.00 x 2 a month

pay probation

$400 a month
× 12
$4,800

6
× 3
$702
× 2
$1,403.200

7 year

vs

I do twelve months probation and only pay $4,800

which I think pay for eight years is

$460,800

4,800
× 96
28,800

I think the victim would like it I would pay the money back for ½ year

Federal Correctional Institution
Franseseia Davis -14454-104
501 Capital Circle N. G.
Tallahassee, FL 32301

◇14454-104◇
Donald Middlebrook
701 Clematis ST
WEST PALM BCH, FL 33401
United States

