```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
                     CASE NO. 17-80013-CR-DMM


UNITED STATES OF AMERICA,

              Plaintiff,                    MARCH 15, 2017
         vs.
                                      WEST PALM BEACH, FLORIDA
KENNETH CHATMAN AND
LAURA CHATMAN,

              Defendant.                  PAGES 1 - 43
_____/

              TRANSCRIPT OF CHANGE OF PLEA HEARING
          BEFORE THE HONORABLE DONALD M. MIDDLEBROOKS
                 UNITED STATES DISTRICT JUDGE


APPEARANCES:

FOR THE GOVERNMENT:   MARIA VILLAFANA, AUSA
                      Office of U.S. Attorney
                      400 Australian Avenue
                      West Palm Beach, Florida  33401


FOR DEFT K. CHATMAN:  SAAM ZANGENEH, AFPD
                      Office of U.S. Public Defender
                      450 Australian Avenue
                      West Palm Beach, Florida  33401


FOR DEFT L. CHATMAN:  CHRISTOPHER GERARD LYONS, ESQ.
                      Mase Lara, P.A.
                      2601 South Bayshore Drive
                      Suite 800
                      Miami, Florida  33133


REPORTED BY:          DIANE MILLER, RMR, CRR, CRC
                      Official Court Reporter
                      701 Clematis Street
                      West Palm Beach, Florida  33401
                      561-514-3728
                      diane_miller@flsd.uscourts.gov
```

Wednesday, March 15, 2017.

```
 1                    P-R-O-C-E-E-D-I-N-G-S

 2            THE COURT:  Please be seated.

 3            This is the case of the United States versus Kenneth

 4    and Laura Chatman; Case Number 17-80013.  Could we please have

 5    appearances?

 6            MS. VILLAFANA:  Good afternoon, Your Honor; Marie

 7    Villafana for the United States; with me, at counsel table, is

 8    Special Agent William Stewart from the FBI.

 9            THE COURT:  Good afternoon.

10            MR. ZANGENEH:  Good afternoon; Saam Zangeneh here on

11    behalf of Kenneth Chatman present before the Court.

12            THE COURT:  Good afternoon.

13            MR. LYONS:  Good afternoon, Your Honor; Christopher

14    Lyons on behalf of Laura Chatman present before the Court.

15            THE COURT:  Good afternoon.

16            These are both change of pleas?

17            MR. ZANGENEH:  Yes, Judge.

18            MR. LYONS:  Yes, Judge.

19            THE COURT:  I have been given plea agreements and

20    factual proffers.  Do you have any preference who goes first?

21            MS. VILLAFANA:  Your Honor, I think Mr. Chatman

22    should go first.

23            THE COURT:  All right.

24            Are you ready?

25            MR. ZANGENEH:  Yes, Judge.
```

Wednesday, March 15, 2017.

1     THE COURT:  Please administer the oath to

2 Mr. Chatman.

3     KENNETH CHATMAN, DEFENDANT, SWORN.

4     THE COURT:  Thank you.  Go ahead and have a seat.

5      DIRECT EXAMINATION

6 BY THE COURT:

7 Q.  You are now under oath.  If you answer falsely to any of my

8 questions, your answer could later be used against you in

9 another prosecution for perjury or making a false statement; do

10 you understand?

11 A.  Yes.

12 Q.  I'm going to ask a series of questions.  The purpose of the

13 questions is to make sure you carefully considered your

14 decision to plead guilty in this case, to determine that you

15 are competent to make the decision, that you are aware of your

16 rights, and that there is a reason for you to plead guilty,

17 that you did what the Government says you did.

18    If you don't understand any of my questions, tell me;

19 if you want to stop at any point ant speak with your lawyer,

20 you may do that; do you understand?

21 A.  Yes.

22 Q.  How far did you go in school?

23 A.  I have my GED.

24 Q.  All right.  Have you ever been treated for my mental

25 illness?

```
 1  A.  No.
 2  Q.  Have you been treated for addiction to narcotics or
 3  alcohol?
 4  A.  No.
 5  Q.  Are you currently under the influence of any drug or
 6  alcohol?
 7  A.  No.
 8  Q.  Are you taking any type of medication?
 9  A.  Yes.
10  Q.  What types of medicine are you taking?
11  A.  I suffer from seizures, I take Keppra.
12  Q.  What is the name of it?
13  A.  Keppra.
14  Q.  Keppra?
15  A.  Yes; 750 milligrams twice a day.
16  Q.  Does that have any impact on your ability to concentrate,
17  think, talk about things with your lawyer?
18  A.  Yes, I can think clearly.
19  Q.  That's a prescription you are taking?
20  A.  Yes, sir.
21  Q.  And that's the only medicine you are taking?
22  A.  Yes, sir.
23  Q.  All right.
24          Have you reviewed the indictment, the charges filed
25  against you in this case, and have you discussed those charges
```

Wednesday, March 15, 2017.

1  with your lawyer?

2  A.  Yes.

3  Q.  Are you satisfied with the representation Mr. Zangeneh has

4  provided to you?

5  A.  Yes.

6  Q.  And I've been given a copy of a plea agreement between

7  yourself and the Government, let me first ask you to confirm

8  this is your signature on the agreement.

9  A.  Yes.

10  Q.  And before signing it, did you review it and discuss it

11  with your lawyer?

12  A.  Yes.

13  Q.  Do you believe you understand it?

14  A.  Yes.

15  Q.  I'm going to review aspects of it with you.  If you have

16  any question about any part of it, please tell me.

17          In paragraph one, you are agreeing to plead guilty to

18  counts one, four, and 16.  Count one charges that you conspired

19  with persons known and unknown to the grand jury to commit

20  healthcare fraud; count four charges that you conspired with

21  persons known and unknown to the grand jury to engage in money

22  laundering; and then count 16 charges that you conspired with

23  persons known and unknown to recruit, entice, harbor, provide

24  and maintain by means persons who would be caused to engage in

25  commercial sex acts through the use of force, threats of force,

1  fraud, and coercion; all of those things in violation of
2  federal law.  Do you understand you are agreeing to plead
3  guilty to those three charges?
4  A.  Yes.
5  Q.  And the Government will seek dismissal of the remaining
6  charges and the forfeiture provision at the time of sentencing.
7           I need to make sure you understand sentencing, how it
8  works, and what the possible penalties tore these crimes are.
9           I'm obligated to calculate a sentencing guideline
10 range under the guidelines, and your plea agreement contains
11 some recommendations as to how that guideline range will be
12 calculated.
13          Usually, a sentence falls within the guideline range.
14 I do have some discretion to vary from the guidelines up or
15 down, but I have to take them into account as well as other
16 laws passed by Congress related to sentencing.
17          The Court has legal authority to sentence you up to
18 the maximum authorized by law for the offense to which you are
19 pleading guilty.  You won't be able to withdraw your plea as a
20 result of the sentence imposed; do you understand?
21 A.  Yes.
22 Q.  The possible penalties are in paragraph four of your
23 agreement.  That indicates, as to count one, the healthcare
24 fraud count, you could be sentenced to a term of imprisonment
25 of up to ten years.  Imprisonment would be followed by a term

1  of supervised release of not more than three years, a fine of

2  up to $250,000 could be ordered.

3        As to count four, the money laundering charge, the

4  Court could impose a maximum term of imprisonment of up to 20

5  years, imprisonment would be followed by a term of supervised

6  release of not more than three years, and a fine of the greater

7  of $500.000 or twice the amount of funds laundered could be

8  ordered.

9        As to count 16, at maximum term of imprisonment is

10  life imprisonment.  It would be followed by a term of

11  supervised release of up to five years, it could -- of at least

12  five years, it could extend as much as life, and a fine of up

13  to $250,000 could be ordered.

14        Restitution is mandatory, and I will have to enter an

15  order of restitution; do you understand that?

16  A.  Yes.

17  Q.  Additionally, the sex -- the sex crime, count 16, will

18  subject you to federal and state sex offender registration

19  requirements, and you will be required to register as a sex

20  offender upon release from imprisonment; do you understand

21  that?

22  A.  Yes.

23  Q.  All right.  And there's an additional $100 per count, a

24  total of $300, and also additional special assessment of

25  $5,000; so the total special assessments in this case will be

1  5,300 dollars, and that's payable at sentencing; do you

2  understand?

3  A.  Yes.

4  Q.  Paragraph seven deals with some calculations that will

5  affect the way the guidelines are calculated.  First, there is

6  an agreement as to grouping.  There is then some agreements as

7  to the way the guidelines are calculated with respect to the

8  base offense level, the amount of loss, the fact that the

9  offense involves ten or more victims, and the offense involved

10 reckless risk of death or serious bodily injury.

11          Basically, when you take all of this into account,

12 the group one charges -- there is a total of 34; and to group

13 two, it is also 34; so then, the adjusted offense level becomes

14 36; then, there is a subtraction of three levels for acceptance

15 of responsibility; so end up at 33.  And there is, further, an

16 agreement that neither side will ask for any other enhancements

17 or reductions.  So basically, under this plea agreement, your

18 offense level will be 33.

19          THE COURT:  Do you all know what the criminal history

20 category is?

21          MR. ZANGENEH:  It should be two, Judge.

22          THE COURT:  Two?

23          MR. ZANGENEH:  Yes, Judge.

24 BY THE COURT:

25 Q.  So if your lawyer is right about criminal history category,

1  the likely sentence is 151 to 188 months.  That's the

2  sentencing guideline range.

3         THE COURT:  Miss Villafana, do you agree with that,

4  as well?

5         MS. VILLAFANA:  Yes, Your Honor; I think that's the

6  advisory guideline range.

7         MR. ZANGENEH:  Yes, Judge.

8  BY THE COURT:

9  Q.  Do you understand that, Mr. Chatman?

10  A.  Yes.

11  Q.  In paragraph 8, you have expressed a willingness to

12  cooperate with the Government by providing truthful information

13  if they call upon you to do that.  The Government will evaluate

14  any assistance you might provide, and they may file assistance

15  rule 30, ask your sentence be reduced from what it otherwise

16  would be by reason of your cooperation.

17         There are two things you need to understand about

18  that.  First, it is up to the Government whether to file that

19  motion, if they have don't file it, I have no authority to act

20  on it, secondly, if they do file it, I am not obligated to

21  grant it; do you understand?

22  A.  Yes.

23  Q.  In paragraph 11, you are agreeing that you're jointly and

24  severally responsible for restitution, and you are agreeing to

25  make a partial payment of restitution in the amount of $100,000

1  at the time of sentencing and to deposit that money into your

2  lawyer's trust account no later than April 6th of 2017; do you

3  understand?

4  A.  Yes.

5  Q.  Paragraph 16 is a very important part of your plea

6  agreement because, under federal law, you have a right to

7  appeal the sentence imposed in this case; however, as part of

8  your plea agreement, you are giving up your rights to appeal

9  the sentence or to appeal the manner in which sentence is

10  imposed, including any restitution order unless the sentence

11  were to exceed the maximum permitted by statute or be a result

12  of an upward departure or upward variance from the guideline

13  range established at sentencing.  Do you understand your giving

14  up your rights to appeal the sentence in this case?

15  A.  Yes.

16  Q.  Have you talked about that with your lawyer and are you

17  satisfied with your decision in that respect?

18  A.  Yes.

19  Q.  Okay.  We reviewed the written plea agreement.  Beyond this

20  agreement, has the Government made any promises to you in

21  connection with your decision to plead guilty?

22  A.  No.

23  Q.  Has anyone attempted to force you to plead guilty?

24  A.  No, ma'am.

25  Q.  Are you pleading guilty of your own free will because you

1  are guilty?

2  A.  Yes.

3  Q.  Do you understand you have a right to plead not guilty?  If

4  you plead not guilty, you have a right to a trial by jury.  The

5  Government would have to prove your guilt beyond a reasonable

6  doubt.  You would have the right to the assistance of counsel.

7  Your lawyer could cross-examine the witnesses called by the

8  Government, present witnesses on your behalf.  You could either

9  testify or choose not to testify; and, if you choose not to

10  testify, that fact couldn't be used against you in the trial.

11  Do you understand you have those rights?

12  A.  Yes.

13  Q.  By pleading guilty, you are giving up those rights and

14  there will be no trial, do you understand?

15  A.  Yes.

16  Q.  The crime is a felony.  If your plea is accepted, you will

17  be adjudged guilty of a felony and may lose valuable civil

18  rights such as the right to vote, hold office, the right to own

19  a firearm, do you understand?

20  A.  Yes.

21          THE COURT:  Does your client face any possible

22  immigration consequence?

23          MR. ZANGENEH:  No, Judge.

24          THE COURT:  All right.

25  BY THE COURT:

1  Q.  First, there is a written factual proffer in the case; and,

2  Mr. Chatman, have you reviewed that and is this your signature?

3  A.  Yes.

4  Q.  I'm going ask the prosecutor, she doesn't need to go

5  through it all, but to briefly describe what she would have

6  proven at trial, had the case gone to trial.  Please listen

7  carefully; when she finishes, I will ask whether you did what

8  the Government says did you.

9         THE COURT:  Miss Villafana.

10        MS. VILLAFANA:  If this case would have proceeded to

11  trial, the United States would have proven the following,

12  beyond a reasonable doubt.

13        At all times relevant to the indictment, substance

14  abuse treatment was regulated understate and federal law,

15  including Florida's Marchman Act.  The Marchman Act made it

16  unlawful for any person or agency to act as a substance abuse

17  service provider unless it was properly licensed.

18        All substance abuse service provided personnel who

19  had contact with patients, owners, directors, and chief

20  financial officers had to pass a level two background screening

21  including fingerprinting.

22        The Act also made it a criminal offense to operate or

23  attempt to operate as a service provider with personnel who did

24  not pass the background test.

25        Reflections Treatment Center, which is one of the

Wednesday, March 15, 2017.

1  treatment centers named in the indictment, was located in

2  Margate Florida in Broward County in the Southern District of

3  Florida.  Reflections purported to operate as a licensed

4  substance abuse service provider, but although defendant

5  Kenneth Chatman had a federal criminal conviction that

6  prohibited him from owning or operating a substance abuse

7  service provider.  He owned and served as chief operator

8  officer of Reflections including making all financial

9  decisions.

10        Defendant Kenneth Chatman and codefendant Laura

11  Chatman agreed to place Laura Chatman's name on Reflections

12  documentation as owner in an attempt to hide Kenneth Chatman's

13  true ownership and control over the business.

14        Journey to Recovery, also named in the indictment,

15  was located in Palm Beach County in the Southern District of

16  Florida and it also purported to operate as a licensed

17  substance abuse service provider by offering clinical treatment

18  services for persons suffering from alcohol and drug addiction.

19  Again, with regard to that, Defendant Kenneth Chatman's

20  criminal conviction prohibited him from owning or operating

21  such a substance abuse service provider, so Mr. Chatman and his

22  wife put Laura Chatman's name on the Journey documentation as

23  the owner in an attempt to hide Kenneth Chatman's true

24  ownership and control over the business.

25        Both of those facilities submitted billings to a

1  number of insurance companies and health plans that fall within

2  the definition of 18 U.S.C. Section 24(b) that is public or

3  private plans or contracts affecting commerce under which any

4  medical benefit, item, or service is provided to an individual.

5       Florida law also prohibited what is called "patient

6  brokering" making it a felony for any person, healthcare

7  provider, or healthcare facility, including a licensed

8  substance abuse service provider to offer or pay commissions,

9  bonuses, rebates, kickbacks, or bribes to patients or other

10  providers for the provision of services."

11       In addition to owning and operating sober homes and

12  the treatment facilities unlawfully, Kenneth Chatman conspired

13  with owners and operators of other sober homes, including

14  Co-defendants Davis and Michael Bonds, to obtain patients for

15  Reflections and Journey who would receive ineffective and

16  medically unnecessary substance abuse treatment and testing

17  that could be billed to the patient's insurance in order to

18  enrich Mr. Chatman and the members of conspiracy.  To achieve

19  they goal, residents -- the defendant, Kenneth Chatman, payed

20  kickbacks and bribes to the sober home owners for referring

21  their residents to Reflections and Journey for treatment and

22  disguised these kickbacks and bribes as case management fees,

23  consulting fees, marking fees, and commissions.

24       The co-conspirator sober home owners met with Chatman

25  on a weekly basis to collect their kickbacks and bribes, which

1  were paid based on the number of insured patients that received

2  treatment each week.

3          The defendant further knew that bribes and kickbacks

4  were paid to insured patients who attended treatment in form of

5  free or reduced rent, cigarettes, illicit and prescription

6  drugs and other items.

7          The defendant also marketed Reflections and Journey

8  and his sober homes as places where patients could receive free

9  rent and continue to use drugs while purportedly receiving

10 substance abuse treatment so long as the defendant could bill

11 their insurance companies.

12         In many instances, the sober home residents did not

13 attend the purported treatment sessions at Reflections and

14 Journey and did not provide bodily fluid samples that were

15 submitted for drug testing and that were later billed to

16 insurance.  On some of these occasions, co-conspirators would

17 forge patients' signatures on sign-in sheets to make it appear

18 absent patients had attended treatments and submitted bodily

19 fluid samples.  Members of clinical staff would cut and paste

20 to create treatment notes that made it appear as those absent

21 patients were present.

22         The defendant also directly and indirectly solicited

23 and received kickbacks and bribes from clinical laboratory

24 agents and employees resending the lab tests related to

25 patients of Reflections and Journey to the clinical

1  laboratories that, in turn, would bill the patients' insurance

2  plans.  These kickbacks and bribes were sometimes disguised as

3  dividends, marketing fees, and commissions to sales reps that

4  Chatman himself would select knowing that the sales rep would

5  pay most or all of his commission to Chatman.

6       Co-conspirators submitted these saliva and other

7  bodily fluid samples for unnecessary testing in exchange for

8  the kickbacks and bribes.  Neither Chatman or any of the labs

9  disclosed to insurance companies that Chatman was referring the

10  bodily fluid testing in exchange for bribes and kickbacks, but

11  the co-conspirator sober home owners were referring their

12  residents to Reflections and Journey for treatment in exchange

13  for bribes and kickbacks or that Reflections and Journey were

14  giving kickbacks and bribes to patients to induce them to

15  obtain treatment from Reflections and Journey.

16       The members of the conspiracy also failed to inform

17  the insurance companies that they were failing to collect

18  co-pays and co-insurance in violation of the terms of patients'

19  insurance policies.

20       The defendant and other co-conspirators recruited,

21  enticed, harbored, transported, provided, obtained, and

22  maintained some female patients into performing commercial sex

23  acts.  The defendant provided housing for the female patients

24  who would be made to perform the sex acts in exchange for money

25  that would then have to be paid to the defendant as rent.  The

Wednesday, March 15, 2017.

1  commercial sexual activity occurred at some of the sober homes

2  controlled by the defendant or at hotels and motels that

3  operated in interstate and foreign commerce.

4        The defendant provided condoms that were manufactured

5  outside of the State of Florida, and the defendant and

6  co-conspirators advertised and caused the advertisement of the

7  commercial sexual activity via cellular telephones and the

8  internet on websites like Craig's List and backpage.com.  The

9  defendant and co-conspirators provided controlled substances to

10 these addicted patients to induce them perform sexual acts.

11 Mr. Chatman also used intimidation tactics and threats of legal

12 process, including evicting the patients from his sober homes

13 (thereby leaving them homeless) to maintain their compliance.

14        Mr. Chatman also maintained control over patients who

15 attended Reflections and Journey by threats and confiscating

16 their belongings, car keys, telephones, medications and food

17 stamps in order to maintain the ability to continue billing

18 their insurance plans.

19        The defendant knew that insurance claims based upon

20 the fraudulent and medically unnecessary drug testing and

21 treatment were submitted to patients' health insurance plans.

22 During the duration of Reflections and Journey, the treatment

23 centers and labs submitted insurance claims that resulted in

24 reimbursement payments of between $9.5 million and up to $25

25 million.

Wednesday, March 15, 2017.

```
 1              The proceeds of the healthcare fraud scheme were
 2    deposited into bank accounts that the defendant and
 3    Co-defendant Laura Chatman opened at Wells Fargo Bank in the
 4    names of Reflections and Journey.  Wells Fargo is a domestic
 5    financial institution as defined by federal law involved in
 6    interstate or foreign commerce.  The defendant and
 7    co-conspirators agreed to use the proceeds to promote the
 8    ongoing fraud scheme, and the defendant issued checks and made
 9    deposits and withdrawals based -- from proceeds of the
10    healthcare fraud scheme.
11              Mr. Chatman and his co-conspirators also made
12    payments to the medical directors, clinical directors,
13    employees, and others to continue their involvement with the
14    fraud scheme.  Monies from these accounts also were used to pay
15    kickbacks and bribes to patients and sober home owners,
16    including providing prescription and illicit drugs to patients
17    and potential patients.
18              THE COURT:  Thank you.
19    BY THE COURT:
20    Q.  Mr. Chatman, you heard the prosecutor describe what she
21    would prove at trial.  Did you do those things.
22    A.  Yes.
23    Q.  How do you plead to the charges, guilty or not guilty?
24    A.  Guilty.
25              THE COURT:  Miss Villafana, is there anything else
```

Wednesday, March 15, 2017.

1 | you believe I should cover?
2 |    MS. VILLAFANA:  No, Your Honor; thank you.
3 |    THE COURT:  MR. Zangeneh?
4 |    MR. ZANGENEH:  Judge, I was in communication with
5 | your staff.  I wanted to raise a motion, but they informed me
6 | that the appropriate venue for that should be through Judge
7 | Matthewman.
8 |    THE COURT:  All right.  Let's first concentrate on
9 | the Rule 11 colloquy.  Anything else on that?
10 |    MR. ZANGENEH:  I apologize, Judge; nothing else on
11 | the Rule 11 colloquy.
12 |    THE COURT:  All right.  It is then the finding of the
13 | Court in the case of United States versus Kenneth Chatman, that
14 | the defendant is fully competent and capable of entering an
15 | informed plea, that he was aware of the nature of the charges
16 | and consequences of the plea, and that the plea of guilty is a
17 | knowing and voluntary plea supported by an independent basis in
18 | fact containing each the essential elements the offense.  The
19 | plea is therefore accepted, and the defendant is adjudged
20 | guilty of these offenses.
21 |    It is also the finding of the Court that the
22 | defendant has discussed with Counsel the appellate waiver
23 | contained within the plea agreement, and that waiver is also
24 | knowing and voluntary.
25 |    Mr. Chatman, the probation office will do an

1   investigation.  They will ask to speak with you.  You have a

2   right to have your lawyer present when you talk to them.  They

3   will prepare a written report which will describe the crime and

4   recommend how the sentencing guidelines ought to be applied.

5   If there is anything you believe to be incorrect in the report,

6   you and your lawyer can file written objections.  If those are

7   not worked out with the Government, we will decide those at the

8   sentencing hearing, and you will have a right to address the

9   Court with respect to sentence; do you understand?

10          THE WITNESS:  Yes.

11          THE COURT:  When can we have sentencing?

12          THE COURTROOM DEPUTY:  May 17, at 10:00 a.m.

13          THE COURT:  May 17 at 10:00; is that time acceptable?

14          MS. VILLAFANA:  Yes, Your Honor; than you.

15          MR. ZANGENEH:  Judge, let me just confirm.

16          Yes, Judge, that's fine.

17          THE COURT:  All right.  You were saying something,

18   and I -- the courtroom deputy said you wanted him transferred

19   from --

20          MR. ZANGENEH:  Correct, Judge.  We would ask the

21   Court to transfer Mr. Chatman, pending sentencing, to the

22   Federal detention center in Miami, Florida.  My office is two

23   blacks from that facility; furthermore, more importantly,

24   Mr. Chatman has had some medical issues.  As he indicated, he

25   has an issue with -- pardon me for a second, Your Honor.

Wednesday, March 15, 2017.

```
 1              Judge, I apologize.  Mr. Chatman has had a long
 2   history of seizures.  When he was originally detained at the
 3   Gun Club, he had an incident where he fell off the top bunk.
 4   They then subsequently moved him to a higher floor.  Because of
 5   the publicity and the ongoing press that this case as
 6   garnished, there were several inmates that perpetuated a
 7   confrontation with Mr. Chatman.  They then moved him back down
 8   to the same place where he had a seisure, so I would ask the
 9   Court to make a recommendation or order the marshals to
10   transport him and house him at the federal detention center
11   pending sentencing.
12              THE COURT:  Do you have any problem with that,
13   Miss Villafana?
14              MS. VILLAFANA:  No.
15              THE COURT:  I'm willing to do the sentencing in
16   Miami, if the parties prefer that; then, you wouldn't have to
17   come back up here.
18              MS. VILLAFANA:  The only thing we have, under the
19   Crime Victims Rights Act, we did make notification to all of
20   the victims of this hearing.  Some of them did express an
21   interest in appearing at a sentencing hearing.  So I think,
22   probably for that reason, we need to leave it in Palm Beach
23   County.
24              THE COURT:  All right.  I'll ask the marshals then to
25   transport Mr. Chatman down to FDCE.  He will have to come back
```

Wednesday, March 15, 2017.

1    then for sentencing.

2              MR. ZANGENEH:  He understands that, Judge.  Thank you

3    very much.

4              THE COURT:  Okay.

5              MR. ZANGENEH:  With the other collateral issue, I

6    will file the appropriate motion with Judge Matthewman.

7              Thank you, Judge.

8              THE COURT:  All right.  Are we ready for Miss

9    Chatman's case?

10             MR. LYONS:  Yes, Your Honor.

11             THE COURT:  Again, I have been given a plea agreement

12   and factual proffer.

13             Please administer the oath to Miss Chatman.

14             THE COURTROOM DEPUTY:  Please stand and raise your

15   right hand.

16                  LAURA CHATMAN, DEFENDANT, SWORN.

17             THE COURT:  Go ahead and have a seat Miss Chatman.

18                       DIRECT EXAMINATION

19   BY THE COURT:

20   Q.  Miss Chatman, you are now under oath; if you answer falsely

21   to any of my questions, your answers could later be used

22   against you in another prosecution for perjury or making a

23   false statement, do you understand?

24   A.  Yes, Your Honor.

25   Q.  As I told Mr. Chatman, if you need to stop and speak with

```
1   your lawyer, you can do that, and I also explained the reasons
2   for the questions.
3            Are you ready to proceed?
4   A.  Yes.
5   Q.  How far did you go in school?
6   A.  Bachelor's degree.
7   Q.  Have you ever been treated for my mental illness?
8   A.  No, sir.
9   Q.  Have you been treated for addiction to narcotics or
10  alcohol?
11  A.  No.
12  Q.  Are you currently under the influence of any drug or
13  alcohol?
14  A.  No.
15  Q.  Are you taking my type of medication?
16  A.  No.
17  Q.  Have you reviewed the indictment, the charges files against
18  you in this case, and have you discussed those charges with
19  your lawyer?
20  A.  Yes.
21  Q.  Are you satisfied with the representation your counsel has
22  provided?
23  A.  Yes.
24  Q.  I've been given a copy of a plea agreement between yourself
25  and the Government.  Is this your signature on the agreement?
```

Wednesday, March 15, 2017.

1   A.  Yes, sir.

2   Q.  And before signing it, did you review it and discuss it

3   with your lawyer?

4   A.  Yes.

5   Q.  Do you believe you understand it?

6   A.  Yes, I do.

7   Q.  I'm going to review aspects of it with you, and if you have

8   any question about any part of it, please tell me.

9           In paragraph one, you were agreeing to plead guilty

10  to counts two and three of the indictment.  They charge that in

11  a matter involving healthcare benefit programs, that you

12  knowingly and willfully falsified, concealed, and covered up

13  via trick, scheme, and device, a material fact in connection

14  with the delivery of healthcare services in violation of

15  federal law.  Do you understand you are agreeing to plead

16  guilty to those to that charge?

17  A.  Yes, Your Honor.

18  Q.  And the Government will seek to dismiss the remaining

19  counts of the indictment, as well as the forfeiture proceeding

20  at sentencing.

21          Again, the way sentencing works, I'm obligated to

22  calculate a sentencing guideline range.  Usually, a sentence

23  false within that range.  I have some discretion to vary from

24  the guidelines up or down, but I have to take them into account

25  as well as other laws passed by Congress related to sentencing.

Wednesday, March 15, 2017.

```
 1              The Court has legal authority to sentence you up to
 2   the maximum authorized by law for the offenses to which you are
 3   pleading guilty, and you won't be able to withdraw your plea as
 4   a result of sentence imposed, do you understand?
 5   A.  Yes, Your Honor.
 6   Q.  The possible penalties are in paragraph four of the
 7   agreement which indicates that as to each of those counts, you
 8   could be sentenced to a term of imprisonment of up to five
 9   years, imprisonment would be followed by a term of supervised
10   release of not more than three years, and a fine of up to
11   $250,000 could be ordered.  Do you understand these are the
12   possible penalties for these crimes?
13   A.  Yes, Your Honor.
14   Q.  Additionally, restitution is mandatory, and I'll be -- I'm
15   required to enter an order of restitution; and, furthermore,
16   there is a special assessment of $100 a count, a total of $200
17   that will be imposed payable at sentencing.  Do you understand
18   that?
19   A.  Yes.
20   Q.  Paragraph seven contains some agreements that will affect
21   the calculation of those guidelines:  First, that the base
22   offense level is six; then, it is increased by 18 levels for
23   loss amount, so that takes you to 24; and another two levels
24   for -- because the crime involved ten or more victims, that's
25   26; and then, a deduction of a total of three levels for
```

Wednesday, March 15, 2017.

1  acceptance, that takes you, it looks like, to a level 23.

2          THE COURT:  Is that right Mr. Lyons?

3          MR. LYONS:  Yes, Your Honor.

4          THE COURT:  And what criminal history category does

5  your client have?

6          MR. LYONS:  She has no criminal history.

7          THE COURT:  So a criminal history category would be

8  one which is --

9          MR. LYONS:  That's correct.  It should be 46 --

10          THE COURT:  -- 46 to 57 months, is that the

11  calculation that you have?

12          MR. LYONS:  Yes.

13          THE COURT:  Miss Villafana?

14          MS. VILLAFANA:  Yes.

15  BY THE COURT:

16  Q.  So that's the sentencing guideline range, do you understand

17  that?

18  A.  Yes, Your Honor.

19  Q.  Paragraphs eight and nine deal with cooperation with the

20  Government.  You have expressed a willingness to cooperate with

21  them by providing truthful information, if they call upon you

22  to do that; and the Government will evaluate any assistance you

23  might provide them, and they may file a motion under the

24  guidelines or Rule 35 of the Rules of Criminal Procedure asking

25  me to depart downward from what would otherwise be your

1   sentence by reason of the cooperation.  There are two things to
2   understand about that.  First, it is up to the Government
3   whether to file a motion; if they don't file it, I have no
4   authority to act on that basis; second, if they do file it, I'm
5   not obligated to grant it; do you understand?
6   A.   Yes, Your Honor.
7   Q.   In paragraph 11, you are agreeing that you are jointly and
8   severally responsible for restitution, and you are also
9   agreeing to make a partial payment of restitution in the amount
10  of $50,000 at the time of sentencing, and to provide a
11  cashier's check payable to the Clerk of U.S. Court in that
12  amount to your lawyer no later than April 6th of 2017, do you
13  understand?
14  A.   Yes.
15  Q.   Paragraph 16 is a very important part of your plea
16  agreement because, under federal law, you have a right to
17  appeal the sentence imposed; however, as part of your plea
18  agreement, you are giving up your rights to appeal the sentence
19  or to appeal the manner in which sentence is imposed including
20  restitution unless the sentence were to exceed the maximum
21  permitted by statute or be a result of an upward departure or
22  upward variance from the guideline range established at
23  sentencing.  Do you understand you are giving up your rights to
24  appeal the sentence in this case?
25  A.   Yes, Your Honor.

```
1    Q.  Have you talked about that with your lawyer and are you
2    satisfied with your decision this that respect?
3    A.  Yes.
4    Q.  Okay.  We have reviewed the written plea agreement.  Beyond
5    this agreement, has the Government made any promises to you in
6    connection with your decision to plead guilty in this case?
7    A.  No.
8    Q.  Has anyone attempted to force you to plead guilty?
9    A.  No, Your Honor.
10   Q.  Are you pleading guilty of your own free will because you
11   are guilty?
12   A.  Yes, Your Honor.
13   Q.  Do you understand you have a right to plead not guilty?  If
14   you plead not guilty, you have a right to a trial by jury.  The
15   Government would have to prove your guilt beyond a reasonable
16   doubt.  You would have the right to the assistance of counsel.
17   Your lawyer could cross-examine the witnesses called by the
18   Government, present witnesses on your behalf, you could either
19   testify or choose not to testify; and, if you decided not to
20   testify, that fact couldn't be used against you in the trial.
21   Do you understand you have those rights?
22   A.  Yes.
23   Q.  By pleading guilty, you are giving up those rights and
24   there will be no trial, do you understand?
25   A.  Yes.
```

Wednesday, March 15, 2017.

1  Q.  This crime or these crimes are felonies.  If your plea is

2  accepted, you will be adjudged guilty of a felony and may lose

3  valuable civil rights such as the right to vote, the right to

4  hold office, the right to own a firearm; do you understand?

5  A.  Yes, Your Honor.

6         THE COURT:  Mr. Lyons, does your client face any

7  possible immigration consequence?

8         MR. LYONS:  No.

9         THE COURT:  All right.

10  BY THE COURT:

11  Q.  Again, there is a factual proffer in the case.  Let me ask

12  you:  Have you reviewed the factual proffer and is this your

13  signature on it?

14  A.  Yes, Your Honor.

15  Q.  I'm going to again ask the prosecutor to briefly describe

16  what she would have proven at trial, had the case gone to

17  trial.  Please listen carefully.  When she finishes, I will ask

18  you whether you did what the Government says you did.

19         MS. VILLAFANA:  Thank you, again, Your Honor.

20         If this case were to proceed to trial, the United

21  States would have proven the following, beyond a reasonable

22  doubt.  At all times relevant to the indictment, substance

23  abuse treatment was regulated under state and federal law

24  including Florida Marchman Act.  The Marchman Act made it

25  unlawful for any person or agency to act as a substance abuse

1    service provider unless it was properly licensed.

2         To insure the legitimacy of substance abuse service

3    providers and to protect the health and welfare of patients,

4    all substance abuse service provider personnel who have contact

5    with clients and all owners, directors, and chief financial

6    officers had to pass a level two background screening including

7    fingerprinting.  The act made it a criminal offense to operate

8    or attempt to operate as a service provider with personnel who

9    did not pass the background test.  Despite these laws, the

10   substance abuse treatment centers mentioned in the indictment

11   journey To Recovery and Reflections Treatment Center, applied

12   for and received licenses and operated as service provider by

13   hiding the fact that Co-defendant Kenneth Chatman, who had a

14   prior felony conviction, owned Journey and Reflections and was

15   their chief operator officer.

16        On January 18th, 2014, Defendant Laura Chatman

17   submitted documentation to the Florida Department of Children

18   and Families for the application of licensure for Reflections,

19   in Broward County, in the Southern District of Florida.  DCF

20   licensure was needed to provide substance abuse treatment and

21   to bill insurance companies and, hence, the application was in

22   connection with the delivery of healthcare services.  Defendant

23   Laura Chatman listed herself as the sole owner of Reflections

24   and concealed the fact that co-defendant Kenneth Chatman, a

25   convicted felon, was owner and director of Reflections.  Laura

1   Chatman signed and submitted these documents to DCF knowing

2   that they were false and fraudulent, knowing that the failure

3   to disclose Kenneth Chatman's role was material, and knowing

4   that DCF would rely upon her representations in making a

5   decision regarding licensure.

6          On September 23rd, 2016, Defendant Laura Chatman

7   submitted documentation to DCF for the application of licensure

8   for Journey to Recovery in Palm Beach County in the Southern

9   District of Florida.

10         DCH licensure was needed to provide substance abuse

11  treatment and to bill insurance companies and, hence, the

12  application was in connection with the delivery of healthcare

13  services.

14         Defendant Laura Chatman listed herself as the sole

15  owner of Journey and concealed the fact that Co-defendant

16  Kenneth Chatman, a convicted felon, was an owner and director

17  of Journey.

18         Laura Chatman signed and submitted these documents to

19  DCF knowing they were false and fraudulent, knowing that the

20  failure to disclose Kenneth Chatman's role was material and

21  knowing that DCF would rely upon recommendations in making a

22  decision regarding licensure.

23         Defendant lawyer Chatman also appeared at Reflections

24  and Journey for audits and inspections by DCF and other

25  accrediting agencies to make it seem as though Laura Chatman

1  was the sole owner and chief executive officer and chief

2  financial officer Journey and Reflections knowing that DCF and

3  the other crediting agencies would reply upon her

4  representation that she was the owner, CEO, and CFO in making

5  their decisions.

6          Defendant Laura Chatman also filed corporate

7  documents and opened bank accounts in the name of Journey and

8  Reflections to allow Kenneth Chatman and other members of the

9  conspiracy to deposit proceeds from the healthcare fraud scheme

10  and to conduct transactions meant to promote the healthcare

11  fraud scheme.

12          Mrs. Chatman wrote checks on the bank accounts that

13  received the proceeds of the healthcare fraud scheme including

14  checks made payable to owners of sober homes also known as

15  recovery residences that were used to pay kickbacks and bribes

16  for referring the residents of sober homes with insurance to

17  Reflections and Journey for treatment.

18          During the period that Mrs. Chatman served as the

19  nominee owner of Reflections and Journey, the companies

20  received between 3.5 million and 9.5 million from insurance

21  companies as reimbursements for fraudulent claims submitted by

22  Reflections and Journey.

23          THE COURT:  All right, thank you.

24  BY THE COURT:

25  Q.  Mrs. Chatman, you heard the prosecutor describe what she

```
1   would prove at trial.  Did you do those things?

2   A.  Yes.

3   Q.  How do you plead to the charges, guilty or not guilty?

4   A.  Guilty.

5           THE COURT:  Miss Villafana, anything else you think I

6   should cover?

7           MS. VILLAFANA:  No, Your Honor.

8           THE COURT:  Mr. Lyons?

9           MR. LYONS:  No, Your Honor.

10          THE COURT:  It is then the finding of the Court in

11  the case of the United States versus Laura Chatman that the

12  defendant is fully competent and capable of entering an

13  informed plea, that she is aware of nature of the charges and

14  the consequences of plea, and that the plea of guilty is a

15  knowing and voluntary plea supported by an independent basis in

16  fact containing each the essential elements of the offense, the

17  plea is therefore accepted and the defendant is adjudged guilty

18  of this offense.

19          Miss Chatman, as I told Mr. Chatman, the probation

20  office will do an investigation.  They will ask to speak to

21  you.  You have a right to have your lawyer present when you

22  talk to them.  They will prepare a written report which will

23  describe the crime and recommend how the sentencing guidelines

24  ought to be applied.

25          If there is anything you believe to be incorrect in
```

Wednesday, March 15, 2017.

1   the report, you and your lawyer could file written objections.

2   If those are not worked out with the Government, we will decide

3   those at the sentencing hearing.  You have a right to address

4   the Court with respect to sentence, do you understand?

5           THE WITNESS:  Yes.

6           MS. VILLAFANA:  Your Honor, I'm sorry, could I ask

7   you to make a finding regarding the appellate waiver.

8           THE COURT:  I apologize, I overlooked that.

9           It is also the finding of the Court that the

10  defendant has discussed with Counsel the appellate waiver

11  contained within the plea agreement and that waiver is also

12  knowing and voluntary.

13          MS. VILLAFANA:  Thank you, Your Honor.

14          THE COURT:  Sentencing also on May 17th.

15          THE COURTROOM DEPUTY:  Yes, 10:00 a.m.

16          THE COURT:  Does that time work, Mr. Lyons?

17          MR. LYONS:  It does.

18          THE COURT:  I note, Miss Chatman is apparently on

19  bond.  Should that condition remain?

20          MS. VILLAFANA:  That's fine, Your Honor; thank you.

21          THE COURT:  All right.  The existing conditions

22  remain in effect.

23          All right, thank you.

24          MR. LYONS:  Thank you, Your Honor.

25          MS. VILLAFANA:  Thank you, Your Honor.

Wednesday, March 15, 2017.

```
 1        (PROCEEDINGS ADJOURNED AT 1:34 p.m.)

 2                    C-E-R-T-I-F-I-C-A-T-E

 3            I hereby certify that the foregoing is

 4       an accurate transcription and proceedings in the

 5       above-entitled matter.

 6
         6/15/2017                  /s/DIANE MILLER
 7       DATE                  DIANE MILLER, RMR, CRR, CRC
                               Official Court Reporter
 8                             United States District Court
                               701 Clematis Street, Room 259
 9                             West Palm Beach, FL  33401
                               561-514-3728
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Wednesday, March 15, 2017.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Wednesday, March 15, 2017.

**$**

$100 [2]  7/23 25/16
$100,000 [1]  9/25
$200 [1]  25/16
$25 [1]  17/24
$250,000 [3]  7/2 7/13 25/11
$300 [1]  7/24
$5,000 [1]  7/25
$50,000 [1]  27/10
$500.000 [1]  7/7
$9.5 [1]  17/24
$9.5 million [1]  17/24

**/**

/s/DIANE [1]  35/6

**1**

10:00 [3]  20/12 20/13 34/15
11 [4]  9/23 19/9 19/11 27/7
15 [1]  1/5
151 [1]  9/1
16 [6]  5/18 5/22 7/9 7/17 10/5 27/15
17 [2]  20/12 20/13
17-80013 [1]  2/4
17-80013-CR-DMM [1]  1/3
17th [1]  34/14
18 [2]  14/2 25/22
188 [1]  9/1
18th [1]  30/16
1:34 [1]  35/1

**2**

20 [1]  7/4
2014 [1]  30/16
2016 [1]  31/6
2017 [4]  1/5 10/2 27/12 35/6
23 [1]  26/1
23rd [1]  31/6
24 [2]  14/2 25/23
259 [1]  35/8
26 [1]  25/25
2601 [1]  1/20

**3**

3.5 million [1]  32/20
30 [1]  9/15
33 [2]  8/15 8/18
33133 [1]  1/21
33401 [4]  1/15 1/18 1/24 35/9
34 [2]  8/12 8/13
35 [1]  26/24
36 [1]  8/14
3728 [2]  1/24 35/9

**4**

400 [1]  1/14
43 [1]  1/8
450 [1]  1/17
46 [2]  26/9 26/10

**5**

5,300 [1]  8/1
561-514-3728 [2]  1/24 35/9
57 [1]  26/10

**6**

6/15/2017 [1]  35/6
6th [2]  10/2 27/12

**7**

701 [2]  1/23 35/8
750 [1]  4/15

**8**

800 [1]  1/20
80013 [1]  2/4

**9**

9.5 million [1]  32/20

**A**

a.m [2]  20/12 34/15
ability [2]  4/16 17/17
able [2]  6/19 25/3
above [1]  35/5
above-entitled [1]  35/5
absent [2]  15/18 15/20
abuse [17]  12/14 12/16 12/18 13/4
 13/6 13/17 13/21 14/8 14/16 15/10
 29/23 29/25 30/2 30/4 30/10 30/20
 31/10
acceptable [1]  20/13
acceptance [2]  8/14 26/1
accepted [4]  11/16 19/19 29/2 33/17
account [4]  6/15 8/11 10/2 24/24
accounts [4]  18/2 18/14 32/7 32/11
accrediting [1]  31/25
accurate [1]  35/4
achieve [1]  14/18
act [11]  9/19 12/15 12/15 12/16 12/22
 21/19 27/4 29/24 29/24 29/25 30/7
activity [2]  17/1 17/7
acts [4]  5/25 16/23 16/24 17/10
addicted [1]  17/10
addiction [3]  4/2 13/18 23/9
addition [1]  14/11
additional [2]  7/23 7/24
Additionally [2]  7/17 25/14
address [2]  20/8 34/3
ADJOURNED [1]  35/1
adjudged [4]  11/17 19/19 29/2 33/17
adjusted [1]  8/13
administer [2]  3/1 22/13
advertised [1]  17/6
advertisement [1]  17/6
advisory [1]  9/6
affect [2]  8/5 25/20
affecting [1]  14/3
AFPD [1]  1/16
afternoon [6]  2/6 2/9 2/10 2/12 2/13
 2/15
again [6]  13/19 22/11 24/21 29/11
 29/15 29/19
against [6]  3/8 4/25 11/10 22/22 23/17
 28/20
agencies [2]  31/25 32/3
agency [2]  12/16 29/25
Agent [1]  2/8
agents [1]  15/24
agree [1]  9/3
agreed [2]  13/11 18/7
agreeing [8]  5/17 6/2 9/23 9/24 24/9
 24/15 27/17 27/9
agreement [21]  5/6 5/8 6/10 6/23 8/6
 8/16 8/17 10/6 10/8 10/19 10/20 19/23
 22/11 23/24 23/25 25/7 27/16 27/18
 28/4 28/5 34/11
agreements [3]  2/19 8/6 25/20

**A** (continued)

ahead [2]  3/4 22/17
alcohol [5]  4/3 4/6 13/18 23/10 23/13
allow [1]  32/8
also [23]  7/24 8/13 12/22 13/14 13/16
 14/5 15/7 15/22 16/16 17/11 17/14
 18/11 18/14 19/21 19/23 23/1 27/8
 31/23 32/6 32/14 34/9 34/11 34/14
although [1]  13/4
am [1]  9/20
AMERICA [1]  1/4
amount [6]  7/7 8/8 9/25 25/23 27/9
 27/12
another [3]  3/9 22/22 25/23
answer [3]  3/7 3/8 22/20
answers [1]  22/21
ant [1]  3/19
anyone [1]  10/23 28/8
anything [5]  18/25 19/9 20/5 33/5 33/25
apologize [3]  19/10 21/1 34/8
apparently [1]  34/18
appeal [8]  10/7 10/8 10/9 10/14 27/17
 27/18 27/19 27/24
appear [2]  15/17 15/20
appearances [2]  1/12 2/5
appeared [1]  31/23
appearing [1]  21/21
appellate [3]  19/22 34/7 34/10
application [4]  30/18 30/21 31/7 31/12
applied [2]  20/4 30/11 33/24
appropriate [2]  19/6 22/6
April [2]  10/2 27/12
asking [1]  26/24
aspects [2]  5/15 24/7
assessment [2]  7/24 25/16
assessments [1]  7/25
assistance [5]  9/14 9/14 11/6 26/22
 28/16
attempt [4]  12/23 13/12 13/23 30/8
attempted [2]  10/23 28/8
attend [1]  15/13
attended [3]  15/4 15/18 17/15
Attorney [1]  1/14
audits [1]  31/24
AUSA [1]  1/13
Australian [2]  1/14 1/17
authority [4]  6/17 9/19 25/1 27/4
authorized [2]  6/18 25/2
Avenue [2]  1/14 1/17
aware [3]  3/15 19/15 33/13

**B**

Bachelor's [1]  23/6
background [4]  12/20 12/24 30/6 30/9
backpage.com [1]  17/8
bank [4]  18/2 18/3 32/7 32/12
base [2]  8/8 25/21
based [3]  15/1 17/19 18/9
basically [2]  8/11 8/17
basis [4]  14/25 19/17 27/4 33/15
Bayshore [1]  1/20
BEACH [8]  1/6 1/15 1/18 1/24 13/15
 21/22 31/8 35/9
becomes [1]  8/13
before [5]  1/10 2/11 2/14 5/10 24/2
behalf [2]  2/11 2/14 11/8 28/8
believe [5]  5/13 19/1 20/5 24/5 33/25
belongings [1]  17/16
benefit [2]  14/4 24/11
between [4]  5/6 17/24 23/24 32/20
beyond [6]  10/19 11/5 12/12 28/4

**B**

beyond... [2]  28/15 29/21
bill [4]  15/10 16/1 30/21 31/11
billed [2]  14/17 15/15
billing [1]  17/17
billings [1]  13/25
blacks [1]  20/23
bodily [5]  8/10 15/14 15/18 16/7 16/10
bond [1]  34/19
Bonds [1]  14/14
bonuses [1]  14/9
both [2]  2/16 13/25
bribes [13]  14/9 14/20 14/22 14/25
 15/3 15/23 16/2 16/8 16/10 16/13
 16/14 18/15 32/15
briefly [2]  12/5 29/15
brokering [1]  14/6
Broward [2]  13/2 30/19
bunk [1]  21/3
business [2]  13/13 13/24

**C**

C-E-R-T-I-F-I-C-A-T-E [1]  35/2
calculate [2]  6/9 24/22
calculated [3]  6/12 8/5 8/7
calculation [2]  25/21 26/11
calculations [1]  8/4
call [2]  9/13 26/21
called [3]  11/7 14/5 28/17
capable [2]  19/14 33/12
car [1]  17/16
carefully [3]  3/13 12/7 29/17
case [22]  1/3 2/3 2/4 3/14 4/25 7/25
 10/7 10/14 12/1 12/6 12/10 14/22
 19/13 21/5 22/9 23/18 27/24 28/6
 29/11 29/16 29/20 33/11
cashier's [1]  27/11
category [4]  8/20 8/25 26/4 26/7
caused [2]  5/24 17/6
cellular [1]  17/7
center [4]  12/25 20/22 21/10 30/11
centers [3]  13/1 17/23 30/10
CEO [1]  32/4
certify [1]  35/3
CFO [1]  32/4
change [2]  1/10 2/16
charge [3]  7/3 24/10 24/16
charges [14]  4/24 4/25 5/18 5/20 5/22
 6/3 6/6 8/12 18/23 19/15 23/17 23/18
 33/3 33/13
CHATMAN [61]
Chatman's [8]  13/11 13/12 13/19 13/22
 13/23 22/9 31/3 31/20
check [1]  27/11
checks [3]  18/8 32/12 32/14
chief [6]  12/19 13/7 30/5 30/15 32/1
 32/1
Children [1]  30/17
choose [3]  11/9 11/9 28/19
CHRISTOPHER [2]  1/19 2/13
cigarettes [1]  15/5
civil [2]  11/17 29/3
claims [3]  17/19 17/23 32/21
clearly [1]  4/18
Clematis [1]  23 35/8
Clerk [1]  27/11
client [3]  11/21 26/5 29/6
clients [1]  30/5
clinical [5]  13/17 15/19 15/23 15/25

18/12
Club [1]  21/3
co [16]  14/14 14/24 15/16 16/6 16/11
 16/18 16/18 16/20 17/6 17/9 18/3 18/7
 18/11 30/13 30/24 31/15
co-conspirator [2]  14/24 16/11
co-conspirators [7]  15/16 16/6 16/20
 17/6 17/9 18/7 18/11
co-defendant [4]  18/3 30/13 30/24
 31/15
Co-defendants [1]  14/14
co-insurance [1]  16/18
co-pays [1]  16/18
codefendant [1]  13/10
coercion [1]  6/1
collateral [1]  22/5
collect [2]  14/25 16/17
colloquy [2]  10/9 19/11
come [2]  21/17 21/25
commerce [3]  14/3 17/3 18/6
commercial [4]  5/25 16/22 17/1 17/7
commission [1]  16/5
commissions [3]  14/8 14/23 16/3
commit [1]  5/19
communication [1]  19/4
companies [8]  14/1 15/11 16/9 16/17
 30/21 31/11 32/19 32/21
competent [3]  3/15 19/14 33/12
compliance [1]  17/13
concealed [3]  24/12 30/24 31/15
concentrate [2]  4/16 19/8
condition [1]  34/19
conditions [1]  34/21
condoms [1]  17/4
conduct [1]  32/10
confirm [2]  5/7 20/15
confiscating [1]  17/15
confrontation [1]  21/7
Congress [2]  6/16 24/25
connection [5]  10/21 24/13 28/6 30/22
 31/12
consequence [2]  11/22 29/7
consequences [2]  19/16 33/14
considered [1]  3/13
conspiracy [3]  14/18 16/16 32/9
conspirator [2]  14/24 16/11
conspirators [7]  15/16 16/6 16/20 17/6
 17/9 18/7 18/11
conspired [5]  5/18 5/20 5/22 14/12
consulting [1]  14/23
contact [2]  12/19 30/4
contained [2]  19/23 34/11
containing [2]  19/18 33/16
contains [2]  6/10 25/20
continue [3]  15/9 17/17 18/13
contracts [1]  14/3
control [3]  13/13 13/24 17/14
controlled [2]  17/2 17/9
convicted [2]  30/25 31/16
conviction [3]  13/5 13/20 30/14
cooperate [2]  9/12 26/20
cooperation [3]  9/16 26/19 27/1
copy [2]  5/6 23/24
corporate [1]  32/6
could [21]  2/4 3/8 6/24 7/2 7/4 7/7 7/11
 7/12 7/13 11/7 11/8 14/17 15/8 15/10
 22/21 25/8 25/11 28/17 28/18 34/1
 34/6
couldn't [1]  11/10 28/20

counsel [6]  2/7 11/6 19/22 23/21 28/16
 34/10
count [10]  5/18 5/20 5/22 6/23 6/24 7/3
 7/9 7/17 7/23 25/16
counts [4]  5/18 24/10 24/19 25/7
County [5]  13/2 13/15 21/23 30/19 31/8
courtroom [1]  20/18
cover [2]  19/1 33/6
covered [1]  24/12
CR [1]  1/3
Craig's [1]  17/8
CRC [2]  1/22 35/7
create [1]  15/20
crediting [1]  32/3
crime [7]  7/17 11/16 20/3 21/19 25/24
 29/1 33/23
crimes [3]  6/8 25/12 29/1
criminal [10]  8/19 8/25 12/22 13/5
 13/20 26/4 26/6 26/7 26/24 30/7
cross [2]  11/7 28/17
cross-examine [2]  11/7 28/17
CRR [2]  1/22 35/7
currently [2]  4/5 23/12
cut [1]  15/19

**D**

DATE [1]  35/7
Davis [1]  14/14
day [1]  4/15
DCF [8]  30/19 31/1 31/4 31/7 31/19
 31/21 31/24 32/2
DCH [1]  31/10
deal [1]  26/19
deals [1]  8/4
death [1]  8/10
decide [2]  20/7 34/2
decided [1]  28/19
decision [8]  3/14 3/15 10/17 10/21 28/2
 28/6 31/5 31/22
decisions [2]  13/9 32/5
deduction [1]  25/25
defendant [38]
defendants [1]  14/14
Defender [1]  1/17
defined [1]  18/5
definition [1]  14/2
DEFT [2]  1/16 1/19
degree [1]  23/6
delivery [3]  24/14 30/22 31/12
depart [1]  26/25
Department [1]  30/17
departure [2]  10/12 27/21
deposit [2]  10/1 32/9
deposited [1]  18/2
deposits [1]  18/9
deputy [1]  20/18
describe [6]  12/5 18/20 20/3 29/15
 32/25 33/23
Despite [1]  30/9
detained [1]  21/2
detention [2]  20/22 21/10
determine [1]  3/14
device [1]  24/13
diane [4]  1/22 1/25 35/6 35/7
DIRECT [2]  3/5 22/18
directly [1]  15/22
director [2]  30/25 31/16
directors [4]  12/19 18/12 18/12 30/5
disclose [2]  31/3 31/20
disclosed [1]  16/9

**D**

discretion [2]  6/14 24/23
discuss [2]  5/10 24/2
discussed [4]  4/25 19/22 23/18 34/10
disguised [2]  14/22 16/2
dismiss [1]  24/18
dismissal [1]  6/5
DISTRICT [8]  1/2 1/2 1/11 13/2 13/15
 30/19 31/9 35/8
dividends [1]  16/3
DMM [1]  1/3
documentation [4]  13/12 13/22 30/17
 31/7
documents [3]  31/1 31/18 32/7
doesn't [1]  12/4
dollars [1]  8/1
domestic [1]  18/4
DONALD [1]  1/10
doubt [4]  11/6 12/12 28/16 29/22
down [4]  6/15 21/7 21/25 24/24
downward [1]  26/25
Drive [1]  1/20
drug [5]  4/5 13/18 15/15 17/20 23/12
drugs [3]  15/6 15/9 18/16
duration [1]  17/22
During [2]  17/22 32/18

**E**

each [4]  15/2 19/18 25/7 33/16
effect [1]  34/22
eight [1]  26/19
either [2]  11/8 28/18
elements [2]  19/18 33/16
else [4]  18/25 19/9 19/10 33/5
employees [2]  15/24 18/13
end [1]  8/15
engage [2]  5/21 5/24
enhancements [1]  8/16
enrich [1]  14/18
enter [2]  7/14 25/15
entering [2]  19/14 33/12
entice [1]  5/23
enticed [1]  16/21
entitled [1]  35/5
ESQ [1]  1/19
essential [2]  19/18 33/16
established [2]  10/13 27/22
evaluate [2]  9/13 26/22
ever [2]  3/24 23/7
evicting [1]  17/12
EXAMINATION [2]  3/5 22/18
examine [2]  11/7 28/17
exceed [2]  10/11 27/20
exchange [4]  16/7 16/10 16/12 16/24
executive [1]  32/1
existing [1]  34/21
explained [1]  23/1
express [1]  21/20
expressed [2]  9/11 26/20
extend [1]  7/12

**F**

face [2]  11/21 29/6
facilities [2]  13/25 14/12
facility [2]  14/7 20/23
fact [9]  8/8 11/10 19/18 24/13 28/20
 30/13 30/24 31/15 33/16
factual [5]  2/20 12/1 22/12 29/11 29/12
failed [1]  16/16

failing [1]  16/17
failure [2]  31/2 31/20
fall [1]  14/1
falls [1]  6/13
false [5]  3/9 22/23 24/23 31/2 31/19
falsely [2]  3/7 22/20
falsified [1]  24/18
Families [1]  30/18
far [2]  3/22 23/5
Fargo [2]  18/3 18/4
FBI [1]  2/8
FDCE [1]  21/25
federal [11]  6/2 7/18 10/6 12/14 13/5
 18/5 20/22 21/10 24/15 27/16 29/23
fees [4]  14/22 14/23 14/23 16/3
fell [1]  21/3
felon [2]  30/25 31/16
felonies [1]  29/1
felony [5]  11/16 11/17 14/6 29/2 30/14
female [2]  16/22 16/23
file [11]  9/14 9/18 9/19 9/20 20/6 22/6
 26/23 27/3 27/3 27/4 34/1
filed [2]  4/24 32/6
files [1]  23/17
financial [5]  12/20 13/8 18/5 30/5 32/2
finding [5]  19/12 19/21 33/10 34/7 34/9
fine [6]  7/1 7/6 7/12 20/16 25/10 34/20
fingerprinting [2]  12/21 30/7
finishes [2]  12/17 29/17
firearm [2]  11/19 29/4
first [9]  2/20 2/22 5/7 8/5 9/18 12/1
 19/8 25/21 27/2
five [3]  7/11 7/12 25/8
FL [1]  35/9
floor [1]  21/4
FLORIDA [16]  1/2 1/6 1/15 1/18 1/21
 1/24 13/2 13/3 13/16 14/5 17/5 20/22
 29/24 30/17 30/19 31/9
Florida's [1]  12/15
flsd.uscourts.gov [1]  1/25
fluid [4]  15/14 15/19 16/7 16/10
followed [4]  6/25 7/5 7/10 25/9
following [2]  12/11 29/21
food [1]  17/16
force [4]  5/25 5/25 10/23 28/8
foregoing [1]  35/3
foreign [2]  17/3 18/6
forfeiture [2]  6/6 24/19
forge [1]  15/17
form [1]  15/4
four [5]  5/18 5/20 6/22 7/3 25/6
fraud [10]  5/20 6/1 6/24 18/1 18/8
 18/10 18/14 32/9 32/11 32/13
fraudulent [4]  17/20 31/2 31/19 32/21
free [4]  10/25 15/5 15/8 28/10
fully [2]  19/14 33/12
funds [1]  7/7
further [2]  8/15 15/3
furthermore [2]  20/23 25/15

**G**

garnished [1]  21/6
GED [1]  3/23
GERARD [1]  1/19
given [4]  2/19 5/6 22/11 23/24
giving [7]  10/8 10/13 11/13 16/14 27/18
 27/23 28/23
goal [1]  14/19
goes [1]  2/20
gone [2]  12/6 29/16

Good [6]  2/6 2/9 2/10 2/12 2/13 2/15
GOVERNMENT [22]  1/13 3/17 5/7 6/5
 9/12 9/13 9/18 10/20 11/5 11/8 12/8
 20/7 23/25 24/18 26/20 26/22 27/2
 28/5 28/15 28/18 29/18 34/2
grand [2]  5/19 5/21
grant [2]  9/21 27/5
greater [1]  7/6
group [2]  8/12 8/12
grouping [1]  8/6
guideline [9]  6/10 6/11 6/13 9/2 9/6
 10/12 24/22 26/16 27/22
guidelines [9]  6/10 6/14 8/5 8/7 20/4
 24/24 25/21 26/24 33/23
guilt [2]  11/5 28/15
guilty [34]  3/14 3/16 5/17 6/3 6/19
 10/21 10/23 10/25 11/1 11/3 11/4
 11/13 11/17 18/23 18/23 18/24 19/16
 19/20 24/9 24/16 25/3 28/6 28/8 28/10
 28/11 28/13 28/14 28/23 29/2 33/3
 33/3 33/4 33/14 33/17
Gun [1]  21/3

**H**

hand [1]  22/15
harbor [1]  5/23
harbored [1]  16/21
have [65]
health [3]  14/1 17/21 30/3
healthcare [13]  5/20 6/23 14/6 14/7
 18/1 18/10 24/11 24/14 30/22 31/12
 32/9 32/10 32/13
heard [2]  18/20 32/25
hearing [5]  1/10 20/8 21/20 21/21 34/3
hence [2]  30/21 31/11
her [2]  31/4 32/3
here [2]  2/10 21/17
hereby [1]  35/3
herself [2]  30/23 31/14
hide [2]  13/12 13/23
hiding [1]  30/13
higher [1]  21/4
him [7]  13/6 13/20 20/18 21/4 21/7
 21/10 21/10
himself [1]  16/4
history [6]  8/19 8/25 21/2 26/4 26/6
 26/7
hold [2]  11/18 29/4
home [5]  14/20 14/24 15/12 16/11
 18/15
homeless [1]  17/13
homes [7]  14/11 14/13 15/8 17/1 17/12
 32/14 32/16
Honor [28]  2/6 2/13 2/21 9/5 19/2
 20/14 20/25 22/10 22/24 24/17 25/5
 25/13 26/3 26/18 27/6 27/25 28/9
 28/12 29/5 29/14 29/19 33/7 33/9 34/6
 34/13 34/20 34/24 34/25
HONORABLE [1]  1/10
hotels [1]  17/2
house [1]  21/10
housing [1]  16/23
however [2]  10/7 27/17

**I**

I'll [2]  21/24 25/14
I'm [11]  3/12 5/15 6/9 12/4 21/15 24/7
 24/21 25/14 27/4 29/15 34/6
I've [2]  5/6 23/24
illicit [2]  15/5 18/16

**I**

illness [2]  3/25 23/7
immigration [2]  11/22 29/7
impact [1]  4/16
important [2]  10/5 27/15
importantly [2]  10/23
impose [1]  7/4
imposed [7]  6/20 10/7 10/10 25/4 25/17 27/17 27/19
imprisonment [9]  6/24 6/25 7/4 7/5 7/9 7/10 7/20 25/8 25/9
incident [1]  21/3
including [12]  10/10 12/15 12/21 13/8 14/7 14/13 17/12 18/16 27/19 29/24 30/6 32/13
incorrect [2]  20/5 33/25
increased [1]  25/22
independent [2]  19/17 33/15
indicated [1]  20/24
indicates [2]  6/23 25/7
indictment [9]  4/24 12/13 13/1 13/14 23/17 24/10 24/19 29/22 30/10
indirectly [1]  15/22
individual [1]  14/4
induce [2]  16/14 17/10
ineffective [1]  14/15
influence [2]  4/5 23/12
inform [1]  16/16
information [2]  9/12 26/21
informed [3]  19/5 19/15 33/13
injury [1]  8/10
inmates [1]  21/6
inspections [1]  31/24
instances [1]  15/12
institution [1]  18/5
insurance [17]  14/1 14/17 15/11 15/16 16/1 16/9 16/17 16/18 16/19 17/18 17/19 17/21 17/23 30/21 31/11 32/16 32/20
insure [1]  30/2
insured [2]  15/1 15/4
interest [1]  21/21
internet [1]  17/8
interstate [2]  17/3 18/6
intimidation [1]  17/11
investigation [2]  20/1 33/20
involved [3]  8/9 18/5 25/24
involvement [1]  18/13
involves [1]  8/9
involving [1]  24/11
is [65]
issue [2]  20/25 22/5
issued [1]  18/8
issues [1]  20/24
it [51]
item [1]  14/4
items [1]  15/6

**J**

January [1]  30/16
jointly [2]  9/23 27/7
journey [24]  13/14 13/22 14/15 14/21 15/7 15/14 15/25 16/12 16/13 16/15 17/15 17/22 18/4 30/11 30/14 31/8 31/15 31/17 31/24 32/2 32/7 32/17 32/19 32/22
JUDGE [18]  1/11 2/17 2/18 2/25 8/21 8/23 9/7 11/23 19/4 19/6 19/10 20/15 20/16 20/20 21/1 22/2 22/6 22/7

jury [4]  5/19 5/21 11/4 28/14

**K**

KENNETH [18]  1/7 2/3 2/11 3/3 13/5 13/10 13/12 13/19 13/23 14/12 14/19 19/13 30/13 30/24 31/3 31/16 31/20 32/8
Keppra [4]  4/11 4/13 4/14
keys [1]  17/16
kickbacks [13]  14/9 14/20 14/22 14/25 15/3 15/23 16/2 16/8 16/10 16/13 16/14 18/15 32/15
knew [2]  15/3 17/19
knowing [12]  16/4 19/17 19/24 31/1 31/2 31/3 31/19 31/19 31/21 32/2 33/15 34/12
knowingly [1]  24/12
known [4]  5/19 5/21 5/23 32/14

**L**

lab [1]  15/24
laboratories [1]  16/1
laboratory [1]  15/23
labs [2]  16/8 17/23
Lara [1]  1/19
later [5]  3/8 10/2 15/15 22/21 27/12
laundered [1]  7/7
laundering [2]  5/22 7/3
LAURA [17]  1/7 2/4 2/14 13/10 13/11 13/22 18/3 22/16 30/16 30/23 30/25 31/6 31/14 31/18 31/25 32/6 33/11
law [10]  6/2 6/18 10/6 12/14 14/5 18/5 24/15 25/2 27/16 29/23
laws [3]  6/16 24/25 30/9
lawyer [18]  3/19 4/17 5/1 5/11 8/25 10/16 11/7 20/2 20/6 23/1 23/19 24/3 27/12 28/1 28/17 31/23 33/21 34/1
lawyer's [1]  10/2
least [1]  7/11
leave [1]  21/22
leaving [1]  17/13
legal [3]  6/17 17/11 25/1
legitimacy [1]  30/2
let [3]  5/7 20/15 29/11
Let's [1]  19/8
level [7]  8/8 8/13 8/18 12/20 25/22 26/1 30/6
levels [4]  8/14 25/22 25/23 25/25
licensed [5]  12/17 13/3 13/16 14/7 30/1
licenses [1]  30/12
licensure [6]  30/18 30/20 31/5 31/7 31/10 31/22
life [2]  7/10 7/12
like [2]  17/8 26/1
likely [1]  9/1
List [1]  17/8
listed [2]  30/23 31/14
listen [2]  12/6 29/17
located [2]  13/1 13/15
long [2]  15/10 21/1
looks [1]  26/1
lose [2]  11/17 29/2
loss [2]  8/8 25/23
LYONS [6]  1/19 2/14 26/2 29/6 33/8 34/16

**M**

ma'am [1]  10/24
made [11]  10/20 12/15 12/22 15/20 16/24 18/8 18/11 28/5 29/24 30/7

32/14
maintain [3]  5/24 17/13 17/17
maintained [2]  16/22 17/14
make [10]  3/13 3/15 6/7 9/25 15/17 21/9 21/19 27/9 31/25 34/7
making [7]  3/9 13/8 14/6 22/22 31/4 31/21 32/4
management [1]  14/22
mandatory [2]  7/14 25/14
manner [2]  10/9 27/19
manufactured [1]  17/4
many [1]  15/12
MARCH [1]  1/5
Marchman [4]  12/15 12/15 29/24 29/24
Margate [1]  13/2
MARIA [1]  1/13
Marie [1]  2/6
marketed [1]  15/7
marketing [1]  16/3
marking [1]  14/23
marshals [2]  21/9 21/24
Mase [1]  1/19
material [3]  24/13 31/3 31/20
matter [2]  24/11 35/5
Matthewman [2]  19/7 22/6
maximum [6]  6/18 7/4 7/9 10/11 25/2 27/20
means [1]  5/24
meant [1]  32/10
medical [1]  14/4 18/12 20/24
medically [2]  14/16 17/20
medication [2]  4/8 23/15
medications [1]  17/16
medicine [2]  4/10 4/21
members [4]  14/18 15/19 16/16 32/8
mental [2]  3/24 23/7
mentioned [1]  30/10
met [1]  14/24
Miami [3]  1/21 20/22 21/16
Michael [1]  14/14
MIDDLEBROOKS [1]  1/10
might [2]  9/14 26/23
miller [4]  1/22 1/25 35/6 35/7
milligrams [1]  4/15
million [4]  17/24 17/25 32/20 32/20
Miss [12]  9/3 12/9 18/25 21/13 22/8 22/13 22/17 22/20 26/13 33/5 33/19 34/18
money [4]  5/21 7/3 10/1 16/24
Monies [1]  18/14
months [2]  9/1 26/10
more [6]  7/1 7/6 8/9 20/23 25/10 25/24
most [1]  16/5
motels [1]  17/2
motion [5]  9/19 19/5 22/6 26/23 27/3
moved [2]  21/4 21/7
Mr [6]  14/18 19/3 26/2 29/6 33/8 34/16
Mr. [18]  2/21 3/2 5/3 5/9 12/2 13/21 17/11 17/14 18/11 18/20 19/25 20/21 20/24 21/1 21/7 21/25 22/25 33/19
Mr. Chatman [17]  2/21 3/2 9/9 12/2 13/21 17/11 17/14 18/11 18/20 19/25 20/21 20/24 21/1 21/7 21/25 22/25 33/19
Mr. Zangeneh [1]  5/3
Mrs. [3]  32/12 32/18 32/25
Mrs. Chatman [3]  32/12 32/18 32/25
much [2]  7/12 22/3

**N**

named [2]  13/1 13/14
names [1]  18/4
narcotics [2]  4/2 23/9
nature [2]  19/15 33/13
need [5]  6/7 9/17 12/4 21/22 22/25
needed [2]  30/20 31/10
neither [2]  8/16 16/8
nine [1]  26/19
nominee [1]  32/19
not [21]  7/1 7/6 9/20 11/3 11/4 11/9
 11/9 12/24 15/12 15/14 15/14 18/23 20/7
 25/10 27/5 28/13 28/14 28/19 28/19
 30/9 33/3 34/2
note [1]  34/18
notes [1]  15/20
nothing [1]  19/10
notification [1]  21/19
number [3]  2/4 14/1 15/1

**O**

oath [4]  3/1 3/7 22/13 22/20
objections [2]  20/6 34/1
obligated [4]  6/9 9/20 24/21 27/5
obtain [2]  14/14 16/15
obtained [1]  16/21
occasions [1]  15/16
occurred [1]  17/1
off [1]  21/3
offender [2]  7/18 7/20
offense [12]  6/18 8/8 8/9 8/9 8/13 8/18
 12/22 19/18 25/22 30/7 33/16 33/18
offenses [2]  19/20 25/2
offer [1]  14/8
offering [1]  13/17
office [7]  1/14 1/17 11/18 19/25 20/22
 29/4 33/20
officer [4]  13/8 30/15 32/1 32/2
officers [2]  12/20 30/6
Official [2]  1/23 35/7
ongoing [2]  18/8 21/5
only [2]  4/21 21/18
opened [2]  18/3 32/7
operate [2]  12/22 12/23 13/3 13/16
 30/7 30/8
operated [2]  17/3 30/12
operating [3]  13/6 13/20 14/11
operator [2]  13/7 30/15
operators [1]  14/13
order [6]  7/15 10/10 14/17 17/17 21/9
 25/15
ordered [4]  7/2 7/8 7/13 25/11
originally [1]  21/2
other [12]  6/15 8/16 14/9 14/13 15/6
 16/6 16/20 22/5 24/25 31/24 32/3 32/8
others [1]  18/13
otherwise [2]  9/15 26/25
ought [2]  20/4 33/24
out [2]  20/7 34/2
outside [1]  17/5
over [3]  13/13 13/24 17/14
overlooked [1]  34/8
own [4]  10/25 11/18 28/10 29/4
owned [2]  13/7 30/14
owner [9]  13/12 13/23 30/23 30/25
 31/15 31/16 32/1 32/4 32/19
owners [8]  12/19 14/13 14/20 14/24
 16/11 18/15 30/5 32/14
ownership [2]  13/13 13/24

owning [3]  13/6 13/20 14/11

**P**

P-R-O-C-E-E-D-I-N-G-S [1]  2/1
P.A [1]  1/19
p.m [1]  35/1
PAGES [1]  1/8
paid [3]  15/1 15/4 16/25
PALM [8]  1/6 1/15 1/18 1/24 13/15
 21/22 31/8 35/9
paragraph [11]  5/17 6/22 8/4 9/11 9/23
 10/5 24/9 25/6 25/20 27/7 27/15
Paragraphs [1]  26/19
pardon [1]  20/25
part [6]  5/16 10/5 10/7 24/8 27/15
 27/17
partial [2]  9/25 27/9
parties [1]  21/16
pass [4]  12/20 12/24 30/6 30/9
passed [2]  6/16 24/25
paste [1]  15/19
patient [1]  14/5
patient's [1]  14/17
patients [19]  12/19 14/9 14/14 15/1
 15/4 15/8 15/18 15/21 15/25 16/14
 16/22 16/23 17/10 17/12 17/14 18/15
 18/16 18/17 30/24
patients' [4]  15/17 16/1 16/18 17/21
pay [4]  14/8 16/5 18/14 18/14
payable [4]  8/1 25/17 27/11 32/14
payed [1]  14/19
payment [2]  9/25 27/9
payments [2]  17/24 18/12
pays [1]  16/18
penalties [4]  6/8 6/22 25/6 25/12
pending [2]  20/21 21/11
per [1]  7/23
perform [2]  14/7 17/10
performing [1]  16/22
period [1]  32/18
perjury [2]  3/9 22/22
permitted [2]  10/11 27/21
perpetuated [1]  21/6
person [2]  12/16 14/6 29/25
personnel [4]  12/18 12/23 30/4 30/8
persons [5]  5/19 5/21 5/23 5/24 13/18
place [2]  13/11 21/8
places [1]  15/8
Plaintiff [1]  1/5
plans [5]  14/1 14/3 16/2 17/18 17/21
plea [29]  1/10 2/19 5/6 6/10 6/19 8/17
 10/5 10/8 10/19 11/16 19/15 19/16
 19/16 19/17 19/19 19/23 22/11 23/24
 25/3 27/15 27/17 28/4 29/7 33/13
 33/14 33/14 33/15 33/17 34/11
plead [16]  3/14 3/16 5/17 6/2 10/21
 10/23 11/3 11/4 18/23 24/9 24/15 26/6
 28/8 28/13 28/14 33/3
pleading [6]  6/19 10/25 11/13 25/3
 28/10 28/23
pleas [1]  2/16
please [9]  2/2 2/4 3/1 5/16 12/6 22/13
 22/14 24/8 29/17
point [1]  3/19
policies [1]  16/19
possible [6]  6/8 6/22 11/21 25/6 25/12
 29/7
potential [1]  18/17
prefer [1]  21/16
preference [1]  2/20

prepare [2]  20/3 33/22
prescription [3]  4/19 15/5 18/16
present [7]  2/11 2/14 11/8 15/21 20/2
 28/18 33/21
press [1]  21/5
prior [1]  30/14
private [1]  14/3
probably [1]  21/22
probation [2]  19/25 33/19
problem [1]  21/12
Procedure [1]  26/24
proceed [2]  23/3 29/20
proceeded [1]  12/10
proceeding [1]  24/19
proceedings [2]  35/1 35/4
proceeds [5]  18/1 18/7 18/9 32/9 32/13
process [1]  17/12
proffer [4]  12/1 22/12 29/11 29/12
proffers [1]  2/20
programs [1]  24/11
prohibited [3]  13/6 13/20 14/5
promises [2]  10/20 28/5
promote [2]  18/7 32/10
properly [2]  12/17 30/1
prosecution [2]  3/9 22/22
prosecutor [4]  12/4 18/20 29/15 32/25
protect [1]  30/3
prove [4]  11/5 18/21 28/15 33/1
proven [4]  12/6 12/11 29/16 29/21
provide [7]  5/23 9/14 15/14 26/23
 27/10 30/20 31/10
provided [8]  5/4 12/18 14/4 16/21
 16/23 17/4 17/9 23/22
provider [12]  12/17 12/23 13/4 13/7
 13/17 13/21 14/7 14/8 30/1 30/4 30/8
 30/12
providers [2]  14/10 30/3
providing [3]  9/12 18/16 26/21
provision [2]  6/6 14/10
public [2]  1/17 14/2
publicity [1]  21/5
purported [3]  13/3 13/16 15/13
purportedly [1]  15/9
purpose [1]  3/12

**Q**

question [2]  5/16 24/8
questions [6]  3/8 3/12 3/13 3/18 22/21
 23/2

**R**

raise [2]  19/5 22/14
range [10]  6/10 6/11 6/13 9/2 9/6 10/13
 24/22 24/23 26/16 27/22
ready [3]  2/24 22/8 23/3
reason [4]  3/16 9/16 21/22 27/1
reasonable [4]  11/5 12/12 28/15 29/21
reasons [1]  23/1
rebates [1]  14/9
receive [2]  14/15 15/8
received [5]  15/1 15/23 30/12 32/13
 32/20
receiving [1]  15/9
reckless [1]  8/10
recommend [2]  20/4 33/23
recommendation [1]  21/9
recommendations [2]  6/11 31/21
recovery [4]  13/14 30/11 31/8 32/15
recruit [1]  5/23
recruited [1]  16/20

**R**

reduced [2]  9/15 15/5
reductions [1]  8/17
referring [4]  14/20 16/9 16/11 32/16
Reflections [26]  12/25 13/3 13/8 13/11
 14/15 14/21 15/7 15/13 15/25 16/12
 16/13 16/15 17/15 17/22 18/4 30/11
 30/14 30/18 30/23 30/25 31/23 32/2
 32/8 32/17 32/19 32/22
regard [1]  13/19
regarding [3]  31/5 31/22 34/7
register [1]  7/19
registration [1]  7/18
regulated [2]  12/14 29/23
reimbursement [1]  17/24
reimbursements [1]  32/21
related [3]  6/16 15/24 24/25
release [5]  7/1 7/6 7/11 7/20 25/10
relevant [2]  12/13 29/22
rely [2]  31/4 31/21
remain [2]  34/19 34/22
remaining [2]  6/5 24/18
rent [3]  15/5 15/9 16/25
rep [1]  16/4
reply [1]  32/3
report [4]  20/3 20/5 33/22 34/1
REPORTED [1]  1/22
Reporter [2]  1/23 35/7
representation [3]  5/3 23/21 32/4
representations [1]  31/4
reps [1]  16/3
required [2]  7/19 25/15
requirements [1]  7/19
resending [1]  15/24
residences [1]  32/15
residents [5]  14/19 14/21 15/12 16/12
 32/16
respect [5]  8/7 10/17 20/9 28/2 34/4
responsibility [1]  8/15
responsible [2]  9/24 27/8
restitution [10]  7/14 7/15 9/24 9/25
 10/10 25/14 25/15 27/8 27/9 27/20
result [4]  6/20 10/11 25/4 27/21
resulted [1]  17/23
review [4]  5/10 5/15 24/2 24/7
reviewed [6]  4/24 10/19 12/2 23/17
 28/4 29/12
rights [12]  3/16 10/8 10/14 11/1 11/13
 11/18 21/19 27/18 27/23 28/21 28/23
 29/3
risk [1]  8/10
RMR [2]  1/22 35/7
role [2]  31/3 31/20
Room [1]  35/8
rule [4]  9/15 19/9 19/11 26/24
Rules [1]  26/24

**S**

SAAM [2]  1/16 2/10
said [1]  20/18
sales [2]  16/3 16/4
saliva [1]  16/6
same [1]  21/8
samples [3]  15/14 15/19 16/7
satisfied [4]  5/3 10/17 23/21 28/2
saying [1]  20/17
says [3]  3/17 12/8 29/18
scheme [8]  18/1 18/8 18/10 18/14
 24/13 32/9 32/11 32/13

school [2]  3/22 23/5
screening [2]  12/20 30/6
seat [2]  3/4 22/17
seated [1]  2/2
second [2]  20/25 27/4
secondly [1]  9/20
Section [1]  14/2
seek [2]  6/5 24/18
seem [1]  31/25
seisure [1]  21/8
seizures [2]  4/11 21/2
select [1]  16/4
sentence [21]  6/13 6/17 6/20 9/1 9/15
 10/7 10/9 10/9 10/10 10/14 20/9 24/22
 25/1 25/4 27/1 27/17 27/18 27/19
 27/20 27/24 34/4
sentenced [2]  6/24 25/8
sentencing [27]  6/6 6/7 6/9 6/16 8/1 9/2
 10/1 10/13 20/4 20/8 20/11 20/21
 21/11 21/15 21/21 22/1 24/20 24/21
 24/22 24/25 25/17 26/16 27/10 27/23
 33/23 34/3 34/14
September [1]  31/6
series [1]  3/12
serious [1]  8/10
served [2]  13/7 32/18
service [14]  12/17 12/18 12/23 13/4
 13/7 13/17 13/21 14/4 14/8 30/1 30/2
 30/4 30/8 30/12
services [5]  13/18 14/10 14/14 30/22
 31/13
sessions [1]  15/13
seven [2]  8/4 25/20
several [1]  21/6
severally [2]  9/24 27/8
sex [7]  5/25 7/17 7/17 7/18 7/19 16/22
 16/24
sexual [3]  17/1 17/7 17/10
sheets [1]  15/17
side [1]  8/16
sign [1]  15/17
sign-in [1]  15/17
signature [4]  5/8 12/2 23/25 29/13
signatures [1]  15/17
signed [2]  31/1 31/18
signing [2]  5/10 24/2
six [1]  25/22
sober [12]  14/11 14/13 14/20 14/24
 15/8 15/12 16/11 17/1 17/12 18/15
 32/14 32/16
sole [3]  30/23 31/14 32/1
solicited [1]  15/22
some [11]  6/11 6/14 8/4 8/6 15/16
 16/22 17/1 20/22 24/23 25/20
something [1]  20/17
sometimes [1]  16/2
sorry [1]  34/6
South [1]  1/20
SOUTHERN [5]  1/2 13/2 13/15 30/19
 31/8
speak [4]  3/19 20/1 22/25 33/20
special [4]  2/8 7/24 7/25 25/16
staff [2]  15/19 19/5
stamps [1]  17/17
stand [1]  22/14
state [3]  7/18 17/5 29/23
statement [2]  3/9 22/23
STATES [10]  1/2 1/4 1/11 2/3 2/7
 12/11 19/13 29/21 33/11 35/8

statute [2]  10/11 27/21
Stewart [1]  2/8
stop [2]  3/19 22/25
Street [2]  1/23 35/8
subject [1]  7/18
submitted [11]  13/25 15/15 15/18 16/6
 17/21 17/23 30/17 31/1 31/7 31/18
 32/21
subsequently [1]  21/4
substance [17]  12/13 12/16 12/18 13/4
 13/6 13/17 13/21 14/8 14/16 15/10
 29/22 29/25 30/2 30/4 30/10 30/20
 31/10
substances [1]  17/9
subtraction [1]  8/14
such [3]  11/18 13/21 29/3
suffer [1]  4/11
suffering [1]  13/18
Suite [1]  1/20
supervised [4]  7/1 7/5 7/11 25/9
supported [2]  19/17 33/15
sure [2]  3/13 6/7
SWORN [2]  3/3 22/16

**T**

table [1]  2/7
tactics [1]  17/11
take [4]  4/11 6/15 8/11 24/24
takes [2]  25/23 26/1
taking [5]  4/8 4/10 4/19 4/21 23/15
talk [3]  4/17 20/2 33/22
talked [2]  10/16 28/1
telephones [2]  17/7 17/16
tell [3]  3/18 5/16 24/8
ten [3]  6/25 8/9 25/24
term [8]  6/24 6/25 7/4 7/5 7/9 7/10 25/8
 25/9
terms [1]  16/18
test [2]  12/24 30/9
testify [6]  11/9 11/9 11/10 28/19 28/19
 28/20
testing [5]  14/16 15/15 16/7 16/10
 17/20
tests [1]  15/24
than [6]  7/1 7/6 10/2 20/14 25/10 27/12
that [111]
their [10]  14/21 14/25 15/11 16/11
 17/13 17/16 17/18 18/13 30/15 32/5
there [17]  3/16 8/5 8/6 8/12 8/14 8/15
 9/17 11/14 12/1 18/25 20/5 21/6 25/16
 27/1 28/24 29/11 33/25
there's [1]  7/23
thereby [1]  17/13
therefore [2]  19/19 33/17
they [20]  9/13 9/14 9/19 9/20 14/19
 16/17 19/5 20/1 20/2 21/4 21/7 24/10
 26/21 26/23 27/3 27/4 31/2 31/19
 33/20 33/22
thing [1]  21/18
things [6]  4/17 6/1 9/17 18/21 27/1
 33/1
think [6]  2/21 4/17 4/18 9/5 21/21 33/5
though [1]  31/25
threats [3]  5/25 17/11 17/15
three [7]  6/3 7/1 7/6 8/14 24/10 25/10
 25/25
time [5]  6/6 10/2 10/23 27/10 34/16
times [2]  12/13 29/22
told [2]  22/25 33/19
top [1]  21/3

## T

tore [1]  6/8
total [5]  7/24 7/25 8/12 25/16 25/25
transactions [1]  32/10
TRANSCRIPT [1]  1/10
transcription [1]  35/4
transfer [1]  20/21
transferred [1]  20/18
transport [2]  21/10 21/25
transported [1]  16/21
treated [4]  3/24 4/2 23/7 23/9
treatment [22]  12/14 12/25 13/1 13/17
 14/12 14/16 14/21 15/2 15/4 15/10
 15/13 15/20 16/12 16/15 17/21 17/22
 29/23 30/10 30/11 30/20 31/11 32/17
treatments [1]  15/18
trial [14]  11/4 11/10 11/14 12/6 12/6
 12/11 18/21 28/14 28/20 28/24 29/16
 29/17 29/20 33/1
trick [1]  24/13
true [2]  13/13 13/23
trust [1]  10/2
truthful [2]  9/12 26/21
turn [1]  16/1
twice [2]  4/15 7/7
two [10]  8/13 8/21 8/22 9/17 12/20
 20/22 24/10 25/23 27/1 30/6
type [2]  4/8 23/15
types [1]  4/10

## U

U.S [3]  1/14 1/17 27/11
U.S.C [1]  14/2
under [12]  3/7 4/5 6/10 8/17 10/6 14/3
 21/18 22/20 23/12 26/23 27/16 29/23
understand [36]  3/10 3/18 3/20 5/13
 6/2 6/7 6/20 7/15 7/20 8/2 9/9 9/17
 9/21 10/3 10/13 11/3 11/11 11/14
 11/19 20/9 22/23 24/5 24/15 25/4
 25/11 25/17 26/16 27/2 27/5 27/13
 27/23 28/13 28/21 28/24 29/4 34/4
understands [1]  22/2
understate [1]  12/14
UNITED [10]  1/2 1/4 1/11 2/3 2/7 12/11
 19/13 29/20 33/11 35/8
unknown [3]  5/19 5/21 5/23
unlawful [2]  12/16 29/25
unlawfully [1]  14/12
unless [4]  10/10 12/17 27/20 30/1
unnecessary [3]  14/16 16/7 17/20
up [23]  6/14 6/17 6/25 7/2 7/4 7/11
 7/12 8/15 9/18 10/8 10/14 11/13 17/24
 21/17 24/12 24/24 25/1 25/8 25/10
 27/2 27/18 27/23 28/23
upon [7]  7/20 9/13 17/19 26/21 31/4
 31/21 32/3
upward [4]  10/12 10/12 27/21 27/22
use [3]  5/25 15/9 18/7
used [7]  3/8 11/10 17/11 18/14 22/21
 28/20 32/15
Usually [2]  6/13 24/22

## V

valuable [2]  11/17 29/3
variance [2]  10/12 27/22
vary [2]  6/14 24/23
venue [1]  19/6
versus [3]  2/3 19/13 33/11
very [3]  10/5 22/3 27/15

via [2]  17/7 24/13
victims [4]  8/9 21/19 21/20 25/24
VILLAFANA [8]  1/13 2/7 9/3 12/9 18/25
 21/13 26/13 33/5
violation [3]  6/1 16/18 24/14
voluntary [4]  19/17 19/24 33/15 34/12
vote [2]  11/18 29/3

## W

waiver [5]  19/22 19/23 34/7 34/10
 34/11
want [1]  3/19
wanted [2]  19/5 20/18
was [21]  12/14 12/17 13/1 13/15 16/9
 19/4 19/15 21/2 29/23 30/1 30/14
 30/20 30/21 30/25 31/3 31/10 31/12
 31/16 31/20 32/1 32/4
way [3]  8/5 8/7 24/21
we [11]  2/4 10/19 20/7 20/11 20/20
 21/18 21/19 21/22 22/8 28/4 34/2
websites [1]  17/8
week [1]  15/2
weekly [1]  14/25
welfare [1]  30/3
Wells [2]  18/3 18/4
WEST [5]  1/6 1/15 1/18 1/24 35/9
whether [4]  9/18 12/7 27/3 29/18
while [1]  15/9
wife [1]  13/22
willfully [1]  24/12
William [1]  2/8
willing [1]  21/15
willingness [2]  9/11 26/20
withdraw [2]  6/19 25/3
withdrawals [1]  18/9
within [5]  6/13 14/1 19/23 24/23 34/11
witnesses [4]  11/7 11/8 28/17 28/18
won't [2]  6/19 25/3
work [1]  34/16
worked [2]  20/7 34/2
works [2]  6/8 24/21
wouldn't [1]  21/16
written [7]  10/19 12/1 20/3 20/6 28/4
 33/22 34/1
wrote [1]  32/12

## Y

years [8]  6/25 7/1 7/5 7/6 7/11 7/12
 25/9 25/10
Yes [65]
you [203]
you're [1]  9/23
yourself [2]  5/7 23/24

## Z

ZANGENEH [4]  1/16 2/10 5/3 19/3