IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH

CASE NO.:   17-CR-80013-DMM

UNITED STATES OF AMERICA,

    Plaintiff,
vs.

LAURA CHATMAN,

    Defendant.
_____/

**UNOPPOSED MOTION TO EXTEND DEFENDANT'S
SURRENDER TO THE FEDERAL BUREAU OF PRISONS**

**COMES NOW**, the defendant, LAURA CHATMAN, by and through her undersigned counsel and hereby files this Unopposed Motion to Extend Defendant's Surrender to the Federal Bureau of Prisons and as grounds therefore would state the following:

1. On March 15, 2017, defendant pled guilty to counts 2 and 3 of a 17-count indictment which charged her with False Statements Related to Health Care Matters in violation of 18 U.S.C. § 1035(a)(1) and 2.

2. On May 18, 2017, the Court sentenced defendant to a term of imprisonment of 36 months (counts 2 and 3 to run concurrently) followed by 3 years of supervised release. Defendant is allowed to self- surrender to the Bureau of Prisons on or before August 15, 2017. (D.E. 219 and 223).

3. Defendant is in the process of selling two (2) properties located in Palm Beach County, Florida of which pursuant to an agreement with the United States, the proceeds at closing will be paid directly towards her outstanding restitution judgment. Defendant is needed to

execute all the necessary closing documents anticipated over the next 45 days.

4. Additionally, defendant is in the process of obtaining a loan on a third property located in Palm Beach County, Florida which pursuant to an agreement with the United States, the loan proceeds will also be paid directly towards the outstanding restitution judgment.

5. This is defendant's first request of the Court for an extension of defendant's voluntary surrender date.

6. Defendant respectfully requests that the Court extend her voluntary surrender date for 30 days from August 15, 2017 until September 15, 2017 so that defendant can complete all the necessary documentation to satisfy her agreement with the United States regarding the sale of various properties.

7. Undersigned counsel certifies that he has contacted AUSA Ann Marie Villafana, who states that she does not oppose the instant motion.

**WHEREFORE**, defendant would respectfully request that the Court grant Defendant's Unopposed Motion to Extend her Surrender to the Bureau of Prison until September 15, 2017.

Respectfully submitted,

**MASE TINELLI, P.A.**
2601 S. Bayshore Drive, Suite 800
Miami, Florida 33133
Telephone:   (305) 377-3770
Facsimile:    (305) 377-0080
Email:           clyons@masetinelli.com

By:   */s/ Christopher G. Lyons*
        Christopher G. Lyons, Esq.
        Florida Bar No.: 985457

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 2, 2017, the foregoing has been electronically filed with the Clerk of Court and all parties of record through CM/ECF.

*/s/ Christopher G. Lyons*
Christopher G. Lyons, Esq.
