IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH

CASE NO.: 17-CR-80013-DMM

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

LAURA CHATMAN,

    Defendant.
_____/

## NOTICE OF COMPLIANCE RE: RESTITUTION PAYMENT

In accordance with the Amended Judgement entered in this mater (D.E. 286), undersigned counsel hereby notifies the Court that defendant Laura Chatman's partial payment of restitution has been provided to the Clerk of Court.

    Respectfully submitted,

    **MASE TINELLI, P.A.**
    *Attorneys for Defendant*
    2601 South Bayshore Drive, Suite 800
    Miami, Florida  33133
    Telephone:  (305) 377-3770
    Facsimile:   (305) 377-0080

By: */s/ Christopher G. Lyons*
    CHRISTOPHER G. LYONS
    Florida Bar No.: 985457
    clyons@masetinelli.com
    rpelegrino@masetinelli.com
    filing@masetinelli.com

**MASE TINELLI, P.A.**

## CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2017, I electronically filed the foregoing document with the Clerk to the Court using CM/ECF upon all counsel of record.

By: /s/ Christopher G. Lyons
CHRISTOPHER G. LYONS

19030/295