UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-80013-CR-MIDDLEBROOKS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

LAURA CHATMAN and
KENNETH CHATMAN,

    Defendant,

_____/

## STIPULATION REGARDING RESTITUTION PAYMENTS

Plaintiff, United States of America ("United States") and Defendants, Laura Chatman and Kenneth Chatman stipulate and agree to the following regarding restitution:

1. On May 17, 2017, Judgment in a Criminal Case was imposed against Laura Chatman. [D.E. 223]. Laura Chatman was ordered to pay an assessment in the amount of $200.00 and the determination of the amount of restitution was deferred. *Id.* On July 25, 2017, an Amended Judgment was entered ordering Laura Chatman to pay restitution in the amount of 7,769,709.91, plus statutory interest. [D.E. 286].

2. Also on May 17, 2017, Judgment in a Criminal Case was imposed against Kenneth Chatman. [D.E. 224]. Kenneth Chatman was ordered to pay an assessment in the amount of $5,300.00 and the determination of restitution was deferred until August 2, 2017. *Id.*

3. Laura Chatman owns two properties that are currently under contract for sale. Laura Chatman has agreed with the United States that the net sales proceeds from those sales shall be applied to her restitution judgment.

4. Laura Chatman as the sole managing member of Reflections Treatment Center, LLC owns a property located at 1850 S.W. 51st Terrace, Plantation, Florida and more particularly known and described as:

> LOT 55, BLOCK 8, PLANTATION HARBOR FIFTH ADDITION, ACCORDING TO THE MAP OR PLAT THEREOF, AS RECORDED IN PLAT BOOK 96, PAGE 1, PUBLIC RECORDS OF BROWARD COUNTY, FLORIDA; TOGETHER WITH THE FOLLOWING DESCRIBED PROPERTY: THE EAST 50 FEET OF TRACTS 1, 2 AND 3 OF TIER 24, SECTION 14, TOWNSHIP 50 SOUTH, RANGE 41 EAST IN NEWM'ANS SURVEY, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 2, PAGE 26, OF THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA. SAID LANDS SITUATE, LYING AND BEING IN BROWARD COUNTY, FLORIDA. MORE PARTICULARLY DESCRIBED AS FOLLOWS: A STRIP OF LAND BOUNDED BY THE FOLLOWING DESCRIBED LINES: ON THE NORTH, BY THE EASTERLY PROJECTION OF THE NORTH LINE OF LOT 55, BLOCK 8 OF PLANTATION HARBOR FIFTH ADDITION, ACCORDING TO THE PLAT THEREOF AS RECORDED IN PLAT BOOK 96, PAGE 1 OF THE PUBLIC RECORDS OF BROWARD COUNTY, FLORIDA; ON THE EAST, BY THE WEST RIGHT OF WAY LINE OF THE SUNSHINE STATE PARKWAY; ON THE SOUTH, BY THE EASTERLY PROJECTION OF THE SOUTH LINE OF SAID LOT 55; AND ON THE WEST BY THE EAST LINE OF SAID LOT 55.

Laura Chatman, on behalf of Reflections Treatment Center, LLC, has entered into a contract for sale of the above-referenced property in the amount of $440,000.00. Laura Chatman agrees that the net proceeds of the sale due to the seller shall be paid to U.S. Courts within 48 hours of the closing to be applied to Laura Chatman's restitution judgment. The cashier's check or attorney's trust check shall be made payable to "U.S. Courts", reference "*U.S. v. Laura Chatman*, Case No. 17-80013-CR-Middlebrooks, Restitution" and be mailed or delivered to 400 N. Miami Avenue, Rm. 8N09, Miami, FL 33128. Once received by the Clerk of Court, the funds shall be applied to Laura Chatman's restitution judgment. Alternatively, Defendant can have the funds wired to the

Clerk of Court to be applied to Laura Chatman's restitution judgment. Wiring instructions will be provided separately.

5. Laura Chatman as the sole managing member of Reflections Treatment Center, LLC owns another a property located at 9120 Equus Circle, Boynton Beach, Florida and more particularly known and described as:

> Lot 21, Equus AGR-P.U.D. Phase One, according to the plat thereof as recorded in Plat Book 97, Page 11, Public Records of Palm Beach County, Florida.

Laura Chatman, on behalf of Reflections Treatment Center, LLC, has entered into a contract for sale of the above-referenced property in the amount of $990,000.00. Laura Chatman agrees that the net proceeds of the sale due to the seller shall be paid to U.S. Courts within 48 hours of the closing, to be applied to her restitution judgment. The cashier's check or attorney's trust check shall be made payable to "U.S. Courts", reference "*U.S. v. Laura Chatman*, Case No. 17-80013-CR-Middlebrooks, Restitution" and be mailed or delivered to 400 N. Miami Avenue, Rm. 8N09, Miami, FL 33128. Once received by the Clerk of Court, the funds shall be applied to Laura Chatman's restitution judgment. Alternatively, Defendant can have the funds wired to the Clerk of Court to be applied to Laura Chatman's restitution judgment. Wiring instructions will be provided separately.

6. Defendant, along with her husband and co-defendant in this case, Kenneth Chatman, own a third property located at 9038 Indian River Run, Boynton Beach, Florida, more particularly known and described as:

> Lot 232, Rainbow Lakes-Tract "A", a subdivision according to the plat thereof recorded at Plat Book 64, Page 113, in the Public Records of Palm Beach County, Florida.

Defendants agree and stipulate to pay $150,000.00 toward restitution from the equity of this property. Laura Chatman will make an initial payment of $100,000 to the Clerk of Court by

3

September 15, 2017. The funds shall be paid to "U.S. Courts", reference "*U.S. v. Laura Chatman*, Case No. 17-80013-CR-Middlebrooks, Restitution" and be mailed or delivered to 400 N. Miami Avenue, Rm. 8N09, Miami, FL 33128. Six (6) months after Laura Chatman's release from incarceration, which is scheduled to begin on August 15, 2017, Laura Chatman will pay the remaining $50,000 toward her restitution judgment. The funds shall be paid to "U.S. Courts", reference "U.S. v. Laura Chatman, Case No. 17-80013-CR-Middlebrooks, Restitution" and be mailed or delivered to 400 N. Miami Avenue, Rm. 8N09, Miami, FL 33128. Alternatively, beginning on the 15th day of the sixth month after her release from incarceration, Laura Chatman will pay the remaining $50,000 in 11 equal monthly installments of $4,166.66 and a twelfth installment of $4,166.74 which installments will be paid on the 15th day of each month. Each installment payment shall be paid by cashier's check or money order to "U.S. Courts", reference "U.S. v. Laura Chatman, Case No. 17-80013-CR-Middlebrooks, Restitution" and be mailed or delivered to 400 N. Miami Avenue, Rm. 8N09, Miami, FL 33128. In exchange for Defendant's total payment of $150,000.00, the government will record a release of lien as to the particular property located at 9038 Indian River Run, Boynton Beach, Florida.

7. This Stipulation shall not otherwise be deemed to in any way constitute a release or satisfaction of the Judgment in a Criminal Case imposed against Laura Chatman or the forthcoming Judgment in a Criminal Case imposed against Kenneth Chatman or as to any other property of the Defendants, nor shall it prevent the United States from executing on any other property of the Defendants in the future.

8. Laura Chatman and Kenneth Chatman shall be obligated to comply with any restitution payment schedule ordered by the Court in the forthcoming Criminal Restitution Judgment.

Dated: ~~July~~ AUG. 21, 2017

Respectfully submitted,

BENJAMIN G. GREENBERG
ACTING UNITED STATES ATTORNEY

By: /s/ Danielle N. Croke
Danielle N. Croke
Assistant U.S. Attorney
Florida Bar No. 0723258
99 N. E. 4th Street, Suite 300
Miami, FL 33132-211
Telephone No. (305) 961-9420
Fax No. (305) 530-7193
E-mail: danielle.croke@usdoj.gov
Counsel for United States of America

By: /s/
Christopher Lyons, Esquire
Mase Tinelli
Florida Bar No. 985457
2601 S Bayshore Dr., Ste. 800
Miami, FL 33133-5420
Telephone No.: (305) 377-3770
Fax No. (305) 377-0080
E-mail: clyons@maselara.com
Counsel for Laura Chatman

/s/ Laura Chatman
Laura Chatman
Dated: 8·16·17

SEE NEXT PAGE
Kenneth Chatman
Dated: _____

5

8. Laura Chatman and Kenneth Chatman shall be obligated to comply with any restitution payment schedule ordered by the Court in the forthcoming Criminal Restitution Judgment.

Dated: July ___, 2017

Respectfully submitted,

BENJAMIN G. GREENBERG
ACTING UNITED STATES ATTORNEY

By: _____
Danielle N. Croke
Assistant U.S. Attorney
Florida Bar No. 0723258
99 N. E. 4th Street, Suite 300
Miami, FL 33132-211
Telephone No. (305) 961-9420
Fax No. (305) 530-7193
E-mail: danielle.croke@usdoj.gov
Counsel for United States of America

By: _____
Christopher Lyons, Esquire
Mase Tinelli
Florida Bar No. 985457
2601 S Bayshore Dr., Ste. 800
Miami, FL 33133-5420
Telephone No.: (305) 377-3770
Fax No. (305) 377-0080
E-mail: clyons@maselara.com
Counsel for Laura Chatman

_____
Laura Chatman
Dated: _____

_____
Kenneth Chatman
Dated: 8/9/17